FILED

Nov 3 11 05 AM '03

UNITED STATES DISTRICT COURT
U.S DISTRICT COURT
NEW HAVEN, CONN.
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. H-85-1078(PCD) |
| v. ) | |
| ) | |
| 43.47 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN THE COUNTY OF ) | |
| LITCHFIELD, TOWN OF KENT, et ) | |
| al, ) | |
| Defendants. ) | October 30, 2003 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned attorney moves, pursuant to Rule 15 of the Local Rules of Civil Procedure, to withdraw her appearance as Counsel in this case for the plaintiff, Schaghticoke Tribal Nation. In support of this motion, counsel states:

1. On January 28, 2002, the undersigned attorney, Vanessa D. Roberts, with the law firm of Cummings & Lockwood LLC, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Prior to that time, Attorneys Eric W. Wiechmann and Charles D. Ray, both previously with the law firm of Cummings & Lockwood LLC and now with the law firm of McCarter & English,

    LLP, had entered appearances on the plaintiff's behalf.

2. Attorneys Wiechmann and Ray continue to represent the plaintiff in this action.

3. Attorney Roberts has notified the Schaghticoke Tribal Nation of her intention to file this motion to withdraw and has sent a copy of this motion to the Schaghticoke Tribal Nation.

4. A copy of this motion has been mailed to additional parties in this action by U.S. Mail.

                              VANESSA D. ROBERTS

By *[signature: Vanessa D. Roberts]*
Vanessa D. Roberts (CT 21000)

Loretta Bonos
594 Bendview Drive
Charleston, WV  25314-1547


Jeffrey B. Sienkiewicz,
Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT  06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney
Michael J. Burns
57 Pratt Street
Hartford, CT  06103

　　　　　　　　　　　　　　　　　　　　　　Eric Watt Wiechmann (CT 04331)


HARTFORD: 600832.01