FILED

Nov 3  11 05 AM '03

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. H-85-1078(PCD) |
| v. ) | |
| ) | |
| 43.47 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN THE COUNTY OF ) | |
| LITCHFIELD, TOWN OF KENT, et ) | |
| al, ) | |
| Defendants. ) | October 30, 2003 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

The undersigned attorney moves, pursuant to Rule 15 of the Local Rules of Civil Procedure, to withdraw her appearance as Counsel in this case for the plaintiff, Schaghticoke Tribal Nation. In support of this motion, counsel states:

1. On January 28, 2002, the undersigned attorney, Vanessa D. Roberts, with the law firm of Cummings & Lockwood LLC, entered an appearance as Counsel on behalf of the aforementioned plaintiff. Prior to that time, Attorneys Eric W. Wiechmann and Charles D. Ray, both previously with the law firm of Cummings & Lockwood LLC and now with the law firm of McCarter & English,

GRANTED AND ORDERED.

Peter C. Dorsey, U.S. District Judge

11/5/03