

RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

(860) 808-5318

Office of The Attorney General
## State of Connecticut

October 14, 2003

R. Lee Fleming
Chief
U.S. Department of the Interior
Branch of Acknowledgment & Research
Bureau of Indian Affairs
1849 C Street, NW
Washington, DC 20240

**Re:  Schaghticoke Tribal Nation Acknowledgment Petition**

Dear Mr. Fleming:

    On behalf of the interested parties State of Connecticut, Kent School Corporation, Town of Kent, and The Connecticut Light and Power Company, I am writing to call to the attention of the Bureau of Indian Affairs (BIA) important information regarding the Schaghticoke Tribal Nation (STN) acknowledgment petition.

    Recent events related to the STN petition necessitate this filing. All of these events concern serious misrepresentations by the STN in support of their acknowledgment petition. Because these misrepresentations and related developments go to the heart of the STN petition, it is necessary for us to ensure that BIA is fully aware of them.

    The information we are submitting is as follows:

1)  A letter from Schaghticoke Indian Tribe members disavowing their intent to join the STN, as claimed by the STN in its evidentiary submission of September 29. These individuals also assert that they were mislead by the STN as part of that group's recruitment effort.

2)  An affidavit from Marge McElvoy, regarding the practices of the Kent Historical Society. In an effort to obtain an extension of its reply comment period, the STN submitted an affidavit from one of its researchers alleging improper actions of the Historical Society. Ms. McElvoy refutes those allegations.

R. Lee Fleming
October 14, 2003
Page 2

3) A letter to the editor of the Kent Tribune from Dr. Steven Austin, an STN researcher, and an e-mail communication from Dr. Austin to Ms. McElvoy, both regarding the Kent Historical Society issue. Dr. Austin explains that he has always had full cooperation from the Historical Society and that the affidavit submitted by the STN was "unfair" and "not accurate."

4) An interview transcript with Irving Harris. The STN make claims in their August 8 evidentiary submission regarding Mr. Harris and his possible interest in joining the STN. Mr. Harris refutes that assertion.

This information is essential to a proper review of the STN petition. All of this information speaks to the veracity of the STN's evidence and the credibility of the petitioner group. Although our parties take considerable issue with the analyses and interpretation of the evidence offered by the STN in their August 8 and September 29 submissions, we are not addressing those points in this letter. We have limited this letter to issues arising from STN misrepresentations and changed circumstances.

Very truly yours,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

cc: Service List

## CERTIFICATION

This certifies that the foregoing was served by first-class mail on all parties this 14th day of October, 2003, as follows:

Thomas W. Van Lenten
Pinney, Payne, Van Lenten,
Burrell, Wolfe, & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Judith Shapiro
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

Eric Weichmann
Cummings & Lockwood
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Michael J. Burns
57 Pratt Street
Hartford, CT 06103

James Fogarty
Lee Selby
Fogarty, Cohen, Selby &
Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Robert A. Slavitt
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Loretta E. Bonos
594 Bend View Drive
Charleston, West Virginia 25314

Thomas Gugliotti
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

John B. Hughes
Unites States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Donald C. Baur
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005

David J. Elliott
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Jeffrey Sienkiewicz
Sienkiewicz & McKenna PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776

Richard L. Street
Carmody & Torrance
50 Leavenworth Street
P.O. Box 110
Waterbury, CT 06721

_____
Mark F. Kohler
Assistant Attorney General

**ITEM 1**

**Letter from Family of Marjorie Overend to
Chief Richard Velky dated September 29, 2003**

Date: September 29, 2003

From: The Family of Marjorie Overend

To: Chief Richard L. Volky of The Schaghticoke Tribal Nation

Cc: Chief Alan Russell of The Schaghticoke Tribe

Re: Membership of Schaghticoke Tribe

We, the family of Marjorie Overend do here by swear that we are members of the Schaghticoke Tribe. We are not members of the Schaghticoke Tribal Nation, nor do we have any intention of joining the Schaghticoke Tribal Nation. The letters that were signed on September 27, 2003 were signed under mis-guided information from the Schaghticoke Tribal Nation. This information was used in an attempt to trick us from resigning from our family's true heritage, the Schaghticoke Tribe. Our signatures were obtained by fraud. Any documents with our signatures concerning membership to the Schaghticoke Tribal Nation should be nulled and voided.

We are hear by rescinding our previous letter that was faxed and mailed to you. Any further correspondences can be made through our chief, Chief Alan Russell.

