UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| V. : | |
| : | |
| 43.47 ACRES OF LAND, MORE OR LESS, : | CIVIL NO. H-85-1078(PCD) |
| SITUATED IN THE COUNTY OF : | |
| LITCHFIELD, TOWN OF KENT, ET AL., : | |
| : | |
| DEFENDANTS. : | |

******** 

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| V. : | |
| : | |
| KENT SCHOOL, : | CIVIL NO. 3:98CV01113(PCD) |
| : | |
| DEFENDANTS. : | |

*********

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, : | |
| : | |
| PLAINTIFF, : | |
| : | |
| V. : | |
| : | |
| UNITED STATES OF AMERICA AND THE : | CIVIL NO. 3:00CV00820(PCD) |
| CONNECTICUT LIGHT AND POWER : | |
| COMPANY. : | |
| : | |
| DEFENDANTS. : | |

MEMORANDUM IN RESPONSE TO THE
MOTION TO AMEND THE SCHEDULING ORDER TO
<u>ALLOW THE SUBMISSION OF NEW EVIDENCE</u>

The United States, a party in each of the above three captioned actions, hereby responds to the motion to amend the

scheduling order to allow the submission of new evidence filed by the defendants Kent School Corporation, Inc. (Kent School), the Town of Kent, the Connecticut Light and Power Company, and the *amicus* State of Connecticut.  In that motion the defendants move to amend the scheduling order of May 8, 2001, as amended, to allow the submission of new evidence relating to membership lists which were submitted to the Bureau of Indian Affairs (BIA) by the Schaghticoke Tribal Nation (STN) at the end of its reply period on September 29, 2003.  In the motion the defendants correctly note that in a letter dated October 21, 2003 Attorney Barbara Coen of the Office of the Solicitor of the Department of the Interior rejected the submission of the evidence being presented by the defendants as untimely under the scheduling order.  Attorney Coen also indicated that the defendants' submission would be retained in the Office of the Solicitor and would only be reviewed by the Office of Federal Acknowledgment (OFA) if the court amended the scheduling order for this purpose.  A copy of the letter is attached as Exhibit 3 to the defendants' motion.

The United States takes no position on the merits of the underlying evidence submitted by the Schaghticoke Tribal Nation or the new information sought to be submitted by the defendants. That is a matter for consideration by the OFA once it has been accepted for inclusion in the FAIR database.  However, the United States does reiterate its position that the information to be

submitted by the defendants cannot be made part of the record since it was presented after the date of the deadline established by the court order agreed to by all parties. The question for consideration by the court is whether the defendants have met the requirements of paragraph (f) of the scheduling order which allows parties and the *amici* to request an extension of the comment period for good cause shown. The concern of the Office of Federal Acknowledgment which is required to issue a final decision no later then four months from the end of the STN reply period on September 29, 2003 is that any additional materials to be submitted by the defendants or any further reply by the STN may impact that four month schedule. Depending on the size and volume of the materials submitted the United States reserves the opportunity to request an extension, if necessary. If the materials submitted on this issue can be quickly incorporated into the FAIR database and not otherwise delay the preparation of the final decision, no further extension will be required.

           Respectfully submitted,

           KEVIN J. O'CONNOR
           UNITED STATES ATTORNEY


           JOHN B. HUGHES
           ASSISTANT U.S. ATTORNEY
           FED. BAR NO. ct05289
           157 CHURCH STREET
           NEW HAVEN, CT 06510
           (203)821-3700

<u>                    CERTIFICATION</u>

    This is to certify that a copy of the within and foregoing Memorandum in Response to the Motion to Amend the Scheduling Order to Allow Submission of New Evidence was mailed, postage prepaid, this _____ day of November, 2003 to:

| | |
|---|---|
| Jerry Strauss, Esq.<br>Hobbs, Strauss, Dean<br>  & Walker<br>2120 L Street, NW<br>Washington, D.C. 20037 | Richard L. Street, Esq.<br>Carmody & Torrance<br>50 Leavenworth Street<br>P.O. Box 1110<br>Waterbury, CT 06721-1110 |
| Thomas W. Van Lenten, Esq.<br>Pinney, Payne, Van Lenten,<br>Burrell, Wolfe & Dillman, P.C.<br>83 Wooster Heights<br>P.O. Box 3499<br>Danbury, CT 06810-3499 | James Fogarty, Esq.<br>Fogarty, Cohen, Selby &<br>  Nemiroff, LLC<br>88 Field Point Rd.<br>P.O. Box 2508<br>Greenwich, CT 06830 |
| Mark Kohler, Esq.<br>Sue Quinn Cobb, Esq.<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06776 | Jeffrey Sienkiewicz, Esq.<br>Sienkiewicz & McKenna<br>P.O. Box 786<br>New Milford, CT 06776 |
| David Elliott, Esq.<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103-3499 | Judith Shapiro, Esq.<br>6856 Eastern Avenue NW<br>Suite 206<br>Washington, D.C. 20021 |
| Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>Hartford, CT 06123 | Michael J. Burns, Esq.<br>Law Offices of Attorney<br>  Michael J. Burns<br>57 Pratt Street<br>Hartford, CT 06103 |
| Eric Watt Wiechmann, Esq.<br>McCarter English<br>Attorneys At Law<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103 | Loretta Bonos<br>594 Bendview Drive<br>Charleston, WV 25314 |

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

                                              JOHN B. HUGHES
                                              ASSISTANT U.S. ATTORNEY
                                              157 Church Street
                                              New Haven, Ct 06508
                                              (203)821-3700

cc: Donald King, Chief
    National Parks Service
    Land Acquisition Division
    Department of Interior
    Appalachian National Scenic Trail
    Project Office
    P.O. Box 908, 1314 Edwin Miller Blvd.
    Martinsburg, WV 25401

    Scott Keep, Esq.
    Barbara Coen, Esq.
    Office of the Solicitor
    Branch of Tribal Government & Alaska
    Division of Indian Affairs
    Mail Stop 6456 (MIB)
    U.S. Department of Interior
    1849 C Street, NW
    Washington, D.C.  20240