UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3 P 4: 57
U.S. DISTRICT C...
NEW HAVEN, C...

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : CIVIL NO. [redacted] |
| DEFENDANTS. | : |

\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| KENT SCHOOL, | : CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : |

\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY. | : CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : |

SUPPLEMENTAL MEMORANDUM BY UNITED STATES IN RESPONSE TO
MOTION TO AMEND SCHEDULING ORDER

On November 7, 2003, the Kent School Corporation, Inc. (Kent School), the Town of Kent, the Connecticut Light and Power Company, (defendants), and the *amicus* State of Connecticut moved

this Court to amend the scheduling order of May 8, 2001, as amended, to allow the submission of new evidence - a one page document, and 2 ½ page interview transcript - relating to the membership lists that had been submitted to the Office of Federal Acknowledgment (OFA) by the Schaghticoke Tribal Nation (STN) at the end of its reply period. The United States filed a response to the defendants' motion on November 17, 2003, and advised that OFA would review the documents only if the scheduling order were amended by the Court, and reserved the possibility that if additional materials were submitted by the defendants or in further reply by the STN, that the four month schedule for issuing the final determination might be impacted. The STN responded to the defendants' motion on November 26, 2003, including an affidavit signed by Richard Velky of the STN petitioner. Upon further consideration of the pleadings filed by both the defendants and STN the United States files this supplemental memorandum to clarify its position regarding an amendment to the scheduling order.

Membership was an important issue in the proposed finding on the STN, and was discussed in subsequent technical assistance (TA) meetings. During the informal TA meeting with the state and other interested parties, the parties raised the issue of possible changes in the STN final roll. At the meeting, and in its follow-up TA letter, the OFA "assured interested parties that at the time of the final determination, it would check to make

sure that all individuals on the STN membership list had consented to be included." The OFA anticipated making inquiry on a number of matters concerning enrollment and membership, as part of its evaluation of the record for the final determination.

Through press coverage and independent of the court filings, the OFA researchers have become aware of the specific membership issues that are the subject of the defendants' motion. During the normal course of events, when OFA researchers become aware of a controversy raising issues important to their evaluation they independently verify the evidence. OFA's routine verification practice would include inquiries to the persons at issue, the petitioner, and pertinent interested parties. Such verification is consistent with the February 11, 2000 notice, which provides that staff research "is to be limited to that needed to verify and evaluate the materials presented." 65 Fed. Reg. 7,052 (Feb. 11, 2000). The scheduling order does not change the evaluation that the OFA researchers would otherwise do. In light of the membership issue now raised, however, access to the two documents, submitted by the defendants totaling 3 ½ pages, and the affidavit of Richard Velkey submitted by the STN, would actually speed the independent evaluation by OFA researchers.

In the interest of efficiency, the United States requests that the court grant the motion to amend the scheduling order but only to permit the OFA to review the two documents, totaling 3 ½ pages, attached as part of Exhibit 2 to the defendants' brief,

and to review the affidavit that Richard Velky filed in response, as part of the administrative record on the STN petitioner. No other submissions should be allowed. This will not delay the issuance of the final determination.

                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        */s/ John B. Hughes*
                        JOHN B. HUGHES
                        ASSISTANT U.S. ATTORNEY
                        U.S. ATTORNEY'S OFFICE
                        FED. BAR NO.  CT05289
                        157 CHURCH STREET
                        NEW HAVEN, CT 06510
                        203-821-3700

## CERTIFICATION

This is to certify that a copy of the within and foregoing Supplemental Memorandum by United States in Response to Motion to Amend Scheduling Order was mailed, postage prepaid, this 3d day of December, 2003 to:

Jerry Strauss, Esq.
Hobbs, Strauss, Dean
  & Walker
2120 L Street, NW
Washington, D.C. 20037

Thomas W. Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Mark Kohler, Esq.
Sue Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06776

David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Eric Watt Wiechmann, Esq.
McCarter English
Attorneys At Law
CityPlace I
185 Asylum Street
Hartford, CT 06103

Richard L. Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

James Fogarty, Esq.
Fogarty, Cohen, Selby &
  Nemiroff, LLC
88 Field Point Rd.
P.O. Box 2508
Greenwich, CT 06830

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
P.O. Box 786
New Milford, CT 06776

Judith Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, D.C. 20021

Michael J. Burns, Esq.
Law Offices of Attorney
Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
157 Church Street
New Haven, Ct 06508
(203) 821-3700

cc: Donald King, Chief
    National Parks Service
    Land Acquisition Division
    Department of Interior
    Appalachian National Scenic Trail
    Project Office
    P.O. Box 908, 1314 Edwin Miller Blvd.
    Martinsburg, WV 25401

    Scott Keep, Esq.
    Barbara Coen, Esq.
    Office of the Solicitor
    Branch of Tribal Government & Alaska
    Division of Indian Affairs
    Mail Stop 6456 (MIB)
    U.S. Department of Interior
    1849 C Street, NW
    Washington, D.C. 20240