UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 11  3 46 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>43.47 ACRES OF LAND, MORE OR LESS,<br>SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL.,<br>Defendants. | CIVIL ACTION NO.<br>H-85-1078 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>Plaintiff,<br><br>v.<br><br>KENT SCHOOL CORPORATION, INC., ET<br>AL.,<br>Defendants. | CIVIL ACTION NO.<br>3-98-CV-01113 (PCD) |
| SCHAGHTICOKE TRIBAL NATION<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA AND THE<br>CONNECTICUT LIGHT AND POWER<br>COMPANY,<br>Defendants. | CIVIL ACTION NO.<br>3-00-CV-00820 (PCD)<br><br>December 9, 2003 |

REPLY TO SCHAGHTICOKE TRIBAL NATION'S
OPPOSITION TO THE MOTION TO AMEND THE
SCHEDULING ORDER TO ALLOW THE
SUBMISSION OF NEW EVIDENCE

In its Supplemental Memorandum of December 3, 2003, the United States requested

that the Court grant the motion to amend the scheduling order to permit the review of the two

documents submitted by the defendants and *amici* State along with the affidavit of Richard Velky submitted by the Schaghticoke Tribal Nation (STN) petitioner.  To resolve the matter fairly and expeditiously, the defendants and *amici* State join in that request.  The STN, by its December 5, 2003, Response to the Government's Supplemental Memorandum, now concurs in that request, as well.  Permitting this review will allow the Office of Federal Acknowledgment (OFA) to evaluate all of the evidence on the issue of tribal membership. The Court should therefore grant the motion to amend the scheduling order, in accordance with the United States' request.

Respectfully Submitted,
DEFENDANT,
KENT SCHOOL CORPORATION

David J. Elliott (ct04301)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860)275-0196
djelliott@dbh.com

AMICUS,
STATE OF CONNECTICUT
RICHARD BLUMENTHAL
ATTORNEY GENERAL

Mark F. Kohler (ct02272)
Susan Q. Cobb (ct03850)
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860)808-5020
(860)808-5389(fax)
mark.kohler@po.state.ct.us

DEFENDANT,
THE CONNECTICUT LIGHT AND POWER
COMPANY

Richard L. Street (ct13658)
Carmody & Torrance
50 Leavenworth Street
P.O. Box 110
Waterbury, CT 06721
(203)573-1200

-3-

## CERTIFICATION

This certifies that the foregoing was served by first-class mail on all counsel and pro se parties of record this 9th day of December, 2003, as follows:

Thomas W. Van Lenten
Pinney, Payne, Van Lenten,
Burrell, Wolfe, & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Judith Shapiro
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

Eric Weichmann
Charles D. Ray
Vanessa D. Roberts
Cummings & Lockwood
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Strauss
Hobbs, Straus, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

James Fogarty
Leland C. Selby
Fogarty, Cohen, Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Robert A. Slavitt
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Loretta E. Bonos
594 Bend View Drive
Charleston, West Virginia 25314

Thomas Gugliotti
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

John B. Hughes
Unites States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Barbara N. Coen
Division of Indian Affairs
Office of the Solicitor
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240

Mark F. Kohler
Assistant Attorney General

-6-