## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | :<br>: | |
| | : | Case No: H-85-1078 (PCD) |
| v. | : | |
| | : | |
| 43.47 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL.,<br>　　　Defendants | :<br>:<br>:<br>: | |
| | | |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff, | :<br>: | |
| | : | Case No. 3:98cv1113 (PCD) |
| v. | : | |
| | : | |
| KENT SCHOOL<br>　　　Defendant, | :<br>: | |
| | | |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff, | :<br>: | |
| | : | Case No. 3:00cv820 (PCD) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA AND<br>CONNECTICUT LIGHT AND POWER<br>COMPANY<br>　　　Defendants. | :<br>:<br>:<br>: | |

### AMENDED RULING ON MOTION TO AMEND SCHEDULING ORDER

　　　The United States by letter, not motion, seeks an amendment to this Court's Ruling signed December 11, 2003 [Doc. Nos. 216, 149, and 62 ] to allow submission of an affidavit by Richard Velkey which was attached to the end of the Schaghticoke Tribal Nation's ("STN") earlier Opposition Brief.  See STN Mem. Opp. Motion to Amend.    It is noted that there has been no formal motion to amend the Scheduling Order [Doc. Nos. 170, 105, and 33] to allow submission

of the affidavit, nor was the affidavit even marked as an exhibit when attached to STN's Brief. Moreover, at the time the prior Ruling was signed, no response had been filed by Defendants The Kent School or Connecticut Light and Power addressing the affidavit in question. Since that time,[1] a response has been filed indicating that there is no objection to the submission of the affidavit by Richard Velkey. Accordingly, STN's Memorandum in Opposition [Doc. Nos. 212, 146, and 60 ] is hereby construed as a Memorandum in Opposition and, in the alternative, a Motion to Amend the Scheduling Order to include the submission of the Richard Velkey affidavit. That Motion is **granted**, absent opposition, and it is ordered that the Velkey affidavit be considered as well. No other amendments have been requested. In the future, parties should note that the best way to seek amendment of an order is to formally move for such amendment.

SO ORDERED.

Dated at New Haven, Connecticut, December ___, 2003.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court

---

[1] Defendants The Kent School and Connecticut Light and Power filed a response on December 11, 2003, the day the prior Ruling was signed, but that response had not been received in chambers at the time the Ruling was signed.