UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff | : | NO. H-85-1078 (PCD) |
| | : | |
| V. | : | |
| | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, | : | |
| SITUATED IN THE COUNTY OF LITCHFIELD, | : | |
| TOWN OF KENT, ET AL., | : | |
| Defendants. | : | |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | CIVIL ACTION |
| Plaintiff | : | NO. 3-98-CV 01113 (PCD) |
| | : | |
| V. | : | |
| | : | |
| KENT SCHOOL CORPORATION, INC., ET AL., | : | |
| Defendants. | : | |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | CIVIL ACTION |
| Plaintiff | : | NO. 3-00-CV 0820 (PCD) |
| | : | |
| V. | : | |
| | : | |
| THE UNITED STATES OF AMERICA AND | : | |
| THE CONNECTICUT LIGHT AND POWER | : | |
| COMPANY | : | |
| Defendants. | : | |
| | : | JANUARY 6, 2004 |

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

349189

<u>MOTION TO SUBSTITUTE PARTY DEFENDANT</u>

Defendant, Ms. Barbara Bush Graham and Mr. Sam Kwak, respectfully move pursuant to Fed. R. Civ. P. 25(c) to substitute Mr. Kwak as a defendant in this action following the legal transfer of Ms. Graham's interest in the property known as 250 Schaghticoke Road, Kent, Connecticut (the "Property").

The Property is at issue in this litigation because it is a portion of the land claimed by the Schaghticoke Tribal Nation in its bid for tribal recognition. Ms. Graham, at the time this action was initiated was the record owner of the Property and accordingly was named as a defendant.

Ms. Graham has deeded her interest in the Property to Mr. Sam Kwak. Accordingly, Ms. Graham no longer has an interest in this Property, and, therefore, no interest in this litigation. That interest is now maintained by Mr. Kwak.

"The Court, if it sees fit, may allow the trasnferee to be substituted for the transferor." <u>Federal Practice and Procedure,</u> Wright and Miller, 1958 at 557. The decision to allow the substitution of the party per Rule 25(c) is solely within the Court's discretion. In this matter, as there is no personal liability on the part of Ms. Graham in this matter, and the issue is solely related to the ownership of the Property, there is no apparent reason not to allow the substitution of the current property owner as the proper defendant. Mr. Kwak will be represented by the

undersigned and his inclusion as a defendant will not prejudice any party or the resolution of this

matter.

The movants, respectfully ask the Court to allow the substitution of Mr. Kwak as party

defendant instead of Ms. Graham.

DEFENDANT, BARBARA BUSH GRAHAM
MOVANT, SAM KWAK


By_____
    THOMAS A. GUGLIOTTI, ESQ.
        Fed. Bar. No. ct
    THOMAS W. EDGINGTON, ESQ.
        Fed. Bar No. ct22277
    UPDIKE, KELLY & SPELLACY, P.C.
    One State Street
    P.O. Box 231277
    Hartford, CT  06123-1277
    (860) 548-2600

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, this ____ day of January, 2004

to:

Eric Watt Wiechmann, Esq.
Charles D. Ray, Esq.
Vanessa D. Roberts, Esq.
Cummings & Lockwood
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3495

Thomas W. Van Lenten, Esq.
Pinney, Payne, Van Lenten, Burrell, Wolfe &
Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT  06813-3499

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT  06850

Susan Quinn Cobb, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT  06141

John B. Hughes, Esq.
Chief of Civil Division
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT  06510

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff
88 Field Point Road
P.O. Box  2508
Greenwich, CT  06836-2508

Jerry C. Straus, Esq.
Judith A. Shapiro, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NY
Washington, DC  20037

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, P.C.
9 South Main Street
P.O. Box 786
New Milford, CT  06776-0786

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT  06103-3499

Richard L. Street, Esq.
Carmody & Torrance
50 Leavenworth Street
Waterbury, CT  06721

Loretta Bonos
P.O. Box 32256
Washington, D.C.  20007

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT  06103

Renita Ford, Esq.
General Litigation Section
Environmental &Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC  20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
2849 C Street, NW
Mailstop 6456
Washington, DC  20240

_____
THOMAS A. GUGLIOTTI, ESQ.