UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | |
| | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, | : | CIVIL NO. H-85-1078(PCD) |
| SITUATED IN THE COUNTY OF | : | |
| LITCHFIELD, TOWN OF KENT, ET AL., | : | |
| | : | |
| DEFENDANTS. | : | |

<u>MOTION TO AMEND COMPLAINT</u>

_____The plaintiff, United States of America, hereby moves to amend the complaint in the above-captioned condemnation proceeding pursuant to Rules 15(a) and 71A(f), Federal Rules of Civil Procedure and paragraph (q) of the Stipulated Order entered in this case on May 9, 2001.

Respectfully submitted,

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY


JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED BAR NO. CT05289
157 CHURCH STREET
NEW HAVEN, CT 06510
(203)821-3700


**ORAL ARGUMENT NOT REQUIRED**

CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, this     day of January, 2004 to:

Schaghticoke Tribal Nation

Eric Wiechmann, Esq.
McCarter and English
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas W. VanLenten, Esq.
Pinney, Payne, VanLenten, Burrell, Wolfe & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120L Street, NW
Washington, D.C. 20037

Preston Mountain Club

James R. Fogarty, Esq.
Lee C. Selby, Esq.
Fogarty, Cohen, Shelby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Kent School

David J. Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Don Baur, Esq.
Perkins Coie
607 Fourteenth Street, NW
Washington, D.C.  20005-2011

Connecticut Light & Power

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721

Town of Kent

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Loretta E. Bonos, Admin.

Loretta E. Bonos
594 Bendview Drive
Charleston, WV 25314-1547

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Barbara Bush

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

State of Connecticut

Susan Quinn Cobb, Esq.
Mark Kohler, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Department of the Justice

James Upton
General Litigation Section
Environmental & Natural resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663

Department of the Interior

Barbara Coen, Esq.
Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW - Mailstop 6456
Washington, DC 20240


Schaghticoke Indian Tribe
Michael J. Burns, Esq.
Law Offices of Michael J. Burns
57 Pratt Street
Hartford, CT 06106


_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
FED. BAR NO. CT05289
157 CHURCH STREET
NEW HAVEN, CT 06510