UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : CIVIL NO. H-85-1078(PCD) |
|     DEFENDANTS. | : |

\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
|     PLAINTIFF, | : |
| V. | : |
| KENT SCHOOL, | : CIVIL NO. 3:98CV01113(PCD) |
|     DEFENDANTS. | : |

\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
|     PLAINTIFF, | : |
| V. | : |
| CONNECTICUT LIGHT & POWER, | : CIVIL NO. 3:00CV00820(PCD) |
|     DEFENDANTS. | : |

<u>REPORT AND JOINT MOTION ON CONSENT TO AMEND SCHEDULING ORDER</u>

The United States Attorney hereby notifies the Court that in accordance with ¶ (h) of the Stipulated Scheduling Order of May 9, 2001, as later amended, the Department of the Interior issued its final determination on the petition of the Schaghticoke Tribal Nation on January 29, 2004. In accordance with ¶ (h), the decision

was served on the parties, *amici* and other interested parties on February 2, 2004. Notice of the decision was published in the Federal Register on February 5, 2004.

The parties in the three above-captioned cases hereby report to the Court through the U.S. Attorney on the negotiations pursuant to ¶ (j) of the Stipulated Scheduling Order. As provided in ¶ (j) of the Scheduling Order the parties and *amici* engaged in further negotiation of the question of whether, for purposes of this case, independent review and reconsideration before the Interior Board of Indian Appeals (IBIA) pursuant to 25 C.F.R. § 83.11 is to be made, or shall be part of a petition for review filed in the District Court under the Administrative Procedure Act (APA). The result of the negotiations is that the review procedures of 25 C.F.R. § 83.11 will be available and any additional review under the APA in District Court will be filed only at the conclusion of the administrative proceedings when there is a final effective agency decision.

The U.S. Attorney has been authorized by the parties to request that the Court grant, without further response, this joint motion to amend the provisions of ¶ (k) of the Stipulated Scheduling Order, to read as follows:

> (k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

The requested amendment to paragraph (k) is intended to clarify that an action seeking APA review in District Court must be filed within 90 days of the effective date of the "final decision," the final agency action on the petition for acknowledgment. As presently worded ¶ (k) requires filing an APA action within 90 days of the date that notice of the "final determination" was served, which does not accommodate the IBIA process.

The proposed amended ¶ (k) relies on the regulations to define "effective date," and precludes the possibility of an APA action before the administrative process is complete. If amended, paragraph (k) will provide a deadline for an APA review in District Court irrespective of whether a request for reconsideration is made to the IBIA. Keying the time frame to the "effective date" of the final decision allows for a flexible deadline - applicable irrespective of whether an IBIA appeal is filed and irrespective of the nature of the reconsidered decision, if any, which is made under the regulations. See 25 C.F.R. § 83.11(a)(2), (h)(1), (h)(2) and (h)(3).

Thus, if paragraph (k) is amended by the Court, the following benchmarks will apply:

1. If <u>no</u> request for reconsideration before the IBIA is filed, the APA review must be filed on August 3, 2004, 90 days from the effective date of May 5, 2004.

2. If a request for reconsideration before IBIA is filed, the APA review must be filed 90 days from the effective date of the final decision as determined by the regulations, 25 C.F.R. Part 83.

During the negotiations regarding the nature and timing of the appeals to be taken from the final determination, the parties also discussed possible ways in which to expedite the IBIA process. The parties and amici have agreed to the following procedures:

1. Parties and amici contemplating the filing of requests for reconsideration shall attempt, in good faith, to consolidate their respective grounds for reconsideration, so as to minimize duplication.

2. All references to documents that are indexed in the FAIR database shall be referenced by their "Short Cite" or "Image File ID," or both, in FAIR, to the extent practicable.

3. A copy of this Report and Joint Motion On Consent to Amend Scheduling Order should accompany any request for reconsideration filed with IBIA concerning the final determination on the STN petition.

4. Any request for reconsideration before the IBIA will affirmatively state that it was served on the designated representative reflected in the attached copy of the "List of Interested Parties as of January 30, 2004" prepared by the Office of Federal Acknowledgment, the Assistant Secretary-Indian Affairs (attention: Office of Federal Acknowledgment) and the Office of the Solicitor (attention: Scott Keep and Barbara Coen).

```
                              Respectfully submitted,

                              JOHN H. DURHAM
                              ACTING UNITED STATES ATTORNEY



                              JOHN B. HUGHES
                              ASSISTANT U.S. ATTORNEY
                              FED. BAR NO. ct05289
                              157 CHURCH STREET
                              NEW HAVEN, CT 06510
                              (203)821-3700
```

## CERTIFICATION

This is to certify that a copy of the within and foregoing Report and Joint Motion on Consent to Amend Scheduling Order was mailed, postage prepaid, this _____ day of February, 2004 to:

Eric Watt Wiechmann, Esq.
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
P.O. Box 786
New Milford, CT 06776

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Sue Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06776

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Loretta E. Bonos
594 Bendview Drive
Charleston, WV 25314-1547

Robert A. Slavitt, Esq.
Slavit, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, DC 20037

Judith Shapiro, Esq.
6856 Eastern Avenue, NW
Suite 206
Washington, D.C.  20021

Michael J. Burns, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103

Scott Keep, Esq.
Barbara Coen, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW - Mailstop 6456
Washington, D.C.  20240

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN B. HUGHES
　　　　　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　　157 Church Street
　　　　　　　　　　　　　　　　　　　　　　　New Haven, Ct 06508
　　　　　　　　　　　　　　　　　　　　　　　(203)821-3700

```
cc:
James Upton
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20004-0663

Donald King, Chief
National Parks Service
Land Acquisition Division
Department of Interior
Appalachian National Scenic Trail
Project Office
P.O. Box 908
1314 Edwin Miller Boulevard
Martinsburg, WV 25401
```

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : | CIVIL NO. H-85-1078(PCD) |
| DEFENDANTS. | : | |

********

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| KENT SCHOOL, | : | CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : | |

********

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| CONNECTICUT LIGHT & POWER, | : | CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : | |

### [**PROPOSED**] **AMENDED ORDER**

    The Stipulated Scheduling Order entered by the Court on May 9, 2001 is hereby amended to modify paragraph (k) to read as follows:

9

  (k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

  The balance of the Order, as previously amended, shall remain in effect.

SO ORDERED.

Dated at New Haven, Connecticut, February , 2004.


              _____
                  Peter C. Dorsey
              Senior United States District Judge