## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA | : |
| | : |
|    VS. | :  CASE NO. H-85-1078 (PCD) |
| | : |
| 43.47 ACRES OF LAND, MORE OR LESS, | : |
| SITUATED IN THE COUNTY OF | : |
| LITCHFIELD, TOWN OF KENT, ET AL. | : |

## ENDORSEMENT ORDER

The Motion to Amend Complaint, document no. 219, is GRANTED absent opposition.

SO ORDERED. Dated at New Haven, Connecticut, this 23rd day of March, 2004.

                /s/
              Peter C. Dorsey, U.S. District Judge
              United States District Court