Amend

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : CIVIL NO. H-85-1078(PCD) |
| DEFENDANTS. | : |

United States District Court
District of Connecticut
FILED AT NEW HAVEN

3/23/2004

Kevin F. Rowe, Clerk

By:_____ Deputy Clerk

AMENDED COMPLAINT IN CONDEMNATION

1. This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2. The authority for the taking of the land is under and in accordance with the Act of Congress approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C. § 3113; the Land and Water Conservation Fund Act of 1965, 78 Stat, 897, as amended, 16 U.S.C. § 4601-4 et. seq.; the Act of October 2, 1968, 82 Stat. 919, as amended, 16 U.S.C. § 1241, et. seq., which Act authorized the Appalachian National Scenic Trail, and under the authority of the Department of the Interior and Related Agencies Appropriation Act of 1984, 97 Stat. 919 and the Department of the interior and Related Agencies Appropriation Act for Fiscal Year 1999, October 21, 1998, 112 Stat. 2681-232, Public Law 105-277; and the Consolidated and Emergency Appropriations Act, 1999, October 21,

1998, 112 Stat. 2681-241, which Act appropriated funds for such purposes.

3. The public uses for which said land is to be taken is the proper administration, preservation, and development of the Appalachian National Scenic Trail for the benefit and enjoyment of the public as more particularly set forth in Schedule "A" attached hereto and made a part hereof.

4. The property to be taken is in two parcels situated in the County of Litchfield, State of Connecticut and more particularly described in Schedule "B" attached hereto and made a part hereof. The first parcel is 43.47 acres of land, more or less, and the second parcel is 83.52 acres of land, more or less. Both parcels are indicated on the attached map, designated Schedule "C" and made a part hereof. Parcels 265-23 (43.47 acres) and 265-33 (83.52 acres) are outlined in red.

5. The interest to be acquired is a fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

6. The persons having or claiming an interest in the property whose names are known are:

OWNER

The Preston Mountain Club, Incorporated   (43.47 acres)
c/o Bernie Leighton, Manager              (83.52 acres)
P.O. Box 562
Kent, CT 06757

c/o James R. Fogarty, Esq.
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

OTHERS WHO MAY CLAIM AN INTEREST

| | |
|---|---|
| Schaghticoke Tribal Nation<br>Schaghticoke Tribal Council<br>C/o Thomas VanLenten, Esq.<br>Pinney, Payne, Van Lenten,<br>Burrell, Wolfe & Dillman, P.C.<br>83 Wooster Heights<br>P.O. Box 3499<br>Danbury, CT 06810-3499<br><br>c/o Richard L. Velkey<br>STN Tribal Chairman<br>33 Elizabeth Street<br>Derby, CT 06418 | By virtue of an eject-<br>ment action in U.S.<br>District Court, Conn-<br>ecticut (Civil No. H-<br>75-125), Lis Pendens<br>Recorded in Volume 65,<br>Page 307 of the Kent<br>Land Records, and<br>by virtue of a land<br>claim action filed in<br>U.S. District Court<br>of Connecticut, Civil<br>No. 3:98CV01137, for<br>which no Lis Pendens has<br>been filed. |
| Schaghticoke Indian Tribe<br>c/o Michael J. Burns, Esq.<br>Law Offices of Attorney<br>  Michael J. Burns<br>57 Pratt Street<br>Hartford, CT 06103<br><br>c/o Alan Russell<br>SIT Tribal Chairman<br>P.O. Box 111<br>Kent, CT 06757 | By virtue of certain<br>claims made as an<br>intervener in Civil<br>Actions No. H-85-1078,<br>3:98CV1113, 3:00CV20. |
| Frank H. Turkington & Heirs<br>address unknown | By virtue of a possible<br>mineral interest as<br>recorded in Volume 30,<br>Page 512 of the Kent<br>Land Records. |
| Tax Collector<br>Town of Kent<br>Kent, Connecticut | By virtue of a possible<br>lien for unpaid real<br>estate taxes. |

3

7. Local and State taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

8. There are or may be others who have or may claim some interest in the property to be taken, whose names are unknown to plaintiff, and such persons are made parties to this action under the designation "Unknown Owners."

9. All persons, groups and entities named herein are joined as defendants generally to the end that all right, title, interest and estate of all said defendants in and to any and all of the lands herein involved shall be divested out of them and vested in plaintiff.

WHEREFORE, the plaintiff demands judgment that the property be condemned and that just compensation for the taking be ascertained and awarded and for such other relief as may be lawful and proper.

Respectfully submitted,

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY

*/s/ John B. Hughes*

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED BAR NO. CT05289
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FAX 203-773-5373
john.hughes@usdoj.gov

4

SCHEDULE "A"

APPALACHIAN NATIONAL SCENIC TRAIL

AUTHORITY FOR THE TAKING

The authority for the taking of the land is under and in accordance with the Act of Congress approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C. § 3113; the Land and Water Conservation Fund Act of 1965, 78 Stat, 897, as amended, 16 U.S.C. § 4601-4 et. seq.; the Act of October 2, 1968, 82 Stat. 919, as amended, 16 U.S.C. § 1241, et. seq., which Act authorized the Appalachian National Scenic Trail, and under the authority of the Department of the Interior and Related Agencies Appropriation Act of 1984, 97 Stat. 919 and the Department of the interior and Related Agencies Appropriation Act for Fiscal Year 1999, October 21, 1998, 112 Stat. 2681-232, Public Law 105-277; and the Consolidated and Emergency Appropriations Act, 1999, October 21, 1998, 112 Stat. 2681-241, which Act appropriated funds for such purposes.

