United States District Court
District of Connecticut
FILED AT NEW HAVEN
3/23/2004
Kevin F. Rowe, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,               :
            PLAINTIFF,                  :
                                        :
        V.                              :
                                        :
43.47 ACRES OF LAND, MORE OR LESS,      : CIVIL NO. H-85-1078(PCD)
SITUATED IN THE COUNTY OF               :
LITCHFIELD, TOWN OF KENT, ET AL.,       :
                                        :
            DEFENDANTS.                 :
                                        :

### NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed the following document:

A large map attached as Schedule "C" to the proposed Amended Complaint.

The document has not been filed electronically because the electronic file size for the documents exceeds 1.5 megabytes.

The exhibit has been manually served on all parties.

                        Respectfully submitted,

                        JOHN H. DURHAM
                        ACTING UNITED STATES ATTORNEY

                        /s/ John B. Hughes
                        JOHN B. HUGHES
                        ASSISTANT U.S. ATTORNEY
                        FED. BAR NO. ct05289
                        P.O. BOX 1824
                        NEW HAVEN, CT   06508
                        (203)821-3700

CERTIFICATION

This is to certify that a copy of the within and foregoing was mailed, postage prepaid, this  23d  day of January, 2004 to:

Schaghticoke Tribal Nation

Eric Wiechmann, Esq.
McCarter and English
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas W. VanLenten, Esq.
Pinney, Payne, VanLenten, Burrell, Wolfe & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, D.C. 20037

Preston Mountain Club

James R. Fogarty, Esq.
Lee C. Selby, Esq.
Fogarty, Cohen, Shelby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Kent School

David J. Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Don Baur, Esq.
Perkins Coie
607 Fourteenth Street, NW
Washington, D.C. 20005-2011

2

Connecticut Light & Power

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721

Town of Kent

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Loretta E. Bonos, Admin.

Loretta E. Bonos
594 Bendview Drive
Charleston, WV 25314-1547

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Barbara Bush

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

State of Connecticut

Susan Quinn Cobb, Esq.
Mark Kohler, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Department of the Justice

James Upton
General Litigation Section
Environmental & Natural resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663

Department of the Interior

Barbara Coen, Esq.
Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW - Mailstop 6456
Washington, DC 20240

Schaghticoke Indian Tribe
Michael J. Burns, Esq.
Law Offices of Michael J. Burns
57 Pratt Street
Hartford, CT 06106

_____
JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
FED. BAR NO. CT05289
157 CHURCH STREET
NEW HAVEN, CT 06510

4