# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | Case No: H-85-1078 (PCD) |
| 43.47 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL.,<br>　　　Defendants | : <br> : <br> : <br> : | |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | Case No. 3:98cv1113 (PCD) |
| KENT SCHOOL<br>　　　Defendant, | : <br> : | |
| SCHAGHTICOKE TRIBAL NATION<br>　　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | Case No. 3:00cv820 (PCD) |
| UNITED STATES OF AMERICA AND<br>CONNECTICUT LIGHT AND POWER<br>COMPANY<br>　　　Defendants. | : <br> : <br> : <br> : | |

## ENDORSEMENT ORDER

Defendant Barbara Bush Graham's Motion to Substitute Party Defendant [Doc. Nos. 218, 151, and 64] is **granted** absent opposition. Mr. Sam Kwak is hereby substituted for Ms. Graham who is now no longer a party to this action.

1

SO ORDERED.

Dated at New Haven, Connecticut, March 23, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court

2