```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,         :
                                  :
        PLAINTIFF,                :
                                  :
        V.                        :
                                  :
43.47 ACRES OF LAND, MORE OR LESS,: CIVIL NO. H-85-1078(PCD)
SITUATED IN THE COUNTY OF         :
LITCHFIELD, TOWN OF KENT, ET AL., :
                                  :
        DEFENDANTS.               :
```

                     NOTICE OF CONDEMNATION

To:

**The Preston Mountain Club, Incorporated**
c/o William R. Jones, Esq.
2 Main Street
Danbury, CT 06810-1090

c/o Leland C. Selby, Esq.
Fogarty, Cohen, Selby & Nemiroff, LLC
88 Field Point Road
P.O. Box 2508
Greenwich, Connecticut 06830

**Schaghticoke Tribal Nation**
c/o Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten, Burrell, Wolfe & Dillman, P.C.
83 Wooster Heights
P.O. Box 3499
Danbury, Connecticut 06810-3499

c/o Richard L. Velkey
STN Tribal Chairman
33 Elizabeth Street
Derby, CT 06418

**Schaghticoke Indian Tribe**
c/o Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, Connecticut 06103

c/o Alan Russell
Tribal Chairman
P.O. Box 111
Kent, CT 06757

**Frank H. Turkington and Heirs**
Address Unknown

**Tax Collector**
Town of Kent
Kent, Connecticut 06757

**Unknown Owners**

You are hereby notified that an amended complaint in condemnation has heretofore been filed in the office of the Clerk of the above-named Court in an action to condemn an interest in and to the following property for the public use of the United States Appalachian National Scenic Trail

<u>TRACT 265-23</u>

<u>DESCRIPTION:</u>

All that certain tract or parcel of land lying and being situated in the Town of Kent, Litchfield County, State of Connecticut, and being more particularly described as follows:

> BEGINNING at a point in the New York/Connecticut State Line, said point being a corner common to lands formerly of Nicholas Frankie, et. al., now lands of the United States of America (Appalachian National Scenic Trail, Tract 265-10) and subject owner, said point having coordinate values of North 315,503.19 and East 390,657.01; thence, severing the lands of subject owner, the following two bearings and distances:
>
> North 86° 04' 01" East, 1,350.00 feet; and
>
> North 49° 17' 32" East, 2,378.25 feet to a point in the property line of lands, now or formerly, of The Kent School Corporation; thence with the property

2

line of said Kent School,, South 04° 41' 15" West, 1,700.00
feet to a point in the boundary line of lands
now or formerly, of the Schaghticoke Indian Reservation,
said point also being a corner common to lands of
Kent School and subject owner; thence, with the
boundary line of said Indian Reservation, South 87°
11' 15" West, 3,029.95 feet to another point
in said State Line, also being a point in the
eastern boundary line of said Government Lands
Tract (265-10) and a corner common to lands of
said Indian Reservation and subject owner; thence
with the boundary line of said Government Lands
(Tract 265-10) and said State Line, North 04°
28' 20" East, 199.90 feet to the point of
beginning.

Containing 43.47 acres, more or less.

The above-described parcel, designated as Tract 265-23, Appalachian National Scenic Trail, is a portion of the same land acquired by The Preston Mountain Club, Incorporated, from the Chase Companies, Incorporated, by deed dated January 26, 1925 and recorded June 2, 1925 in Warrantee Volume 30, Page 512, in the Land Records of the Kent Town Clerk's Office, Litchfield County, State of Connecticut.

AND

TRACT 265-33

All that certain tract or parcel of land lying and being situated in the Town of Kent, Litchfield County, State of Connecticut, and being more particularly described as follows:

BEGINNING at Appalachian Trail Monument 264-CT-97 on the
property line of lands formerly of Kent School Corporation,
now of the United States of America (Appalachian National
Scenic Trail, Tract 264-07) and marking a corner common
to other lands of The Preston Mountain Club (Appalachian
National Scenic Trail, Tract 265-23) and subject owner;
thence, with the property line of said Preston Mountain
Club, the following two bearings and distances:

South 49° 17' 32" West, 2,378.25 feet; and,

South 86° 04' 01" West, 1,350.00 feet to Appalachian
Trail Monument 265-CT-28 on the New York/Connecticut State
Line, marking a corner common to lands formerly of Nicholas

3

    Frankie, et al., now of the United States of America (Appalachian National Scenic Trail, Tract 265-10), lands formerly of David C. Lillis, et al., now of the United States of America (Tract 265-32), lands of said Tract 265-23 and subject owner, thence, with the State Line, North, 1,700.00 feet to a corner common to lands of said Tract 265-32 and subject owner; thence severing the lands of said Preston Mountain Club, South 88° 58' 33" East, 3,150.15 feet to the pont of beginning.

    Containing 83.52 acres, more or less.

    The above-described parcel, designated as Tract 265-33, Appalachian National Scenic Trail, is a portion of the same land acquired by The Preston Mountain Club, Incorporated, from The Chase Companies, Incorporated, by deed dated January 26, 1925 and recorded June 2, 1925 in Warrantee Volume 30, Page 512, in the Land Records of the Kent Town Clerk's Office, Litchfield County, State of Connecticut.

    The estate hereby taken for said public use as aforesaid is a fee simple title subject to existing easements for public roads and highways, public utilities, railroads, and pipelines.

    The authority for the taking of the land is under and in accordance with the Act of Congress approved August 1, 1888, 25 Stat. 357, as amended, 40 U.S.C. § 3113; the Land and Water Conservation Fund Act of 1965, 78 Stat. 897, as amended, 16 U.S.C. § 4601-4, *et*. *seq*.; the Act of October 2, 1968, 82 Stat. 919, as amended, 16 U.S.C. § 1241, *et*. *seq*., which Act authorized the Appalachian National Scenic Trail, and under the authority of the Department of the Interior and Related Agencies Appropriation Act of 1984, 97 Stat. 919, and the Department of the Interior and Related Agencies Appropriation Act for Fiscal Year 1999, October 21, 1998, 112 Stat. 2681-232, Public Law 105-277; and the

Consolidated and Emergency Appropriations Act, 1999, October 21, 1998, 112 Stat. 2681-241, which Act appropriated funds for such purposes.

The public uses for the land which is to be taken are as follows: The land is required for the proper administration, preservation, and development of the Appalachian National Scenic Trail for the benefit and enjoyment of the public.

You are further notified that if you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon plaintiff's attorney at 157 Church Street, New Haven, Connecticut 06510 within twenty (20) days after personal service of this notice upon you, exclusive of the date of service, an answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.  A failure so to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation and shall constitute a waiver of all defenses and objections not so presented.

You are further notified that if you have no objection or defense to the taking you may serve upon the undersigned plaintiff's attorney a notice of appearance designating the property in which you claim to be interested and thereafter you

5

shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of the compensation to be paid for the property in which you have an interest and you may share in the distribution of the award of compensation.

                                                  UNITED STATES OF AMERICA,

                                                  JOHN H. DURHAM
                                                  ACTING UNITED STATES ATTORNEY


                                                  JOHN B. HUGHES
                                                  ASSISTANT U.S. ATTORNEY