UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : CIVIL NO. H-85-1078(PCD) |
| DEFENDANTS. | : |

CERTIFICATION FOR ORDER OF
<u>PUBLICATION OF NOTICE OF CONDEMNATION</u>

    I, John B. Hughes, am an Assistant United States Attorney and have been assigned responsibility for the filing of the amended complaint and related papers in the above-captioned case. This is an action to condemn a fee simple title for two parcels, subject to existing easements for public roads and highways, public utilities, railroads and pipelines in the Town of Kent Connecticut for the use of the Appalachian National Scenic Trail. The name of the owner and three other individuals or entities with claims or potential claims to the property are known and they have been or will be personally served as required by Rules 4 and 71A of the Federal Rules of Civil Procedure. In addition to the above, however, the deed to the present owner (dated January 26, 1925 and recorded at Vol. 30, p. 512 of the Kent Land Records) discloses an exception consisting of an undivided one fourth interest in the mines, minerals, and fossil substances in the land to one Frank H. Turkington, the apparent previous owner of at least some of the

property.  Mr. Turkington's whereabouts is unknown and it is thus necessary to effect service on him and/or his heirs by publication. This certificate is accordingly made under Rule 71A(d)(3)(ii) of the Federal Rules of Civil Procedure in support of an order of publication of notice to him/them and to any other unknown owners. A newspaper of general circulation in the area of this property is The Litchfield County Times and The Fairfield County Times, 65 Banks Street, New Milford, Connecticut 06776.  A form of order and Notice of Condemnation are attached hereto.

                                    UNITED STATES OF AMERICA

                                    JOHN H. DURHAM
                                    ACTING UNITED STATES ATTORNEY


                                    JOHN B. HUGHES
                                    ASSISTANT U.S. ATTORNEY