UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL NO. H-85-1078 (PCD) |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | April 2, 2004 |

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES
## OF SCHAGHTICOKE TRIBAL NATION

The Defendant, Schaghticoke Tribal Nation, by and through its attorneys, McCarter & English, LLP, for its Amended Answer and Affirmative Defenses, states:

1.       Paragraph 1 of the Complaint is admitted.

2.       Paragraph 2 of the Complaint is denied as against this defendant.

3.       Paragraph 3 of the Complaint is admitted.

4.       Paragraph 4 of the Complaint is admitted.

5.       Paragraph 5 of the Complaint is denied.

6.       As to Paragraph 6 of the Complaint, the Schaghticoke Tribal Nation states that it alone has a legitimate interest in the subject property, denies that any other person or entity has a legitimate interest in the property, but admits that the persons and entities listed may claim such an interest.

7.       As to Paragraph 7 of the Complaint, the Schaghticoke Tribal Nation states that it alone has a legitimate interest in the subject property, denies that local and state taxing authorities have a legitimate interest in the property, but admits that those authorities may claim such an interest.

8.      As to Paragraph 8 of the Complaint, the Schaghticoke Tribal Nation states that it alone has a legitimate interest in the subject property, denies that there are "Unknown Owners" who have a legitimate interest in the property, but is without sufficient information or knowledge to form a belief as to whether there are "Unknown Owners" who may claim such an interest.

9.      Defendant is without information and knowledge sufficient to form a belief as to the truth of the averments in Paragraph 9 and leaves the plaintiff to its proof.

## FIRST AFFIRMATIVE DEFENSE

10.     The two parcels of land totaling 126.99 acres that are referenced in Paragraph 4 of the Amended Complaint is land that purportedly was taken from the Schaghticoke Tribal Nation in violation of the Indian Nonintercourse Act. This taking was illegal and void. Any new attempt at divestiture of title to the 126.99 acres of land would be in violation of the Indian Nonintercourse Act and, therefore, void. Thus, title to 126.99 acres of land remains vested in defendant Schaghticoke Tribal Nation and is Indian land.

11.     All other co-defendants named in the Amended Complaint are without proper title to any portion of the 126.99 acres of land and could not enter into a lawful agreement with plaintiff for just compensation in any alleged conveyance of any portion of the 126.99 acres of land.

## SECOND AFFIRMATIVE DEFENSE

12.     The two parcels of land totaling 126.99 acres that are referenced in Paragraph 4 of the Amended Complaint is land that purportedly was taken from the Schaghticoke Tribal Nation in violation of the Indian Nonintercourse Act. This taking was illegal and void. Any new attempt at divestiture of title to the 126.99 acres of land would be in violation of the Indian Nonintercourse Act and, therefore, void. Thus, title to 126.99 acres of land remains vested in defendant Schaghticoke Tribal Nation and is Indian land.

13.     Plaintiff is without proper authority to condemn Indian lands unless specifically authorized by the Congress of the United States.

THE PLAINTIFF,
SCHAGHTICOKE TRIBAL NATION
BY MCCARTER & ENGLISH, LLC
ITS ATTORNEYS

By

Eric Watt Wiechmann (CT 04331)
Peter W. Hull (CT 17230)
CityPlace I
Hartford, CT  06103
(860) 275-6700

and

Thomas Van Lenten, Esq. (CT 10199)
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT  06813-3499
(203) 830-6335

Of Counsel:
Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

and

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC  20037

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Schaghticoke Tribal Nation's Motion to Amend the Scheduling Order has been mailed, postage prepaid this _2d_ day of April, 2004 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW, Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street, P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road ,P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Renita Ford, Esq.
General Litigation Section
Environmental/Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, DC 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Mailstop 6456
Washington, D.C. 20240

Eric Watt Wiechmann (CT 04331)

HARTFORD: 611778.01