## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants, | ) | * * * * * * * * * |
| | ) | |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND | ) | |
| THE CONNECTICUT LIGHT AND POWER | ) | |
| COMPANY, et al | ) | |
| Defendants. | ) | May 5, 2004 |

### NOTICE OF ATTACHING EXHIBIT

On April 28, 2004, Defendants filed an Opposition to Schaghticoke Tribal Nation's Motion to Amend Scheduling Order. The Exhibit 1 referred to in that Opposition was inadvertently not attached.

-2-

Exhibit 1 to the Opposition is attached to this Notice and copies have been sent to all counsel of record.

                DEFENDANTS, KENT SCHOOL
                CORPORATION, INC., CONNECTICUT
                LIGHT & POWER, TOWN OF KENT

By_____
    Allan B. Taylor (ct05332)
    David J. Elliott (ct04301)
    Eric L. Sussman (ct19723)
    DAY, BERRY & HOWARD LLP
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100

By_____
    Richard Street, Esq.
    Carmody & Torrance
    50 Leavenworth Street
    P.O. Box 1110
    Waterbury, CT 06721

By_____
    Jeffrey B. Sienkiewicz, Esq.
    Sienkiewicz & McKenna, PC
    9 South Main Street
    P.O. Box 786
    New Milford, CT 06776

-3-

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Eric Watt Wiechmann, Esq.
Eric M. Grant, Esq.
Karen Wagshul, Esq.
Cummings & Lockwood
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Leland C. Selby, Esq.
James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

James K. Robertson, Jr., Esq.
Giovanna M. Tiberii, Esq.
Richard L. Street, Esq.
Walter F. Torrance, Jr., Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

John B. Hughes, Esq.
Office of the United States Attorney
157 Church Street
New Haven, CT  06508

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten, Burrell,
Wolfe & Dillman P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
P.O. Box 786
New Milford, CT 06776

Susan Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06103

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

_____
Eric L. Sussman