UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. H-85-1078(PCD) |
| v. ) | |
| ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, ) | |
| SITUATED IN THE COUNTY OF ) | |
| LITCHFIELD, TOWN OF KENT, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 3-98-CV 01113 (PCD) |
| v. ) | |
| ) | |
| KENT SCHOOL CORPORATION, INC., et ) | |
| al ) | |
| Defendants. ) | |
| ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 3-00-CV 0820 (PCD) |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA AND ) | |
| THE CONNECTICUT LIGHT AND ) | |
| POWER COMPANY, et al ) | |
| Defendants. ) | June 1, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on behalf of Schaghticoke Tribal Nation. In support of such motion, the undersigned represents as follows:

-2-

1. This attorney previously entered his Appearance on behalf of Schaghticoke Tribal Nation.

2. The undersigned is no longer practicing at McCarter & English, LLP.

3. Accordingly, the involvement of the undersigned in this matter has terminated.

4. Schaghticoke Tribal Nation is currently represented by other counsel at McCarter & English, LLP.

                                                THE PLAINTIFF,
                                                SCHAGHTICOKE TRIBAL NATION
                                                BY MCCARTER & ENGLISH, LLP

                                                ITS ATTORNEYS

                                                By _____
                                                   Peter W. Hull (CT 17230)
                                                   CityPlace I
                                                   Hartford, CT  06103
                                                   (860) 275-6700

<u>Of Counsel</u>:

Thomas Van Lenten, Esq. (CT 10199)
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT  06813-3499
 (203) 830-6335

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

and

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC  20037

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance has been mailed, postage prepaid this 1st day of June, 2004 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
Lee Farm Corporate Park
83 Wooster Heights
Danbury, CT 06813-3499

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW
Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, DC 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Mailstop 6456
Washington, D.C. 20240

_____
Peter W. Hull (CT 17230)

HARTFORD: 615856.01