## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| USA | : | |
| | : | |
| VS. | : | CASE NO. H-85-1078 (PCD) |
| | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, | : | |
| SITUATED IN THE COUNTY OF | : | |
| LITCHFIELD, TOWN OF KENT, ET AL. | : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 235, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 10th day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court