UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jun 14  7 32 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA,    :  | |
| PLAINTIFF,    : | |
| V.    : | |
| 43.47 ACRES OF LAND, MORE OR LESS, : | CIVIL NO. H-85-1078(PCD) |
| SITUATED IN THE COUNTY OF    : | |
| LITCHFIELD, TOWN OF KENT, ET AL., : | |
| DEFENDANTS.    : | |

ORDER OF SERVICE
BY PUBLICATION UNDER RULE
71A(d)(3)(II) F.R.C.P.

Upon consideration of the papers in the above-referenced case and more particularly the Certification of Assistant United States Attorney John B. Hughes in support of an order of publication of Notice of Condemnation, it is hereby ordered under Rule 71A(d)(3)(ii) of the Federal Rules of Civil Procedure that publication of the attached notice to Frank H. Turkington, his heirs and any other Unknown Owners be made once a week for three successive weeks in the Litchfield County Times and the Fairfield County Times, 65 Banks Street, New Milford, Connecticut 06776.

Dated at ___New Haven___ Connecticut this ___10th___ day of ___June___, 2004.

_____
UNITED STATES DISTRICT JUDGE