```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,              : CIVIL ACTION NO.
         Plaintiff                     : H-85-1078(PCD)
                                       :
     v.                                :
                                       :
43.47 ACRES OF LAND, MORE OR LESS,     :
SITUATED IN THE COUNTY OF LITCHFIELD,  :
TOWN OF KENT, ET AL                    :
         Defendants                    :
                                       :
_____

SCHAGHTICOKE TRIBAL NATION             : CIVIL ACTION NO.
         Plaintiff                     : 3-98-CV01113(PJD)
                                       :
     v.                                :
                                       :
KENT SCHOOL CORPORATION, INC.; ET AL.  :
         Defendants                    :
                                       :
_____

SCHAGHTICOKE TRIBAL NATION             : CIVIL ACTION NO.
         Plaintiff                     : 3-00-CV-00820 (PJD)
                                       :
     v.                                :
                                       :
UNITED STATES OF AMERICA AND THE       :
CONNECTICUT LIGHT AND POWER COMPANY    :
         Defendants                    : March 10, 2005
                                       :
_____
```

### Notice of Manual Filing

Please take notice that The Town of Kent has manually filed its Memorandum in Opposition to Schaghticoke Tribal Nation's Motion For Permission To Conduct Limited Discovery.

[**X**] the document cannot be fully converted to an electronic format;

[ ] the electronic file size of the document exceeds 1.5 mb;

[ ] The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions;

[ ] Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties.

                                  RESPECTFULLY SUBMITTED,
                                  TOWN OF KENT

                       By s/Jeffrey B. Sienkiewicz
                         Jeffrey B. Sienkiewicz
                         Fed. Bar No. CT 06371
                         Sienkiewicz & McKenna, P.C.
                         9 South Main St., P.O. Box 786
                         New Milford, CT 06776
                         Tel.(860)354-1583
                         Telefax (860) 355-4439
                         e-mail:  nm4jds@aol.com

MCH-C\Kent\Schaghticoke\Notice of Manual Filing

CERTIFICATION

This is to certify that on March 10, 2005, a copy of the foregoing was sent via First Class United States Mail, postage prepaid, to:

    Eric Watt Wiechmann, Esq.
    Salvatore N. Fornaciari, Esq.
    McCarter & English
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

    David J. Elliott, Esq.
    Eric L. Sussman, Esq.
    Day, Berry & Howard
    CityPlace I
    Hartford, CT 06103-3499

    James R. Fogarty, Esq.
    Leland C. Selby, Esq.
    Fogarty, Cohen, Selby & Neimeroff, LLC
    88 Field Point Road
    P. O. Box 2508
    Greenwich, CT  06836-2508

    Richard L. Street, Esq.
    Giovanna Tiberii Weller, Esq.
    Carmody & Torrance
    50 Leavenworth Street
    P. O. Box 1110
    Waterbury, CT  06721-1110

    Mark S. Kohler, Esq.
    Susan Quinn Cobb, Esq.
    Office of the Attorney General
    55 Elm Street,
    P. O. Box 120
    Hartford, CT  06161

Updike, Kelly & Spellacy. P.C.
One State Thomas A. Gugliotti, Esq.
Street
Hartford, CT  06123

David N. Sloan, Esq.
118-21 Queens Boulevard
Forest Hills, NY  11375

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue,
Norwalk, CT  06850

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, CT  20004-0663

        <u>s/Jeffrey B. Sienkiewicz</u>
        Jeffrey B. Sienkiewicz