# MANDATE

85cv1078mndf

Conn: Hartford
85-cv-1078
Dorsey

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 00-6118 |
| | ) | |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, ET AL. | ) | July 19 , 2000 |

### JOINT STIPULATION DISMISSING APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties hereby agree to the dismissal of the appeal, without costs or attorneys' fees to any party.

THE PLAINTIFF,
THE UNITED STATES OF AMERICA

By _____
John B. Hughes
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510



UNITED STATES COURT OF APPEALS FILED JUL 3 1 2000 SECOND CIRCUIT

THE DEFENDANT,
SCHAGHTICOKE TRIBAL NATION

By _____
Charles D. Ray
Cummings & Lockwood
CityPlace I
Hartford, CT 06103

CERTIFIED:    APR - 4 2005

SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
By: _____
Deputy Clerk

_____
(Date)

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

THE DEFENDANT,
PRESTON MOUNTAIN CLUB

By_____
   James R. Fogarty
   Fogarty Cohen Selby & Nemiroff
   88 Field Point Road
   P.O. Box 2508
   Greenwich, CT  06386-2508

THE DEFENDANT,
TOWN OF KENT

By_____
   Jeffrey B. Sienkiewicz
   Sienkiewicz, McKenna & Sienkiewicz
   9 South Main Street
   P.O. Box 786
   New Milford, CT  06776

THE DEFENDANT,
PRESTON MOUNTAIN CLUB


By_____
    James R. Fogarty
    Fogarty Cohen Selby & Nemiroff
    88 Field Point Road
    P.O. Box 2508
    Greenwich, CT  06386-2508


THE DEFENDANT,
TOWN OF KENT


By_____
    Jeffrey B. Sienkiewicz
    Sienkiewicz, McKenna & Sienkiewicz
    9 South Main Street
    P.O. Box 786
    New Milford, CT  06776

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing JOINT STIPULATION DISMISSING APPEAL was mailed, postage prepaid, this __19__ day of July, 2000 to the following counsel of record:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT  06510

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT  06776-0786

Susan Quinn Cobb
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06101-0120

_____
Charles D. Ray

.HrtLib1:334532.1 07/05/00