UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: | Case No: H-85-1078 (PCD) |
| v. | :<br>: | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL.,<br>    Defendants | :<br>:<br>:<br>: | |
| ------------------------------------------------ | | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff, | :<br>:<br>: | Case No. 3:98cv1113 (PCD) |
| v. | :<br>: | |
| KENT SCHOOL<br>    Defendant, | :<br>: | |
| ------------------------------------------------ | | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff, | :<br>:<br>: | Case No. 3:00cv820 (PCD) |
| v. | :<br>: | |
| UNITED STATES OF AMERICA AND CONNECTICUT LIGHT AND POWER COMPANY<br>    Defendants. | :<br>:<br>:<br>: | |

## **ORDER**

Having received the Schaghticoke Tribal Nation's Motion to Amend Scheduling Order [Doc. Nos. 250, 174, 80] and the request therein for an expedited briefing schedule, it is hereby ordered that all opposition briefs be filed with the Court no later than June 30, 2005. The Court will decide the Motion on the papers thereafter.

1

SO ORDERED.

Dated at New Haven, Connecticut, June  17 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court