**EXHIBIT 10**

| DIST/OFFICE | YR. | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 295-2 | 77 | 434 | 8 | 31 | 77 | 3 | 440 | 1 | | | ~~MJS 0505~~ 0513 | D | H | 77 | 434 |

PLAINTIFFS  10-14-77 Placed on trial list  jury   DEFENDANTS  CLOSED 12/30/96

MOHEGAN TRIBE                               STATE OF CONNECTICUT

~~CONS~~OLIDATED WITH H77-435

CAUSE

25 USC 179 U.S. Const. Art. I Sec. 8
Return of Indian tribal lands conveyed since 1790 without federal consent.

cl 12/30/96

ATTORNEYS

Jerome M. Griner
~~40 Grand Street~~ 47 No. Main St.
~~Hartford, Conn. 06106~~ West Hartford, CT.
527-5216                    06/07

John R. Williams
~~E/L/N./ Bengston~~ withdrawn
~~265 Church St.~~ 51 Elm St
New Haven, CT., 06510
562-9931

~~John F. Droney, Jr.~~
Robert B. Cohen
~~Dennis C. Cavanaugh~~
~~Earl W. Phillips, Jr.~~
~~Lyman, Asbel, Channin & Harding, P.C.~~
~~100 Constitution Plaza~~
~~Hartford, CT 06103~~

Cohen & Channin
363 Main St.
Hfd., CT 06106

~~Brian E. O'Neill,~~
Assist. Atty General
Environmental Protection
P.O. Box 120
Hartford, Ct 06101
tel. 566-2091    Daniel Schaefer
~~Gerard J. Dowling &~~ Carl J Schuman
Francis J. MacGregor
Assistant Atty. Gen. 55 Elm St
~~90 Brainard Road~~ 30 Trinity St
Hartford, Conn. 06114  06/06
564-4990

David Roseman   (Amicus Curiae)
Ass't Atty General
State of Maine
Dept. of the Attorney General
Augusta, Maine, 04333

Leslie H. Ohta
US. Atty.
~~450 main, Htfd~~ PO Box 1824

| CHECK HERE CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

: 111A
ev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. H77-434 |
|---|---|---|
| MOHEGAN TRIBE | STATE OF CONNECTICUT | PAGE 22 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1989 | | |
| JN 16 | 487 | RESPONSE to reply dated 6/13/89 for sanctions, etc. (under sealed) |
| JN 26 | 488 | SUPPLEMENT #1 to response of Atty. Griner dated 6/15/89, as to procedure by which Tribal membership & representation is to be determined |
| JN 27 | 489 | SUPPLEMENT #1 to response to reply to motion for sanctions, etc. |
| JUN 28 | 490 | MOTION re Atty. Griner's order re motion for sanctions/referral to grievance committee under seal |
| JUN 28 | 491 | MOTION for enlargement of time to respond to atty. Griner's statement of factual issues, to indicate further factual issues (including witnesses & exhibits) & to provide further materials regarding disputed individuals' status in the tribe until 7/27/89 |
| UN 29 | 492 | RESPONSE to communication of atty. Griner dated 6/26/89 |
| UN 29 | 493 | RESPONSE of atty. Griner to Mr. Cohen's agree/disagree comments |
| JL 5 | | END on dckt #491 GRANTED. Atty. Cohen shall comply on or before 7/27/89. Dorsey, J. copies mailed |
| JL 27 | 494 | COMPLIANCE by atty. Robert B. Cohen with sec. 3 of the order of the court dated 5/18/89 |
| JL 28 | 495 | LETTER dated 7/26/89 to PCD from atty Cohen (filed under sealed) |
| UG 3 | 496 | SUMMARY of issues & facts re: representation of pltf. Mohegan Tribe |
| OCT 24 | 497 | STATEMENT of the Mohegan Tribe with regard to the lands claimed in the amendment to the complaint dated 11/10/78 |
| CT 27 | 498 | REPUDIATION by pltf. Mohegan Tribe of the false, misleading & statements of atty. Robert B. Cohen in his statement (allegedly of Mohegan Tribe) with regard to lands claimed, dated 10/24/89 |
| OV 15 | 499 | MOTION to Strike & for Sanctions |
| OV 15 | 500 | MEMO of law in support of motion to Strike & for Sanctions |
| OV 21 | 501 | OBJECTION to motion to strike & for sanctions dated 11/15/89 by pltf |
| 1990 | | |
| APR 9 | 502 | ORDER OF REFERENCE TO U.S. MAG. SMITH (settlement negotiations to the conclusion of the case) - Dorsey, J. copies mailed |
| AY 29 | 503 | MOTION for permission to w/d appearance of Dennis Cavanaugh for pltf |
| AY 30 | 504 | MOTION for permission tp w/d appearance of Earl Phillips for pltf. |
| AY 25 | | SETTLEMENT CONF, HELD BEFORE TPS - new date to be set up in June for further talks |
| Y 30 | | END on dckt #503 - GRANTED. Dorsey, J. copies mailed |
| AY 31 | 505 | MOTION for permission to w/d appearance of John F. Droney, Jr. for pltf. |
| IAY 31 | | END on dckt #504 - GRANTED. Dorsey, J. copies mailed |
| IAY 31 | | END on dckt #505 - GRANTED. Dorsey, J. copies mailed |
| JUN 6 | 506 | OBJECTION to claims for 700,000 acres & other amonuts & relief in atty Cohen's statement of 10/24/89 |
| JN 6 | 507 | OBJECTION to implied claim for attys fees by defs. |
| JN 14 | 508 | MOTION for leave to conduct supplemental discovery for a disclosure schedule, & for modification of the stay for these purposes |
| JUN 14 | 509 | M |

