**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

```
UNITED STATES OF AMERICA         :
                                 :
            PLAINTIFF,           :
                                 :
v.                               :    CIVIL NO. H-85-1078(PCD)
                                 :
43.47 ACRES OF LAND, MORE OR     :
LESS, SITUATED IN THE COUNTY OF  :
LITCHFIELD,TOWN OF KENT, ET AL.,:
                                 :
            DEFENDANTS,          :
----------------------------------------------------------------
SCHAGHTICOKE TRIBAL NATION,      :
                                 :
            PLAINTIFF,           :
                                 :
v.                               :    CIVIL NO. 3:98CV1113(PCD)
                                 :
KENT SCHOOL CORPORATION,         :
INC. ET AL,                      :
                                 :
                                 :
            DEFENDANTS,          :
----------------------------------------------------------------
SCHAGHTICOKE TRIBAL NATION,      :
                                 :
            PLAINTIFF,           :
                                 :
v.                               :    CIVIL NO. 3:00CV0820(PCD)
                                 :
THE UNITED STATES OF AMERICA AND:
THE CONNECTICUT LIGHT AND POWER  :
COMPANY,                         :
                                 :
            DEFENDANTS,          :    July 2, 2005
```

**SCHAGHTICOKE INDIAN TRIBE'S MOTION**
**FOR PERMISSION TO FILE A LATE RESPONSE PLEADING**

The undersigned attorney states as follows:

1. On Thursday, June 23, 2005 the attorney for the Schaghticoke Indian Tribe received This Court's Order, dated June 17, 2005, by U.S. Mail, ordering that all opposition Briefs to the Schaghticoke Tribal Nation(STN)'s Motion to Amend Scheduling Order, and request therein for an expedited briefing schedule, must be filed with the Court no later than June 30, 2005.

2. The undersigned counsel had not at that time received any such motion.

3. On Friday, June 24, 2005 the undersigned counsel called Attorney Eric Wiechmann, attorney for the STN, and left a voice message for him, indicating the lack of receipt and requested a faxed copy of the motion.

4. On Friday, June 24, 2005 the undersigned counsel called U. S. Attorney John Hughes and informed him of the same.

5. On Friday afternoon, June 24, 2005 the undersigned counsel received a faxed copy of the motion from the Office of the U.S. Attorney.

6. On Monday, June 27, 2005 the undersigned counsel received a faxed copy of the motion from Attorney Eric Wiechmann.

7. Due to the expedited time constraints and the lateness in receiving the motion, the SIT's response pleading could not be filed within the time frame ordered by the Court.

8.  The undersigned counsel called all of the parties and as of the date of this

pleading, there has been no objection to the late filing of the attached response

pleading.

Wherefore, in the interest of justice, the undersigned requests permission to file late, the

attached Schaghticoke Indian Tribe's Response Pleading.

RESPECTFULLY SUBMITTED,
THE SCHAGHTICOKE INDIAN TRIBE

By: _____
    Michael J. Burns (CT 22230)
    Law Offices of
    Attorney Michael J. Burns
    57 Pratt Street, Suite 604
    Hartford, CT 06103
    Tel. (860) 246-6400

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion, and attached response
pleading has been mailed, postage prepaid this 2nd day of July 2005 to:

Eric Wiechmann, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

John B. Hughes
Chief of Civil Division
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510


James R. Fogarty, Esq.
Fogarty,Cohen,Selby & Nemiroff, P.C.
88 Field Point Road
Post Office Box 2508
Greenwich, CT 06836-2508

David J. Elliot, Esq.
Day,Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110

Jeffrey B. Sienkiewicz, Esq.
9 South Main Street
Post Office Box 786
New Milford, CT 06776-0786

Loretta Bonos
594 Bendview drive
Charleston, WV 25314

Robert A. Slavitt, Esq.
Slavitt,Connery, & Vardamis

618 West Avenue
Norwalk, CT 06850

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, D.C. 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW-Mailstop 6456
Washington, D.C. 20240


_____
Michael J. Burns (CT 22230)