UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br>　v. | CIVIL ACTION NO. H-85-1078(PCD) |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, Et al,<br>　　Defendants. | ********** |
| SCHAGHTICOKE TRIBAL NATION<br>　　Plaintiff,<br>　v. | CIVIL ACTION NO. 3-98-CV01113(PCD) |
| KENT SCHOOL CORPORATION, INC. et al,<br>　　Defendants. | ********** |
| SCHAGHTICOKE TRIBAL NATION<br>　　Plaintiff,<br>　v. | CIVIL ACTION NO. 3-00-CV0820(PCD) |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al<br>　　Defendants. | JULY 7, 2005 |

**AMICUS STATE OF CONNECTICUT AND DEFENDANTS' TOWN OF KENT, KENT SCHOOL CORPORATION, AND THE CONNECTICUT LIGHT AND POWER COMPANY'S MOTION TO FILE SUPPLEMENTAL REPLY BRIEF**

The amicus State of Connecticut and defendants Town of Kent, Kent School Corporation, and The Connecticut Light and Power Company (collectively, State Parties) move for permission to file a supplemental memorandum for the purpose of addressing new proposals to amend the Scheduling Order, submitted by the United States Department of Interior, Bureau of Indian

1

Affairs (BIA) and the plaintiff. Although it did not seek permission to do so,[1] the plaintiff filed a reply brief stating its position on the BIA's proposal and suggesting a counter-proposal. The State Parties now seek permission to file the attached supplemental opposition brief for the limited purpose of stating its opposition to these proposals.

In support of this motion, the State Parties assert:

1. On June 15, 2005, the plaintiff filed a "Motion to Amend Scheduling Order and for Expedited Hearing and Status Conference" seeking a court order to compel the BIA to accept additional evidence and comments and to allow them to conduct technical assistance in the remand proceedings at the BIA on its petition for federal acknowledgement.

2. On June 17, 2005, the Court granted the plaintiff's request for expedited consideration of its Motion, and ordered the BIA and the State Parties to file their responses on or before June 30, 2005. The plaintiff was not allowed a reply brief.

3. On June 29, 2005, the State Parties mailed their Memorandum of Law in Opposition to the plaintiff's motion to the Court.

4. On June 30, 2005, the BIA filed its opposition to the plaintiff's motion. In its opposition it suggested an alternative proposal to the plaintiff's "if the court were inclined to grant" the plaintiff's motion.

5. On July 5, 2005, without seeking permission to do so, the plaintiff filed a reply memorandum in which is suggested a counter-proposal to the BIA's proposal to amend the Scheduling Order.

6. The State Parties have not had the opportunity to address these new proposals in any filing with the Court.

---

[1] The Court's expedited order for briefing in this case, which the plaintiff requested, did not allow for a reply by the plaintiff.

2

7. The attached supplemental opposition memorandum is submitted for the limited purpose of informing the Court of the State Parties' opposition to either proposal being ordered by the Court, without consent of all of the parties. The State Parties have not consented to either proposal.

Accordingly, the State Parties move for permission to file the attached supplemental opposition memorandum for the limited purpose of addressing the BIA's and the plaintiff's new proposals to amend the Scheduling Order.

                              AMICUS CURIAE,
                              STATE OF CONNECTICUT

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____
      Richard Blumenthal (ct05924)
      Susan Quinn Cobb (ct03850)
      Mark F. Kohler (ct02272)
      Assistant Attorneys General
      55 Elm Street
      P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5020
      Fax: (860) 808-5347
      Susan.Cobb@po.state.ct.us
      Mark.Kohler@po.state.ct.us

DEFENDANT,
KENT SCHOOL CORPORATION

By: *David J. Elliott (jgp)*
David J. Elliott (ct04301)
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0196
djelliott@dbh.com

DEFENDANT,
THE CONNECTICUT LIGHT AND
POWER COMPANY

By: *Richard L. Street (jgp)*
Richard L. Street (ct13658)
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
rstreet@carmodylaw.com

DEFENDANT,
TOWN OF KENT

By: *Jeffrey B. Sienkiewicz (jgp)*
Jeffrey B. Sienkiewicz (ct06371)
Sienkiewicz & McKenna, P.C.
9 South Main Street
P.O. Box 786
New Milford, CT 06776
(860) 354-1583
nm4jds@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of July, 2005 to:

Eric Watt Wiechmann, Esq.
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
PO Box 2508
Greenwich, CT 06836-2508

Giovanna Tiberri Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, DC 20021

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
PO Box 786
New Milford, CT 06776

Michael J. Burns, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277

Scott Keep, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Barbara Coen, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

John B. Hughes
United States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

John B. Hughes
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06508

Judith Shapiro
6856 Eastern Avenue, NW
Suite 206
Washington, DC 20021

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Dept of Justice
Po Box 663
Washington, DC 20004-0663

_____
Susan Quinn Cobb
Assistant Attorney General