## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. H-85-1078(PCD) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, Et al, | : | |
|     Defendants. | : | ********** |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3-98-CV01113(PCD) |
| v. | : | |
| | : | |
| KENT SCHOOL CORPORATION, INC. et al, | : | |
|     Defendants. | : | ********** |
| | : | |
| SCHAGHTICOKE TRIBAL NATION | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 3-00-CV0820(PCD) |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | : | |
|     Defendants. | : | JULY 7, 2005 |

### APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Non-Party Witnesses, State Senator Andrew Roraback and State Representative Mary Ann Carson, in the above-captioned case.

Dated at Hartford, Connecticut, this 13th day of July, 2005.

1

NON PARTY WITNESSES,
STATE SENATOR
ANDREW RORABACK
and STATE REPRESENTATIVE
MARY ANN CARSON
STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Perry Zinn Rowthorn
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of July, 2005 to:

Eric Watt Wiechmann, Esq.
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
PO Box 2508
Greenwich, CT 06836-2508

Giovanna Tiberri Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, DC 20021

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
PO Box 786
New Milford, CT 06776

Michael J. Burns, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277

Scott Keep, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Barbara Coen, Esq.
Office of the Solicitor
U.S. Dept. of the Interior
1849 C Street, NW – Mailstop 6456
Washington, DC 20240

| | |
|---|---|
| Robert A. Slavitt, Esq.<br>Slavitt, Connery & Vardamis<br>618 West Avenue<br>Norwalk, CT 06850 | John B. Hughes<br>Assistant U.S. Attorney<br>157 Church Street<br>New Haven, CT 06508 |
| David Elliott, Esq.<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103-3499 | Judith Shapiro<br>6856 Eastern Avenue, NW<br>Suite 206<br>Washington, DC 20021 |
| John B. Hughes<br>United States Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>New Haven, CT 06510 | Renita Ford, Esq.<br>General Litigation Section<br>Environmental & Natural Resources Division<br>United States Dept of Justice<br>Po Box 663<br>Washington, DC 20004-0663 |
| Loretta Bonos<br>594 Bendview Drive<br>Charleston, WV 25314 | |

_____
Perry Zinn Rowthorn
Assistant Attorney General