

STATE OF CONNECTICUT
EXECUTIVE CHAMBERS

M. JODI RELL
GOVERNOR

July 11, 2005

Honorable Peter C. Dorsey
Senior United States District Judge
141 Church Street
New Haven, CT 06510

Dear Judge Dorsey:

It has come to my attention that on June 29, 2005, the Bureau of Indian Affairs ("BIA"), through the Office of the United States Attorney, submitted an alternative Proposed Amended Order ("BIA Alternative Order") in response to a Motion to Amend Scheduling Order ("Schaghticoke Motion"), filed by the Schaghticoke Tribal Nation ("Schaghticoke"). As Governor of Connecticut, I urge you to deny the Schaghticoke Motion and to reject the BIA Alternative Order.

As I am certain you are aware, on May 12, 2005, the Interior Board of Indian Appeals vacated and remanded the final determination of the BIA that recognized the Schaghticoke as a federal tribe. Days after the IBIA's decision, the BIA, in a letter ("BIA Letter"), stated "[u]nsolicited arguments, evidence, comments and briefings from the petitioners and interested parties will not be accepted or requested . . . [during the 120 reconsideration period for the remanded Schaghticoke final determination]."

The BIA Alternative Order, if accepted, would constitute a reversal of the bar on the submission of new evidence to the BIA contained in the BIA Letter and further suggests an additional 30 day extension for the issuance of the final determination on the Schaghticoke petition.

In what has become an all too common practice, the BIA has yet again reversed itself by suggesting that you accommodate the Schaghticoke by allowing the Tribe to submit new information that might demonstrate a higher rate of Indian-to-Indian marriages in the mid-19th century. This information is apparently needed as a result of the BIA's own revelation in 2004 that it used a flawed calculation method, which mistakenly overstated the percentage of Schaghticoke-to-Schaghticoke marriages during the 19th century. When calculated properly, the Schaghticoke intra-marriage rate fell to approximately 20 percent, far below the BIA's 50 percent recognition requirement.

Most galling is the BIA suggestion that you approve an extension for it to issue a final determination on this petition. This petition has been denied, awarded, vacated and remanded and it is time for a final resolution. In light of the time already spent by the BIA on this petition, there is no practical reason for granting the request for a 30 day continuance.

There is a point at which this runaway federal agency must be held to its word. This proposal to delay the issuance of a final determination and to re-open the process for more evidence must be rejected. The BIA can not be allowed to continually change its mind about policy and procedure in cases with as much impact on states as those of tribal recognition. The Schaghticoke have had over a decade to provide the BIA with evidence that it meets the seven mandatory federal recognition criteria. The tribe has hired consultants, historians and experts and by its own words has submitted tens of thousands of pages of documentation in its quest for federal recognition. The time for the collection and review of evidence for purposes of the Schaghticoke petition has ended and a final resolution must be reached.

This latest policy reversal by the BIA is not supported by any rationale that warrants a 30 day extension or the allowance of new evidence. The state would also add that it cannot find any authority under the federal regulations that would allow for the submission of the requested new evidence.

The recognition process must have consistency and finality if its decisions are to be accorded respect and acceptance by the general public. This process must remain true to its word and cannot be allowed to continually change, if public confidence is to be maintained. Accordingly, I urge you to deny the Schaghticoke Motion and to reject the BIA Alternative Order. The time has come to salvage the integrity of the recognition process and to provide a resolution to the issues surrounding the Schaghticoke petition once and for all.

Sincerely,

*M. Jodi Rell*
M. Jodi Rell
Governor