# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

UNITED STATES OF AMERICA

    v.

43.47 ACRES OF LAND, MORE OR LESS,
SITUATED IN THE COUNTY OF LITCHFIELD, TOWN
OF KENT, ET AL.

CASE NUMBER: H-85-1078 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Non-Party Deponents:

1. James N. Perkins
2. Kenneth F. Cooper
3. Town Action to Save Kent, Inc.

JULY 22, 2005
**Date**

CT 11397
**Connecticut Federal Bar Number**

(203) 744-2150
**Telephone Number**

(203) 791-1126
**Fax Number**

tbeecher@chgjtlaw.com
**E-mail address**

_[Signature]_
**Signature**

Thomas W. Beecher, Esq.
**Print Clearly or Type Name**

148 Deer Hill Avenue
**Address**

Danbury, CT 06810

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED

_[Signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **APPEARANCE** has been mailed, postage prepaid this 22nd day of July, 2005 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW, Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Robert A. Slavitt, Esq.
Slavitt, Connery, & Vardamis
618 West Avenue
Norwalk, CT 06850

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road, P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, DC 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW, Mailstop 6456
Washington, D.C. 20240

Eric W. Wiechmann, Esq.
David Reif, Esq.
Salvatore N. Fornaciari, Esq.
185 Asylum Street
Hartford, CT 06103

_____
Thomas W. Beecher (ct 11397)