UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:98CV01113 (PCD) |
| | ) | |
| KENT SCHOOL | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

************

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:00CV0820 (PCD) |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| AND THE CONNECTICUT LIGHT | ) | |
| AND POWER COMPANY, ET AL | ) | |
| | ) | |
| DEFENDANTS. | ) | |

************

| | | |
|---|---|---|
| UNITED STATES OF AMERICAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL NO. H-85-1078 (PCD) |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR | ) | |
| LESS, SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, ET AL | ) | AUGUST 5, 2005 |
| | ) | |
| DEFENDANTS. | ) | |

**MEMORANDUM OF UNITED STATES IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

1

In these related actions the defendants, the Connecticut Light and Power Company ("CL&P") and Kent School Corporation, Inc., ("Kent School") have moved the Court pursuant to Federal Rules of Civil Procedure 26(c) for an order of protection with respect to the deposition of Francelia Johnson noted for Monday, August 8, 2005. For the reasons set forth by those defendants in their motion for protective order the United States joins in the request that the deposition not be had. As articulated in that motion, it is clear that the record before the Bureau of Indian Affairs ("BIA") is now closed and if the purpose of the deposition is to obtain additional evidence, it cannot be included in the record. Moreover, the purpose of the deposition does not appear to be in furtherance of the limited issue upon which discovery was allowed by the Court's order of May 20, 2005, that discovery be had for the sole purpose of determining whether the scheduling order prohibition on meeting or contacting officials of the Department of Interior was violated. Accordingly, the United States asks that the Court grant the defendants motion for protective order.

DATED: August __, 2005.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                JOHN B. HUGHES
                UNITED STATES ATTORNEY'S OFFICE
                ASSISTANT U.S. ATTORNEY
                157 CHURCH STREET, P.O. Box 1824
                NEW HAVEN, CT 06508
                TELEPHONE NO. (203) 821-3700
                FEDERAL BAR NO. CT05289
                JOHN.HUGHES@USDOJ.GOV

## CERTIFICATION

This is to certify that copies of the within and foregoing Memorandum in Support in Protective Order has been mailed, postage prepaid, this August 5, 2005, to:

Eric Weichmann
McCarter & English LLC
City Place 1
185 Asylum Street
Hartford, CT 06103

Judith Shapiro
6856 Eastern Ave. NW
Washington, DC 20012

Jerry Strauss
Hobbs, Strauss, Dean & Walker
2120 L Street NW
Washington, DC 20037

Michael Burns
57 Pratt Street
Hartford, CT 06103

Thomas Gugliotti
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Richard Blumenthal
Attorney General
55 Elm Street, Po Box 120
Hartford, CT 06141

James Fogarty
Fogarty, Cohen, Selby & Nemiroff
88 Field Point Road
Po Box 2508
Greenwich, CT 06386

Loretta Bonos
594 Bend View Drive
Charleston, WV 25314

James Upton
General Litigation Section
Environmental & Natural Resources Divison
U.S. Department of Justice
Po Box 663
Washington, DC 20004-0663

Jeffrey Sienkiewicz
Sienkiewicz & McKenna PC
9 South Main Street, Po Box 786
New Milford, CT 06676

Barbara Coen
Division of Indian Affairs
Office of Solicitor
U.S. Department of Interior
1849 C Street, NW
Washington, DC 20240

Richard Street
Carmody & Torrance LLP
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721

David Elliott
Day, Berry, Howard LLP
City Place I
185 Asylum Street
Hartford, CT 06103

JOHN B. HUGHES
ASSISTANT US ATTORNEY