ATTACHMENT 1

Schaghticoke Tribal Nation — Tribal Marriages — Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Peter Sherman / Eunice Mauwee | 1802 |
| Abraham Rice / Martha Chappel | 1800 |
| Dennis Mauwee / Polly | 1802 |
| Rufus Bunker / Roxa (Mauwee?) | 1796 |
| Benjamin Chickens / Sarah | 1794 |
| Joseph Chuse Mauwee / Sarah | 1748 |
| Elihu Chuse Mauwee / Sarah | 1786 |
| Peter Mauwee / Eliza Warrups Chickens | 1777 |
| Joseph Mauwee (Peter's son) / Unknown | 1799 |
| Johannes [Joseph] Penni / Lea Kehore | 1748 |
| Peter Sherman / Sibbil | 1759 |
| Peter Hinds / Hines / Hannah Cocksure | 1770 |
| Aaron Chappel / Haner/Hagar | 1775 |
| Isaac Rogers, Sr. / Unknown | 1775 |
| John Sutnux / Eunice Mauwee | 1776 |
| Joe Pene [Pann] / Eliza Pene | 1784 |
| Phebe Hinds / Hines / Mauwee | 1789 |
| Jonah Cocksure/Coshire / Lydia Toto | 1793 |

1

Schaghticoke Tribal Nation Tribal Marriages Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Aaron Chappel, Jr. | |
| Unknown | 1795 |
| Deborah Chappel | 1797 |
| Isaac Rogers, Jr. | |
| Schagh. (Parmelia's mother) | 1798 |
| Schagh. (Parmelia's father) | |
| Jeremiah Tomuck | |
| Unknown | 1799 |
| Jacob Mauwee/Rogers | |
| Unknown | <1800 |
| Jeremiah Cogswell | |
| Wealthy Gauson | 1805 |
| Ann | 1805 |
| Unknown | |
| Mim | 1805 |
| Unknown | |
| Schagh. (Lavinia's parents) | |
| Mixed Indian / white woman | 1805 |
| Schagh. (Rachel's mother) | 1807 |
| Schagh. (Rachel's father) | |
| Marianne Chappel | <1814 |
| Thomas Kelly | |
| Gideon Sherman | |
| Unknown | 1819 |
| Luman Tabor Mauwee | |
| Hannah Mauwee | 1819 |
| Nehemiah | |
| Unknown | <1820 |
| Schaghticoke | 1820 |
| Unknown | |
| Nancy Chickens | 1822 |
| James Phillips | |
| Abraham Peters | |
| Unknown | <1823 |
| Walter | |
| Unknown | <1824 |

2

Schaghticoke Tribal Nation — Tribal Marriages — Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Lavinia Carter / Unknown | <1824 |
| Luman Bunker / Unknown | 1826 |
| Luman Tabor Mauwee / Sarah Mauwee | 1829 |
| Fear / Unknown | <1829 |
| Nathan G. Cogswell / Melissa Price | 1836 |
| Jabez Cogswell / Marie Hamlin | 1839 |
| Sarah Rice / William Henry Fowler | 1839 |
| Loraine Vandore / George Parrott | 1839 |
| Eli Bunker / Fannie Maria Watson | 1842 |
| Melissa Vandore / Homer (Holmes) Harris | 1843 |
| Truman Mauwee Bradley / Julia Kilson | 1844 |
| Delia J. Kilson / Reuben Rogers | 1846 |
| Laura Carter / John Skickett | 1847 |
| Mary Ann Phillips / William Riley Cogswell | 1849 |
| Emily Cogswell / Abner L. Rogers | 1849 |
| Ann M. Cogswell / William Jenkins | 1849 |
| Eliza Cogswell / ___ Hill | 1849 |
| Jabez Cogswell / Marcia Ann Heddy | 1851 |

3

Schaghticoke Tribal Nation — Tribal Marriages — Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Joseph D. Kilson | |
| Mary Jane Kelly | 1852 |
| Mary Ann Kilson | 1855 |
| Lazarus Frank | |
| Caroline (Kilson) Rylus | 1858 |
| Oliver Potter | |
| Rosetta Cogswell | 1859 |
| William Peters | |
| Newton Cogswell | |
| Pauline M. Hoffman | 1867 |
| Charles William Kilson | |
| Sarah Peters | 1869 |
| Mary Jane Kelly | 1862 |
| Theodore Abels | |
| George H. Cogswell | |
| Sarah Lavina Bradley | 1867 |
| Job [Suckernuck] | |
| Eunice Job | 1817 |
| Pequot (John Harris' father) | |
| Pan [Schaghticoke] | <1813 |
| Alexander Kilson | |
| Parmelia Mauwee | 1820 |
| Schaghticoke | 1828 |
| [Abigail Mauwee parents] | |
| Schaghticoke | |
| Adonijah Cogswell | 1825 |
| Unknown | |
| Sarah Bunker | 1839 |
| Van Rensselaer | |
| Alexander Value Kilson | |
| Eliza Ann Kelly | 1848 |
| Elihu Mauwee | <1840 |
| Alma Mauwee | |
| Caroline Kilson | 1849 |
| Albert Rylus | |

Schaghticoke Tribal Nation    Tribal Marriages    Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Abigail Mauwee<br>Henry Harris | 1849 |
| Rachel Mauwee<br>John Harris | 1851 |
| Joseph D. Kilson<br>Nancy M. Kelly | 1857 |
| Sarah Van Rensselaer<br>W. K. Mowess | 1858 |
| Joseph D. Kilson<br>Nancy M. Kelly | 1857 |
| Mary Jane Fowler<br>Peacher | 1867 |

5