# EXHIBIT 1

# courant.com

http://www.courant.com/hc-kent4.artjun29,0,3022333.story

**THE BATTLE OF KENT : PART FOUR**

## In Her Town, Her Indians Are Friends

Story By RICK GREEN Photographs by RICHARD MESSINA
Courant Staff Writer

June 29 2005

KENT -- The only one fighting the Indians here who actually grew up with Schaghticokes takes her turn to speak to a restless crowd jammed into the school auditorium.

Around Kent, folks know Susi Williams, a compact woman with a gravelly voice who can alternately work a room as smoothly as a politician - or as tartly as an angry town gadfly. If you don't know her, then you probably spend more time down at the European-style chocolate shop than at the town hall.

It is May 2004, a time when many here are suddenly fearful of a federally recognized Schaghticoke Tribal Nation in her Kent. Williams talks of the Indian people she and her family have known over the last 50 years, Kilsons, Russells. The Coggswell family. Generations before that, too.

"We were friends. We were neighbors," Williams explains, knowing that a good portion of the room has little idea what she is talking about.

Of course, she's talking about Earl, who drove the school bus, and Gloria, who washed dishes at the Villager, and Alan - who still calls her - and little Ronnie, whom she used to drive home from her daughter's birthday parties. And, further back, Eunice Mauwee, the 19th-century "Christian Indian Princess," who used to walk the four miles from the reservation just to get to the Congregational church.

Susi Williams' Kent is not a separate, sovereign nation with its own rules and laws. To her, Kent is a place where people quietly take care of each other, where living and dying, gardening, stuffing envelopes for the Republican town committee and chance conversations at the Patco gas station all matter profoundly.

It is a place where a precious small-town version of American democracy has worked pretty well for more than two centuries.

But this latest thing, this is something very alien. Here is a group backed by gambling investors looking to build a casino, a tribe that will turn a shady country road along the Housatonic River into a "sovereign nation"; no, this isn't Kent. And to Williams, these aren't her Schaghticokes.

"It is a large group of people from Derby, not from Kent," she tells the audience, "calling themselves the Schaghticoke Tribal Nation, who would be totally independent of and not limited by any other authority. They will not be our friends. They will not be our neighbors.

"They would become the largest, most influential force in town. They will be exempt from planning and zoning, exempt from wetlands regulations, exempt from taxes. They will not be residents of Kent."

Her home, part of an old family dairy farm no longer in operation, overlooks the Housatonic, the

private Kent School and, to the south, the Schaghticoke reservation.

Williams is 65 and wealthy, a member of the board of directors of a local bank, whose family owned the old general store for nearly half a century and still owns a sizable chunk of downtown Kent. She has served on just about every board and commission in town and still spends her days hopping between the zoning board of appeals and the historical society or organizing for the next local election.

She is the flinty Republican who stands up in support of a costly renovation of the public pool because families need a place to swim in the summer - or in opposition to the town's hiring a full-time tax collector, because she once did the job part-time. She is the proud townie with the Roy Orbison tape in her car stereo and the police scanner blaring in her dining room.

She is the unrepentant smoker with the standing tab, the one who can entertain the entire bar at the Fife'n Drum with her stories and intimate knowledge of this place. Who do you think Henry Kissinger called, years ago, when his fax machine broke down and he needed one that worked?

Williams believes a federal Indian tribe, flush with gambling profits from a casino in Bridgeport or Danbury, will be ever-expanding, adding homes, businesses and more acreage. By her calculation, Kent will obviously survive. The heart will perish.

"This is not about heritage," Williams concludes. "This is about greed."

Later, in the dark bar at the Fife, Williams looks out across the room: townies and New York weekenders, Indian supporters and those from the newly formed Town Action to Save Kent, known as TASK. Everyone is in their different corners, but it's still a town, a place where people, sooner or later, come together. But for how long?

**The Kent Tribe**

Williams leans forward, her lips nearly touching the delicate pink ear of the elderly woman sitting next to her, speaking intimately but loudly to her.

"Susi, how are ya?" the woman finally says. She is Gloria Kilson Thompson, old-time Kent, a woman Williams has had a million small and inconsequential conversations with over the last 50 years. "I've known you a long time," she tells Williams, as if that explains everything.

Thompson is also old-line Schaghticoke, one of Earl Kilson's five kids who grew up on the reservation and stayed to make a life in town. Her father, grandmother, great-grandfather and generations before that were born on the Kent reservation.

Stopping by to see a sick cousin recently, Williams has also ducked in to see Thompson here at the Kent Specialty Care Center, a nursing home with a lush ridge-top view of Schaghticoke Mountain and the Housatonic Valley.