Sincerely,

Marjorie Overend _____

Herbert J. Overend 3rd _____

Stacy Overend _____

Margaret (Overend) Anderson _____

Deborah Anderson-Richards _____

Frank Anderson _____

Barbara (Overend) Etner _____

Robert Beaty _____

Mark Beaty _____

**ITEM 2**

**Affidavit of Marge McElvoy**

## AFFIDAVIT OF MARGARET W. MCAVOY

I, Margaret W. McAvoy, being duly sworn, hereby depose and state:

1. I am over the age of eighteen, believe in the obligation of an oath, and am competent to attest to the matters described herein.

2. I make this affidavit on the basis of my personal knowledge.

3. I am a resident of the State of Connecticut.

4. I am the Executive Director of the Kent Historical Society ("the Historical Society") in Kent, Connecticut.

5. The Kent Historical Society's regular business hours are Tuesday from 9 a.m. to 12 p.m. and Friday from 1 p.m. to 4 p.m. For the past several months, the Historical Society has also been open on Saturdays from 10 a.m. to 12 p.m.

6. The documents and materials in the Historical Society's collection are available to all researchers during regular business hours. The Historical Society requires all researchers to sign a visitor's log, providing their name and topic of research.

7. On May 8, 2003, Donna P. Hearn came to the Historical Society and entered her name in the visitor's log. The topic of research she listed was "Bull family and Dover connections." Ms. Hearn did not identify herself as a Schaghticoke researcher in the visitor's log, nor did she do so verbally to me. Indeed, on one occasion, when I asked Ms. Hearn if she knew

Larry Bourque or Paul Velky, whom I knew were Schaghticoke researchers, Ms. Hearn stated that she did not know either of them. I believe that statement to be false.

8. On May 13, 2003, Jim Lynch, a researcher for the Town of Kent, came to the Historical Society to review certain ledgers. Due to the poor quality of the lighting, research space and copying facilities at the Historical Society, Mr. Lynch suggested that, with my permission, he would take the ledgers to the Town Hall to review them. I consented to Mr. Lynch's request, but inventoried the ledgers before Mr. Lynch removed them so that the Historical Society would have an accurate record of what materials he was borrowing. I called Ms. Hearn that day to inform her that a researcher for the Town of Kent had taken the ledgers to the Town Hall, but that the ledgers would be back at the Historical Society later in the week.

9. Within 15 to 30 minutes of my telephone conversation with her, Ms. Hearn arrived at the Historical Society and asked to see a list of all of the ledgers belonging to the Kent Historical Society. I provided a copy of the list to Ms. Hearn and she left the premises.

10. Later in the afternoon on May 13, 2003 I received a telephone call from Attorney Thomas Van Lenton, an attorney for the Schaghticoke Tribal Nation. Mr. Van Lenton demanded to know why the ledgers had left the premises of the Historical Society. I explained that I allowed Mr. Lynch to take the ledgers to the Town Hall because it offered better working conditions than the Historical Society facility.

-2-

11. On May 14 or May 15, 2003, Mr. Lynch had finished reviewing the ledgers at the Town Hall. Because I was leaving town, I was unable to retrieve the ledgers from the town hall on that day. Accordingly, I asked Dolores Schiesel, First Selectperson of the Town of Kent, to lock the ledgers safely in a room at the Town Hall until I returned.

12. I personally retrieved all of the borrowed materials from the Town Hall and returned them to the Historical Society on May 19, 2003. From that date forward, all ledgers have remained on the premises of the Historical Society.

13. In light of the objections to the removal of the ledgers from the Historical Society, we have not allowed anyone to remove any Historical Society materials since May 13, 2003.

14. Contrary to the representations in Ms. Hearn's August 28, 2003 affidavit, the Kent Historical Society is not missing any ledgers. Lewis Spooner's 1810-1845 account book has not been in the Historical Society's possession since I joined the Historical Society 10 years ago, nor is there a record of that account book in any of our files. Moreover, the Historical Society has accounted for and has possession of all of its Asa Slade ledgers. Indeed, on September 16, 2003, Schaghticoke researcher Larry Bourque and I did an inventory of the ledgers and determined that none are missing.

15. At no time has the Historical Society obstructed any of the Tribe's efforts to conduct research, nor does the Historical Society harbor a negative attitude toward the Tribe or its researchers. On the contrary, in addition to the Schaghticoke researchers' unfettered access to

- 3 -

Historical Society materials during regular business hours, I have permitted the Schaghticoke researchers access to those materials after hours throughout the Summer, to the extent that I have been available.

16. During their visits to the Historical Society, I allowed the Schaghticoke researchers to take materials into a room in a distant part of the building to review them without my supervision. I also allowed the Schaghticoke researchers to photograph the materials in light of the small size and capacity of the Historical Society's copy machine. Although photographing such old documents can cause damage to the documents, we made an exception for the Schaghticoke researchers so that they could view the photographs of the documents under better working conditions than the Historical Society offered.

Margaret W. McAvoy

Subscribed and sworn to before me this 13th day of October, 2003.