PUBLIC USES

The public uses for which said land is to be taken are as follows: The land is required for the proper administration, preservation, and development of the Appalachian National Scenic Trail for the benefit and enjoyment of the public. The said land has been selected for acquisition by the United States of America for said purposes, and for such other uses as may be authorized by Congress or by Executive Order.

3

DESCRIPTION:

SCHEDULE "B"

TRACT 265-23

All that certain tract or parcel of land lying and being situated in the Town of Kent, Litchfield County, State of Connecticut, and being more particularly described as follows:

BEGINNING at a point in the New York/Connecticut State Line, said point being a corner common to lands formerly of Nicholas Frankie, et. al., now lands of the United States of America (Appalachian National Scenic Trail, Tract 265-10) and subject owner, said point having coordinate values of North 315,503.19 and East 390,657.01; thence, severing the lands of subject owner, the following two bearings and distances: North 86° 04' 01" East, 1,350.00 feet; and

North 49° 17' 32" East, 2,378.25 feet to a point in the property line of lands, now or formerly, of The Kent School, South 04° 41' 15" West, 1,700.00 feet to a point in the boundary line of lands now or formerly, of the Schaghticoke Indian Reser said point also being a corner common to lands of Kent School and subject owner; thence, with the boundary line of said Indian Reservation, South 87° 11' 15" West, 3,029.95 feet to another point in said State Line, also being a point in the eastern boundary line of said Government Lands Tract (265-10) and a corner common to lands of said Indian Reservation and subject owner; thence with the boundary line of said Government Lands (Tract 265-10) and said State Line, North 04° 28' 20" East, 199.90 feet to the point of beginning.

Containing 43.47 acres, more or less.

The above-described parcel, designated as Tract 265-23, Appalachian National Scenic Trail, is a portion of the same land acquired by The Preston Mountain Club, Incorporated, from the Chase Companies, Incorporated, by deed dated January 26, 1925 and recorded June 2, 1925 in Warrantee Volume 30, Page 512, in the Land Records of the Kent Town Clerk's Office, Litchfield County, State of Connecticut.

4

AND

TRACT 265-33
---

All that certain tract or parcel of land lying and being situated in the Town of Kent, Litchfield County, State of Connecticut, and being more particularly described as follows:

> BEGINNING at Appalachian Trail Monument 264-CT-97 on the property line of lands formerly of Kent School Corporation, now of the United States of America (Appalachian National Scenic Trail, Tract 264-07) and marking a corner common to other lands of The Preston Mountain Club (Appalachian National Scenic Trail, Tract 265-23) and subject owner; thence, with the property line of said Preston Mountain Club, the following two bearings and distances:
>
> South 49° 17' 32" West, 2,378.25 feet; and,
>
> South 86° 04' 01" West, 1,350.00 feet to Appalachian Trail Monument 265-CT-28 on the New York/Connecticut State Line, marking a corner common to lands formerly of Nicholas Frankie, et al., now of the United States of America (Appalachian National Scenic Trail, Tract 265-10), lands formerly of David C. Lillis, et al., now of the United States of America (Tract 265-32), lands of said Tract 265-23 and subject owner, thence, with the State Line, North, 1,700.00 feet to a corner common to lands of said Tract 265-32 and subject owner; thence severing the lands of said Preston Mountain Club, South 88° 58' 33" East, 3,150.15 feet to the pont of beginning.
>
> Containing 83.52 acres, more or less.
>
> The above-described parcel, designated as Tract 265-33, Appalachian National Scenic Trail, is a portion of the same land acquired by The Preston Mountain Club, Incorporated, from The Chase Companies, Incorporated, by deed dated January 26, 1925 and recorded June 2, 1925 in Warrantee Volume 30, Page 512, in the Land Records of the Kent Town Clerk's Office, Litchfield County, State of Connecticut.

BEARINGS AND COORDINATES REFER TO CONNECTICUT STATE PLANE COORDINATE SYSTEM.

ESTATE TO BE ACQUIRED:
The fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

5



Schedule "C"

## CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, this 23 Day of January, 2004 to:

<u>Schaghticoke Tribal Nation</u>

Eric Wiechmann, Esq.
McCarter and English
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas W. VanLenten, Esq.
Pinney, Payne, VanLenten, Burrell, Wolfe & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

<u>Preston Mountain Club</u>

James R. Fogarty, Esq.
Lee C. Selby, Esq.
Fogarty, Cohen, Shelby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

<u>Kent School</u>

David J. Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Don Baur, Esq.
Perkins Coie
607 Fourteenth Street, NW
Washington, D.C. 20005-2011

<u>Connecticut Light & Power</u>

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721

Town of Kent

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Loretta E. Bonos, Admin.

Loretta E. Bonos
594 Bendview Drive
Charleston, WV 25314-1547

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Barbara Bush

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

State of Connecticut

Susan Quinn Cobb, Esq.
Mark Kohler, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Department of the Justice

James Upton
General Litigation Section
Environmental & Natural resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663

Department of the Interior

Barbara Coen, Esq.
Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW - Mailstop 6456
Washington, DC 20240

Schaghticoke Indian Tribe
Michael J. Burns, Esq.
Law Offices of Michael J. Burns
57 Pratt Street
Hartford, CT 06106

_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT 06510