> 111A
ev. 1/75

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| MOHEGAN TRIBE | STATE OF CONN. | DOCKET NO. H77-434 |
| | | PAGE 23 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1990 | | |
| JUN 14 | 509 | MEMO in support of motion for leave to conduct supplemental discovery for a disclosure schedule, & for modification of the stay for these pu[rposes] |
| JUN 21 | 510 | PLTF'S objection to def's motion for leave to conduct supplemental discovery, for a disclosure schedule, & for modification of the Stay for these purposes dated 6/14/90 |
| JUN 21 | 511 | PLTF'S memo of law in opposition to def's motion for leave to conduc[t] supplemental discovery, for a disclosure schedule, & for modification of the stay for these purposes |
| JUN 25 | 512 | DEF'S response to pltf's memo of 6/19/90 re supplemental discovery |
| JN 28 | 513 | PLTF'S reply to def's response dated 6/25/90 supplemental discovery |
| JUL 3 | 514 | MEMO in opposition to motion for leave to conduct supplemental disc[overy] |
| JUL 10 | 515 | DEF'S response to pltf's memo of 7/3/90, & letter of 7/5/90, opposin[g] discovery |
| JUL 10 | 516 | AFFIDAVIT pursuant to local rule 9(d)4 |
| JUL 10 | | END on dckt #508 - GRANTED in part. Pltf. shall produce a copy of t[he] submission conincidental with the filing of same with the Bureau of Indian Affairs. The process by which the Bureau will receive & consi[der] submissions by interested parties is a matter that is internal to the Bureau. Dorsey, J. copies mailed |
| JUL 20 | 517 | MOTION for reconsideration & motion to modify scheduling order purs[uant] to rule 16(b), FRCP by defs. |
| JUL 23 | 518 | MOTION for reconsideration & motion to modify scheduling order |
| JUL 23 | 519 | REQUEST for Oral Aggument by defs. |
| JUL 25 | 520 | PLTF'S objection to def's motion for reconsideration & motion to mod[ify] dated 7/20/90 |
| AUG 2 | | END on dckt #518 - DENIED as not raising grounds not previously considered. Drosey, J. copies mailed |
| /21 | 521 | COPY of Letter dated 8/17/90 to Secretary of Interior from Atty. Schaefer, filed |
| /21 | 522 | LETTER dated 8/20/90 to PCD from Atty. Schaefer, filed |
| 91 | | |
| R 1 | 523 | LETTER dated 3/18/91 to TPS from atty Cohen |
| R 1 | 524 | LETTER dated 3/25/91 to TPS from atty. Griner fld. |
| T 18 | 525 | ORDER RE PENDING MOTIONS - to Strike & for Sanctions fld. 11/15/89 ha[s] been stayed pending an agency decision .....Dorsey, J. copies mailed |

11-1-91
~~10/1/91~~ See electronic docket sheet for all future entries.

794
130    CLOSED