Assimilated and long ago sewn into the local fabric, Thompson has recently moved to "the Kent," as locals call it, after her husband George died unexpectedly over the winter.

Gloria is a member of the Schaghticoke Tribal Nation, Richard Velky's tribe that wants to get federal recognition and bring another casino to Connecticut. Williams instead sees a member of Kent's tribe, a woman who cares about this place and lived her life here to prove it.

The two women begin to talk about old times, how they each had a legendary math teacher at Kent Center School. "More man than woman," they both agree, chuckling.

Gloria dropped out of school in eighth grade to care for her mother, but eventually married a local boy, George Thompson. He worked for the town road crew for years, becoming one of those known-to-all local figures. They lived in a tidy house right in the center and raised a daughter.

"Kent is a good town," she tells Susi, before heading off to a birthday party and, later, a bingo game. "I like Kent."

Williams realizes that her friends the weekenders probably don't understand this relationship, lightly constructed on the hundreds of wispy layers - a chat at the post office, a few words over coffee, the ice on the river during that frigid winter 25 years ago, a shared memory of a schoolteacher - that make up the foundation of a lifetime in a small town.

"I want it to be the way it used to be, when they were our Schaghticokes," Williams says back at her house. "They were our neighbors. I don't feel that with Richard Velky. I want back what we had in the '40s and '50s."

Of course, she knows that's gone, like her family's general store and the train that used to bring New Yorkers in on Friday nights, her father, Harry Casey, in suit and tie, keeping the store open late. Or the summer camps that used to lie tucked amid the hills and lakes, before the multimillion-dollar weekend homes came to town and replaced them, bringing a kind of wholesale change that has nothing to do with Indians and casinos.

But it explains why, over the years, Susi and her family quietly kicked in to help a Schaghticoke in trouble with the law, to help another buy a furnace, to pay the medical bills for another. It is her Kent.

"Half the people in TASK don't get the relationship between the Indians and Kent," Williams says. Many newcomers to town - including those in TASK, which she has joined to fight the Schaghticokes - "they don't understand that. But that's our responsibility."

Her father would understand.

The latest Schaghticoke chapter, "this whole thing, it is so sad. It has made townspeople like me upset and angry after we feel we have loved these people and treated them well for many years."

So when Alan Russell, an old friend who is the chairman of the Schaghticoke Indian Tribe, who may one day even join Velky's rival tribe that is pushing for a casino and the federal recognition, calls her asking for some help, the answer is obvious.

Kent Susi, not TASK Susi, comes to the door when Alan knocks.

He's broke and asks to borrow $50. She gives him $60.

## Friends And Neighbors

Williams still has one of the old ledger books from her father's store, the one she pilfered after climbing in through a back window when the place was sold by her cousin back in the 1970s, as her family began redeveloping downtown Kent. The musty pages are lined with delicate, frilly handwriting tallying the mundane purchases of town residents, summer visitors and, of course, Schaghticokes.

Turpentine, flour, nails. Nourishment for a small town.

For more than 100 years, N.M. Watson's was an institution in Kent, a general store that her family took over during the Depression and ran until the 1970s. At its peak in the mid-20th century, the general store had a building and lumber supplies business whose customers stretched into New York and Massachusetts.

Williams' grandfather, John Joseph Casey, came here from Ireland in the 1870s, hiring on with one of the town's last iron-ore furnaces at the end of a heyday when northwest Connecticut was something of a mini-Pittsburgh of iron smelting. It was a time when the blast furnaces' insatiable appetite for charcoal stripped virtually every hillside in town of trees.

The end of the iron-ore days was a good start for Casey the Irishman, though, because he worked for the prominent Hopson family and put down roots in Yankee Kent. Williams' father, Harry Casey, started as a clerk at Watson's, eventually buying the place with his brother Ed.

They catered to the locals, financing the building supplies for new homes for cash-strapped families - and to the outsiders, who were increasingly coming to Kent, a rustic slice of Vermont a few hours north of Manhattan.

In those days, Susi Casey would ride with her mother by train to the bank in New Milford to deposit cash from the store. Summers, she went to one of Kent's sleepover camps for free, in a trade her father made with a customer in hock to the store. And later, after his heart attack, she was the comely teenager who drove her father around the lumberyard in the evening, helping him lock up.

These ledgers - there are stacks more of them at the historical society from other merchants - have become vital evidence for the Schaghticokes to demonstrate their everyday persistence to the federal Bureau of Indian Affairs, to whom such evidence is crucial for tribal recognition. They are a sign of commonality, of folks living and getting by in Kent.