Dolores Schiesel, Esq.
Commissioner of the Superior Court

- 4 -



# KENTTribune.com

## Kent Historical Society Receives Vote of Confidence from Schaghticoke Researcher

Thursday, September 25, 2003

To the Editor:

As an anthropologist working for the Schaghticoke Tribal Nation, my experience with the Kent Historical Society has been very positive. In fact, the one day that I went there in person I arrived on short notice, with only that day to do work I needed to do.

I told Marge McAvoy that I was working for the Tribe. I detected no signs of reluctance to help or prejudice. Quite the opposite. Ms. McAvoy was exceedingly helpful in providing access to the documents that I requested to see, even though she was very busy with other Historical Society Activities that week.

In fact, she agreed to stay extra hours to facilitate my one day surprise arrival.

Sincerely,

Steven L. Austin, Ph.D.

---

Content © 2003 Kent Tribune
Software © 1998-2003 1up! Software, All Rights Reserved

10/08/2003 14:28 FAX 860 275 0343    DBH    004/004
Case 2:85-cv-01078-PCD   Document 210-2   Filed 11/10/2003   Page 12 of 19
TOWN OF KENT   PAGE 02/02
Yahoo! Mail - selectmans.office@snet.net

Page 1 of 1

# YAHOO! Mail

Print - Close Window

**To:** bethdooley@aol.com, fran.john@juno.com, lindsayr@snet.net, tpotter1387@earthlink.net, mcwilliams@snet.net
**CC:** selectmans.office@snet.net
**Date:** Tue, 23 Sep 2003 14:04:12 -0400
**Subject:** Fw: from Steven Austin
**From:** "Kent Historical Society" <kenthistoricalsociety@juno.com>

Just thought you all might like to see this awesome letter I just got.
I wrote Steven back saying he had made a bad week a thousand times better.
There ARE some good people in this world!

**Forwarded Message**
**From:** Kaxhlan@aol.com
**To:** kenthistoricalsociety@juno.com
**Date:** Tue, 23 Sep 2003 12:22:21 EDT
**Subject:** from Steven Austin

HTML Attachment

Marge,

I don't know if you remember me, but I am an anthropologist (working for Schaghticoke Nation) and we met a couple of months ago while I did research for a day there at the KHS.

I just wanted you to know that I thought Donna Hearn's affidavit was not accurate in terms of her portrayal of the Tribe's experience with the Historical Society in Kent. She wrote her affidavit before mine and I tried to nix it by writing my own affidavit based on the facts of the situation rather than perceptions of racism or prejudice. I guess the powers that be decided to use both of the affidavits.

I thought Donna's was unfair and uncalled for. For the record, you were VERY helpful to me the one day I was up there, volunteering to stay during your usual lunch break to accomodate me in a week that was exceptionally busy for you (as I recall, you were trying to prepare for a grand opening of another facility). I certainly did tell you who I was working for, and I experienced nothing but kindness and extraordinary hospitality. I am sorry it took me so long to express my appreciation to you, and that it is happening under these circumstances, but I guess it's better late than never.

Sincerely,

Steven Austin

http://us.f802.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=4657_8642776_694_161...   09/23/2003

# ITEM 4

Interview of Irving Harris, September 24, 2003

INTERVIEW WITH IRVING HARRIS

IN RIDGEFIELD, CONNECTICUT

ON SEPTEMBER 24, 2003

Interview with Irving Harris conducted by James P. Lynch.

MR. LYNCH: Today is September 25th. We're at the home of Irving Harris of Ridgefield, Connecticut. The interviewer is James P. Lynch. Irving, do you agree to have this recorded?

MR. HARRIS: Yes.

MR. LYNCH: Okay. Irving, I'd like to read to you the following statement about some materials or documents that were submitted by the Schaghticoke Tribal Nation.

"More recently, on July 24, 2003, Vice Chairman Michael Payne and Tribal Members Judy Lamb Richman and Lee Torres again met with Irving Harris at his home in Ridgefield, Connecticut. The meeting lasted three and a half hours concerning subjects ranging from old times on the reservations to disagreements that he had concerning the current governing structure of the STN. Near the end of the meeting, Irving Harris asked some questions concerning enrollment procedures in the STN. At the end of the meeting, he did tell those present that he was thinking about enrollment for himself and his children and considering what it would hold for them in the future. He told the tribal members that he would discuss the possible membership in the STN with his children and get back to Michael Payne. As of the date of this report, the follow up meeting with Irving Harris has not taken place. However, Michael Payne has communicated with Irving Harris by phone and they both agreed to meet again in the future. It has been assumed that it was highly unlikely that Irving Harris would ever become a member of the STN. However, because of the efforts of the various Council Members and tribal -- Council Members and Tribal Members, this assumption may be incorrect."