"They weren't so different from anybody else," Williams explains, pointing to a column of names from 1911 - Soule, Peet, Tobin. They are all names still found on mailboxes in town.

"They'd have powwows. We'd hear about it. It was harmless. No threat to anybody," she says. And again: "They were our friends, our neighbors."

"We just never thought about the fact that they were Indians. The Schaghticokes were like, `So what?' They went to school with us. They didn't pay their bills. They drank too much. But so did a lot of Irishmen," Williams explains. "They didn't have running water. But a lot of people didn't have running water."

They were different enough, though, for the state to keep detailed genealogies of tribal members in order to verify who had the required one-eighth blood to be considered Indian and have the right to live on the reservation. Until the 1970s - and the beginning of the tribe's modern revival - those not meeting the blood requirement couldn't even legally visit for extended periods.

Meanwhile, old houses on the reservation were rarely repaired by the state and instead were knocked down, leaving fewer options for descendants who might want to live there.

The fact is, there just weren't that many Indians around the reservation, at least as far as anyone in the town knew.

"It is not unfitting that in so romantic a region, at the south end of Scatacook Mountain, the few last families of the Indians who were once the sole masters of the country should have their dwelling place," Francis Atwater wrote in his 1897 history of Kent.

A 1939 booklet published in town, "The Schaghticokes, Descendants from our First Americans," proudly explains some of the history of the "practically extinct" tribe in honor of a powwow held on the reservation that fall.

"It is to be regretted that there are not more Indians left now," the pamphlet advises. "The retaining of these lands and preserving of the Indian legends and relics is a tribute to him, the real American."

The motif of the dwindling, disappearing Indian became a favorite in Kent in the 20th century. Newspaper articles with titles like "Second Last Kent Scatacook Dies" and "Indian Alone on Reservation" became regular features.

"I am the last of the Scatacooks," Earl Kilson, who drove a Greyhound and later the local school bus, and who was renowned for his rattlesnake hunting and tall tales, told the Lakeville Journal in 1968. "And the last person to live on the reservation."

Earl Kilson, the powwows, chance encounters in town - they are line items in Williams' own ledger, the one in her mind that details nearly seven decades of life in Kent.

When Earl Kilson died, Williams wrote up the story for the local papers.

"It was a big deal. I went to the cemetery. Earl was a sweetie," Williams recalls. "He paid his bills and didn't ask for something for nothing."

### `This Ends The Indians'

In Susi Williams' hometown these days, no longer are there Indians like friendly Earl, the school bus driver. You won't find Schaghticoke children going to Kent Center School or young moms dropping an Indian boy back at the reservation after a birthday party, as Williams did.

Native Americans now are ghostly, ethereal figures. They reside as images in picture frames. They are an old deaf woman in the nursing home and the gaunt man behind the wheel of a car in need of a new muffler, driving along Schaghticoke Road with a dog on his lap. Relics.

More often, they are something else: the chief from Derby on the television or in the newspaper, who wants to build a casino and seize thousands of acres of land. A threat.

Those Indians, in Williams' view, are pretenders interested only in gambling riches, not Kent. They are frauds dismissed by leading politicians as "ragtag" or "illegitimate."

Most folks just don't know any Schaghticokes, don't have the years of casual acquaintance that can lead to deeper understanding. Even the intellectuals around town, the authors and artists - who claim to know an Indian when they see one - say they've yet to see any Schaghticokes who "look native." Not long ago, the online Kent Tribune thought nothing of running a cartoon depicting an Indian near a wrecked car, taking a roadside sobriety test.

In the weekly Kent Good Times Dispatch - Williams' brother was one of the first editors, 50 years ago - a recent letter to the editor explains that it is "about time that the goal of Indian affairs in our country is assimilation into our communities and not a separate sovereignty." The Schaghticokes, the writer notes, "have long ago been assimilated into our society."

Schaghticoke in 2005 has come to mean an old basket, like the one on Williams' back porch, given to her father ages ago. It is the arrowhead on the town seal, the name of a road on the other side of the river that most people don't bother to drive down.

One story, repeated over rounds of drinks at the Fife'n Drum, involves a Schaghticoke wedding on the reservation a few years back attended by some town residents. At the wedding, according to a handful of townsfolk who were there, tribal members appeared clueless about any traditions or ceremonies, without dances, regalia or even their own medicine man.

It was just more evidence: The Indians are gone, absorbed. As a federal census-taker wrote when he could find few Schaghticokes on the reservation in 1880: "This ends the Indians."