MR. LYNCH: Irving, would you please respond to those comments that I just read to you.

MR. HARRIS: Okay. They did come to my house. Judy Lamb, Lee Torres and Michael Payne came to my house. When they came to my house it was really a meeting about -- well, it wasn't a meeting -- we talked about old times when Michael Payne was a small kid all the way up until now which goes back quite a few years.

As far as it goes for near the end of the meeting where it says that I was asked questions about enrollment procedures and this kind of stuff, I don't remember saying that. I didn't ask about any enrollment procedures. Maybe I said it wrong. I don't remember that. At the end of the meeting, he did tell those present that he was thinking about enrollment for himself and his -- I don't remember saying neither. I don't

remember saying that I was thinking about enrollment and nor would I speak on behalf of my children. If I said it, I don't remember that at all.

He told the tribal members that he would discuss [inaudible], I don't remember that at all. I don't remember that at all.

The part here about they both agreed to meet with -- he did agree to meet with me. He said he was going to come up and see me again with his mother on a friendship basis because I hadn't seen his mother in a long time. But that was all. It didn't have anything to do with becoming a member of the Schaghticoke Tribal Nation. You all know how I feel about the leaders of that organization and I don't go along with that.

MR. LYNCH:    And asking you on that very question, are you considering joining the Schaghticoke Tribal Nation?

MR. HARRIS:    Absolutely not.

MR. LYNCH:    Okay, so their surmising that you are considering it is not true in your belief?

MR. HARRIS:    I don't -- I don't -- it doesn't exactly say -- it says right here they both agreed to meet -- it has been assumed that it is unlikely -- yeah, it's right here that it is highly unlikely that I would ever become a member. It's right there.

MR. LYNCH:    And you have no intention of ever --

MR. HARRIS:    No. No.

MR. LYNCH:    Okay. There's one other sentence that I would like to read to you.
    "Joseph Felicky, Jr. spoke with Irving Harris' daughter Rachael and exchanged e-mails with Katrina Harris. However, in deference to their father, neither would affiliate at this time."

MR. LYNCH:    Would you care to comment on that statement?

MR. HARRIS:    Well, I'll speak on behalf of my daughter, okay, because I talked to her about this. Rachael has received a lot of phone calls from Joey Felicky at work. He knows where she works and he's called her. I think that Rachel also said that he had called her at home but I am not quite sure but -- because I was wondering how -- and she was wondering too -- how he ever got her phone number. And Teri she never had any e-mails from Joey Felicky to the best of my knowledge. She said she never received any e-mails so I don't know that I can comment.

MR. LYNCH:    Okay. Anything else you'd like to add in the way of comments?



# United States Department of the Interior

OFFICE OF THE SOLICITOR

OCT 2 1 2003

In reply, please address to:
Main Interior, Room 6456

Richard Blumenthal, Esq.
Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

    Re: *United States v. 43.47 Acres of Land* (Civ. No. H-85-1078 (PCD))
        *Schaghticoke Tribal Nation v. Kent School Corp.* (Civ. No. 3:98 CV01113 (PCD))
        *Schaghticoke Tribal Nation v. United States* (Civ. No. 3:00CV 00820 (PCD))

Dear Mr. Blumenthal,

By letter dated October 14, 2003, you submitted on behalf of the interested parties State of Connecticut, Kent School Corporation, Town of Kent and the Connecticut Light and Power Company, additional information regarding the Schaghticoke Tribal Nation (STN) acknowledgment petition.

This letter is to advise you that the Department believes that the October 14, 2003, submission is untimely under the negotiated schedule approved by the district court on May 8, 2001, as amended. Your submission, therefore, is being retained in the Office of the Solicitor and, absent a court order to the contrary, will not be reviewed by the Office of Federal Acknowledgment (OFA) or by the decision maker before the final determination on STN is issued.

The negotiated schedule provides that after the proposed finding is issued, there is one opportunity for interested parties to submit their comments, information, documents, analysis or argument for consideration for the final determination. There is no provision in the schedule for interested parties to comment on STN's submissions that are in response to the proposed finding or in reply to comments submitted by the interested parties. Therefore, your submission will not be made part of the administrative record for the database to be provided under paragraph "h" of the negotiated schedule.

In accordance with the negotiated schedule, the OFA timely received on September 29, 2003, various reports, 19 CDs and 10 DVDs, which constituted the final submission by STN in reply to the interested parties comments. Since one of the duplicate sets of materials served on the

Federal government did not include the DVDs, the parties should ensure that they have all 29 disks, but may not submit further comments absent a court order.

Sincerely,

*Barbara N. Coen*

Barbara N. Coen
Attorney

cc: Counsel of record
Loretta Bonos

2