Williams' good friend, Andy Ocif, a respected retired state trooper active in local Republican politics, tells of a vacant reservation during the 1970s. "Larceny, public indecency, assault, robbery, criminal mischief and illegal hunting" were the only activities he observed down along Schaghticoke Road. There are records to prove it, he notes.

And yet, Indian history is also real here, not imagined. No matter how many new homes for weekenders are built across the river, the 400-acre reservation and its unanswered questions about survival linger.

The historical society, where Williams served as president until last year and where she still volunteers almost daily, has a fine collection of memorabilia. Once a year, third-graders from the

Kent Center School take a field trip over to the society's Swift House, one of the oldest homes in town.

On a winter morning Marge McAvoy expertly guides the latest batch of third-graders through hundreds of years of history, using the society's collection of a dozen or so Schaghticoke baskets, arrowheads and pictures of well-known tribal members such as Eunice Mauwee and Henry Harris. McAvoy, the society's executive director, talks about the ugliness of stolen land and forced assimilation, the blankets tainted with smallpox and given to Indians.

The children rub the arrowheads, touch the baskets and gaze at old Eunice, who, as always, looks lonely and unhappy.

"Are there still tribes left in Kent?" a boy asks.

McAvoy, who has tried to keep the controversy of today's Kent out of this history lesson, pauses.

"That is a very, very complicated question," she says.

**The Gatekeeper Of Kent**

About 40 pages into "A Register of Some of the Families that have lived in Kent, CT, 1739-1999," there's a listing for Susi Williams.

"Mary Frances," child of Harry Casey, son of John Joseph. In small print, it tells a reader the names of her two ex-husbands and that she hasn't died yet.

In an understated, small-town, New England way, this is a huge honor. If you are Kent, you are in this book, the vital records truth, according to Francelia C. Johnson.

This epic book is the singular, self-published work of Johnson, a gruff-talking, cowboy boot-wearing overseer and excavator of the genealogical detritus and diamonds of a Yankee town.

If Susi Williams is the pulse-taker, her friend Fran is the gatekeeper, the one who keeps dozens of loose-leaf notebooks, crammed with 300 years of Connecticut history, lining the shelves of her home. She knows nearly every grave in town. Eunice Mauwee, for example, may have a tombstone that claims she lived 105 years, but Johnson says she has proof Mauwee never made it past 90. She isn't sharing why or how she knows this.

"You can't assume. You have to prove," she says, the words clipped short, the pauses long. A part-time inspector in the building department and president of the historical society, Johnson is more than an old friend of Williams; they are defenders of all things Kent.

After 40 years here she has become the one they call and write to from all over, with a question about great-grandfathers and uncles, graveyards or where to find the records of births and deaths that become the traces of lives lived.

"If you don't record a name, it's kind of hard to trace it," she explains.

In her phonebook-thick compilation of Kent bloodlines, Johnson shows why her no-BS reputation among researchers reaches far. In banal detail, Johnson offers up the past - "Judd, Edward M., son of Philip, died 1896, buried St. Andrews cemetery ... he was a tavern keeper" - chalking up the births and deaths and burial locations of thousands who have come and gone in the Housatonic Valley since the mid-18th century.

Hers is the sort of encyclopedia used by some to end arguments, 250 years of who's who and who was who. Except, however, for one astounding, glaring omission.

There are few if any Indians in Johnson's aptly titled book: It is merely "some of the families that have lived in Kent."

What this stubborn genealogist won't publish are the remnants that might prove an Indian tribe of 250 years ago has survived. Sure, there are folks who trace their ancestry to Indians, Johnson reasons, but they've become so intermingled and twisted within the gnarled family trees of the Europeans who came here that it's nearly·impossible to discern who's native.

"I don't feel guilty about anyone," Johnson explains. "If I'm going to feel guilty, it's about the [Indians] out West and not the ones on the East Coast."

In the chilly living room at the Swift House, home to the Kent Historical Society, where aging Schaghticoke baskets sit in a cabinet beside the arrowheads and fading pictures in small frames, she takes out some of her Indian notebooks. The ones whose contents never quite made it into her book.

There are pages of Kilsons, Harrises and Coggswells, birth certificates and sketches of cemeteries, newspaper obituaries, notes copied out of centuries-old ledgers.

"You can't tell the difference. They were in with the white crowd. Having kids with them. ... This was a group that just kind of floated. They came and went."

The tribe is gone, melted into and smothered by a dominant European culture that arrived in a torrent starting in the mid-1700s, tailing off by the time Williams' grandfather arrived in the 1870s.

"One guy who was supposedly born in Kent was also born in Michigan," Johnson says. "I found one that was born in Kent, born in Bridgeport and born in Albany, all on the same day."

She's been watching the genealogists and anthropologists who show up at town hall and the historical society to look for the clues they hope will prove a tribe's survival.

But these Schaghticokes who come from outside are trying to seize a part of her Kent and they won't get there through her research.

"I haven't made too much an effort to be too nice to them," she says. If she does have any genealogical information on Schaghticokes, "which I know I do, I'm not about to give it up. Because they piss me off. They came in with an attitude and I don't like it. So far they haven't done much for the town other than agitate them, spend my money."

It's not so simple, though, because Johnson sometimes does share the information. A few years back she gave Alan Russell his genealogical tree, the one that goes all the way back to Gideon Mauwee, the first Schaghticoke chief.

And this guardian of history also isn't so sure about those other new arrivals in town who would "save Kent," the ones who buy up whole hillsides and build their 4,000-square-foot hideaway retreats.

Unlike her friend Susi Williams, Johnson wouldn't consider joining TASK, even though she probably knows more than anyone about the Schaghticokes, who have lived and died for centuries on the other side of the Housatonic River from Kent.

"They asked me if I would go into that group and I told them no. I didn't have the time and I just don't see going to meetings that get you nowhere," Johnson said. "I find more of a problem with the money coming in from the New Yorkers who are buying into the territory than I do with what's across the river."

**Too Much Money**

Williams is buying cigarettes at the Patco gas station, on the morning in March when Nancy Johnson has come to town to denounce the Schaghticokes, and runs into a man who works at Kent School, a sprawling presence in the center of town.

"It was good to see Tom Sides at the meeting," Williams tells Joe Wolinski, the head of facilities at Kent School, referring to the school's business manager who showed up for the Johnson press conference.

"You really think the Schaghticokes are a problem?" Wolinski asks Williams.

"I think it's a major problem," Williams replies. "And I think Dick Schell has his head in the sand," she adds, referring to the school's headmaster, who is not often at town hall events.

Later, just after she's arrived home, the phone rings: It's Sides, naturally.

"Susi, I understand that you think Dick Schell has his head in the sand ..." he begins.

For Williams, here is the Kent she is fighting to save. It is a place where small conversations lead to greater communication, where people care about what you think.

An Indian tribe whose members she - of all people - has scarcely ever seen, with its thousands of acres of land claims that would swallow the heart of her town, is not Kent. Williams sees a tribe fueled by casino money that would overwhelm the delicate balance here between old-line Yankees and wealthy weekenders.

"They'll put up a smoke shop and a gas station. They will put the little guys out of business," she says. "What happens when there is too much money? There will be too much money."

With or without Indians, there are already signs of change. The new money is rolling in as fast as they can put up another $1 million home in the hills or finish the new golf course by the old Newton farm along Bull's Bridge Road. The voter list - the tally that Williams keeps in her desk at home because she is vice chairwoman of the town Republicans - is disproportionately filled with "unaffiliated" these days.

"They don't want to get involved. It makes me so mad," says Williams. "That would never have happened 20 years ago."

"Most people still don't think it's any kind of threat," she says of the Schaghticokes and their plans. "They really don't. They think it's all going to go away."

What Kent Was, And Is

High above town, on the west side of the river, there's a steep and rocky outcrop where Kent School students have just painted "06" on a granite cliff in billboard-size numbers, replacing the "05" and upholding a long prep school tradition for all to see. A few decades ago American realist painter and Kent native David Armstrong immortalized the view from the rock, which is topped by a 15-foot-high carved wooden cross.

Armstrong's painting hangs in the lobby of town hall, on loan from Susi Williams.

Except for the new bridge over the river, the view remains the same today: a pastoral village, safely snug among the green hills at the end of a long valley. Its fringes are surrounded by meadows, mountains and the meandering Housatonic, not gas stations, supermarket plazas or split levels.

To the south, Schaghticoke Mountain rises steeply above the brick buildings of Kent School. Just beyond, the Schaghticoke reservation lies tucked in a crook of the Housatonic.

Look a little more closely and Williams' home emerges across the river, near the aging buildings of her family's farm and the outlines of storefronts along Route 7, Kent's Main Street and the route of the popular Memorial Day parade.

As it always does, the parade went right by Williams' house this year: the Kent Center School

marching band playing "Yankee Doodle Dandy" for the umpteenth time. Behind the wheel of the 1929 pumper truck is Arthur Seabury, the 92-year-old former fire chief who long ago oversaw the burning and bulldozing of Schaghticoke homes. Like the rest of the marching volunteer fire brigade, he's wearing a bow tie and double-breasted red uniform shirt. A wagon, pulled by a tractor, brings up the rear. It is loaded with little children sitting on hay bales and waving small flags as it turns the corner by Williams' house.

It is all a delightful, small-town reminder of what Kent was, and still is.

Near the intersection of routes 7 and 341, a fresh downtown is emerging, gently. Former Avon CEO Jim Preston, who retired here, is creating sleek new buildings and tasteful renovations to old structures, encouraging customers to walk between shops that sell flowers, fleece and panini. There's a yoga studio and a doctor who specializes in prevention.

This is the new Kent, and it's overtaking this village faster than any Indian tribe.

The Grange was old Kent, and it dissolved this winter. Williams was there serving the roast beef dinner at the last big event, a "husking bee" and square dance co-sponsored with the historical society.

Old Kent is Charles Kilson - Gloria's brother - who grew up on the reservation and left decades ago. He too once marched in the Memorial Day parade, a young Schaghticoke in a crisp Boy Scout uniform. He lives and works in Newtown now, but still quietly slips back into Kent to visit his sister or attend tribal functions at the reservation.

Unlike his sister, he has few fond feelings for his hometown, where Kilsons have lived for generations, at times the only living link still on the reservation.

"It's a disgrace. Most of the people who say something about Indians, they don't know anything," says Kilson, 74. "I don't understand the town of Kent. We used to have powwows here."

Of course, the powwows were long before Indian casinos, when the Schaghticoke tribe and its rattlesnakes and baskets were quaint mementos, not a threat.

There's more new Kent hidden in the green hills to the south, directly across the valley from Schaghticoke Mountain: the just finished Bull's Bridge Golf Club and its pricey membership fee. Behind St. John's Peak, in the hills above Kent center, there's another sign of the fresh and vibrant Kent: a 50-lot luxury subdivision that nearly sold out in just one weekend last fall, adding millions of dollars to the grand list.

New Kent is TASK and its savvy weekenders and retirees, who understand how precious all this is: the rolling mountain meadows and the art galleries, the New Yorkers and the farmers, the quirky mix of the powerful and the powerless.

And, Williams believes, old Kent cannot be saved without the new Kent and TASK and its don't-mess-with-us mentality.

"It's not my `M.O.,'" she says one afternoon in June, after a few days of sorting old pictures at the historical society, a Republican town committee meeting at her house and a town hall meeting on new zoning rules. "But it worked."

After a startling ruling in May sending the Schaghticokes' tribal recognition back to the Interior Department for reconsideration, she's heard people say it wasn't TASK that made the difference, it was the lawyers and the state attorney general. Perhaps, but a year ago, TASK formed with a simple mission: Stop the Schaghticokes, save Kent.

A final decision from the Interior Department is expected by September. For now, a balance between new and old is preserved. It's a balance that Williams believes would be smashed to bits with a newly wealthy Indian tribe and an ever-expanding reservation.

"We have homogenized very well," Williams explains. "The weekenders are good citizens. They all pay their taxes. They don't send their kids to school. Eventually they retire here and join the library or art association.

"The real Kent is a mishmash, thank God. You can't cubbyhole Kent. It's got so many different facets. It's not a cutesy little town. It's got the Kent cultural arts, blah, blah, blah - all these kinds of things that I couldn't give a hoot about. But it is a mix that works. It's all these diverse things that have to work together.

"I'm the townie on TASK. They wanted me to run cocktail parties and have coffee klatches," Williams says. She's done none of that, even though TASK is still hard at work, busily trying to raise money to pay for the campaign against the Schaghticokes.

There's enough of the old Kent left in Williams, enough memories of Hazel, who baby-sat her long ago and lived down on the reservation on Schaghticoke Road. And of Gloria, quietly finishing her days in the nursing home perched on a bluff above town, looking out at Schaghticoke Mountain. And Alan, who still lives there on the reservation, keeping this shaky equilibrium between new and old, real and imagined.

"We've all been told we can't talk to the press," Williams says of her sometimes secretive colleagues and friends from TASK. "I'm like, `Stick it in your ear.' I will talk to everybody I want to talk to."

Including Schaghticokes.

*Copyright 2005, Hartford Courant*

# EXHIBIT 2

UNITED STATES DEPARTMENT OF THE INTERIOR

OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| IN RE FEDERAL ACKNOWLEDGMENT OF THE SCHAGHTICOKE TRIBAL NATION | : : : : : : : : : : | Supplemental Transmittal under 25 C.F.R. § 83.11(e)(8) <br><br> Docket Nos.    IBIA 04-83-A <br>               IBIA 04-94-A <br>               IBIA 04-95-A <br>               IBIA 04-96-A <br>               IBIA 04-97-A <br> Date: December 2, 2004 |

By Order dated May 21, 2004, this Board requested that the Assistant Secretary - Indian Affairs "designate and transmit to the Board copies of critical documents central to the determination under [the State's and SIT's] request[s] for reconsideration" and provide a list of these documents to the Board and parties on the distribution list. The Department did so on July 21, 2004, including the Acknowledgment Decisions Compilation (ADC)(version 1.2) containing decisions and other documents issued in acknowledgment cases prior to the final determination on STN.

As part of the technical assistance provided in that filing, the Department identified where various topics raised in the requests for reconsideration are discussed in the final determination and proposed finding on STN. In light of issues raised in the requests for reconsideration concerning precedent, the OFA now supplements that transmittal to identify those acknowledgment decisions in the ADC that relied on or discussed 83.7(b)(2)(ii)[1] and the

---

[1] Section 83.7(b)(2) provides "A petitioner shall be considered to have provided sufficient evidence of community at a given point in time if . . . (ii) At least 50 percent of the marriages in the group are between members of the group. . . ."

carryover provision 83.7(c)(3).[2]  Rates of marriage within the group or culturally patterned

marriages outside the group are calculated under 83.7(b)(1) as evidence supporting a finding of

community.  If the rates of marriage within the group rises to 50%, it becomes sufficient

evidence to demonstrate community under 83.7(b)(2) *and* sufficient evidence to demonstrate

political under 83.7(c)(3).  This additional technical assistance is provided because there is no

finding aid to the previous acknowledgment decisions and one cannot search by topic easily

within the decisions on the ADC.

    The results of this review indicate that the Summary under the Criteria for the final

determination in STN is not consistent with prior precedent in calculating the rates of marriages

under 83.7(b)(2)(ii) and provides no explanation for the inconsistency.[3]  Further, there is no

---

[2] Section 83.7(c)(3) provides: "A group that has met the requirements in paragraph 83.7(b)(2) at a given point in time shall be considered to have provided sufficient evidence to meet this criterion [political influence or authority] at that point in time."

[3] Previous acknowledgment decisions interpret 83.7(b)(2)(ii) to require that 50% of the *marriages* are between members of the group.  In contrast, the Summary on STN inadvertently relied on the number of *members* of the group who married other members, which results in a higher count.  The following acknowledgment cases and pertinent pages specifically evaluate 83.7(b)(2)(ii) and 83.7(c)(3), using *marriages*.

    Jena Band of Choctaw (1994) PF Summary 3-5, 7, 9-15, Genealogical Technical Report Appendix I;
    Little Shell Band of Chippewa (2000) PF Summary 16-19, 175-179, (rejecting draft researcher guidelines that called for counting of members); and,
    Eastern Pequot (2000) PF, 90; Paucatuck Eastern Pequot (2000) PF, 91; and,
    United Houma Nation (1994) PF 10-14, Genealogical Technical Report 22-24, *Federal Register* Notice.

The following cases discuss 83.7(b)(2)(ii) and it appears that the method of counting is marriages, but it is not entirely clear from the summary and technical reports.

    Huron Potawatomi (1995) PF Summary 10-11, Anthropological Technical Report 19-20, 51, Genealogical Technical Report 35-36, Historical Technical Report 91, *Federal Register* Notice of Proposed Finding; and,
    Ramapough Mountain Indians (1996) FD Summary 24-25, Technical Report 65-67, 79, 82-83.

evidence that the final determination intended to deviate from precedent. Finally, there is a material mathematical error in the calculations for 1841-1850, which when corrected lowers the calculation to less than 50%, whether or not the proper interpretation of the regulations is to calculate "marriages" or "members." The analysis under 83.7(b)(2)(ii) in the Summary and the carryover under 83.7(c)(3), therefore, should not be affirmed on these grounds absent explanation or new evidence.

The OFA provides no additional technical assistance here concerning the other grounds raised by interested parties in their requests for reconsideration.

Dated December 2, 2004

Respectfully submitted,

*Barbara N. Coen*

Barbara N. Coen, Esq.
Division of Indian Affairs, MS 6456
Office of the Solicitor
1849 C Street N.W.
Washington, D.C. 20240

---

The following case counted marriage and members in different technical reports, but does not reference 83.7(b)(2)(ii).
    Match-E-Be-Nash-She-Wish (1999) PF Summary 7, Genealogical Technical Report 49, 51, Anthropological Technical Report 46-47.
The following case counted members, but does not reference 83.7(b)(2)(ii).
    Cowlitz (1997) PF Genealogical Technical Report 85-89.

Marriage rates were considered as evidence of community in some decisions under the 1978 regulations, but specific language concerning marriage rates does not appear in those regulations. The term "endogamy" is a general term used in acknowledgment findings to refer to marriage within a group, which can be measured in different ways.

3

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS

IN RE FEDERAL ACKNOWLEDGMENT :    Certificate of Service
    OF THE SCHAGHTICOKE    :    Docket Nos.    IBIA 04-83-A,
    TRIBAL NATION    :    IBIA 04-94-A, IBIA 04-95-A,
            :    IBIA 04-96-A, IBIA 04-97-A
            :
_____ :    Date: December 2, 2004

        I certify that on December 2, 2004, I mailed a copy of the "Supplemental Transmittal under 25 C.F.R. § 83.11(e)(8)" to:

Philip G. Smith, Esq.
Smith and McGuire
for the Coggswell Group
413 Georgia Street
P.O. Box 486
Louisiana, MO  63353

William Kupinse, Jr.
Town of Easton
225 Center Road
P.O. Box 61
Easton, CT  06612

Eric Weichman, Esq.
McCarter English
Cummings and Lockwood
for Petitioner, Schaghticoke Tribal Nation
City Place I
185 Asylum Street
Hartford, CT  06103-3495

Aamina Almad, Esq.
for Town of Greenwich
101 Field Point Road
P.O. Box 2540
Greenwich, CT  06836

Susan Quinn Cobb, Esq.
Mark Kohler
State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT  06141

Jonathan Chew, Executive Director
Housatonic Valley Council of Elected
    Officials
Old Town Hall, Routes 25 & 133
Brookfield, CT  06804

Alice Hutchinson, First Selectman
Town of Bethel
Bethel Municipal Center
1 School Street
Bethel, CT  06801

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna, P.C.
For the Town of Kent
9 South Main Street, P.O. Box 786
New Milford, CT 06776

Perley H. Grimes, Jr., Esq.
Cramer and Anderson
for Town of Cornwall
46 West Street
Litchfield, CT  06759-0278

David J. Elliott, Esq.
Day, Berry & Howard
For Kent School
City Place I
Hartford, CT 06103-3499

Mark D. Boughton, Mayor
City of Danbury
155 Deer Hill Avenue
Danbury, CT  06810

Peggy Katkocin, First Selectman
Town of New Fairfield
Town Hall
4 Brush Hill Road
New Fairfield, CT 06812

Christopher J. Jarboe, Esq.
Lovejoy and Rimer, P.C.
For Town of New Canaan
65 East Avenue
P.O. Box 390
Norwalk, CT 06852-0390

D. Randall DiBella, Esq.
Cramer & Anderson
For the Town of Sherman
51 Main Street
New Milford, CT. 06776

Alex Knopp
City of Norwalk
125 East Avenue, P.O. Box 798
Norwalk, CT 06851

James R. Fogarty, Esq.
Leland C. Selby
Fogarty, Cohen, Selby & Nemiroff, LLC
for Preston Mountain Club
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06386-2508

Michael J. Burns, Esq.
for Mr. Alan Russell, et. al.
Schaghticoke Indian Tribe group
57 Pratt Street, Suite 604
Hartford, CT 06103

Patricia C. Sullivan
Associate Town Counsel
Town of Weston and the Town of Wilson
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Mr. Robert A. Slavitt
Slavitt, Connery and Vardamis
for Loretta Bonos
618 West Avenue
Norwalk, CT 06850

Assistant Secretary- Indian Affairs
Attn: Office of Federal Acknowledgment
MS 4660-MIB
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

December 2, 2004

D. Randall DiBella, Esq.
Cramer & Anderson
for the Town of New Milford
51 Main Street
New Milford, CT. 06776

Herbert C. Rosenthal, First Selectman
Town of Newtown
Town Hall
45 Main Street
Newtown, CT 06470

Rudy Marconi, First Selectman
Town of Ridgefield
Town Hall, 400 Main Street
Ridgefield, CT 06877

Benjamin Barnes
Town of Stamford
888 Washington Boulevard
P.O. Box 10152
Stamford, CT 06904-2152

Diane Ferrell
Office of the Town Attorney
Town of Westport
Town Hall
110 Myrtle Avenue
Westport, CT 06880

Thomas Gugliotti, Esq.
Updike, Kelly & Spellacy
for Sam Kwak
One State Street
(P.O. Box 231277)
Hartford, CT 06123

Richard L. Street, Esq.
Carmody and Torrance
For Connecticut L & P
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Bruce R. Greene
Alice E. Walker
Greene, Meyer & McElroy, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302

Barbara N. Coen

2