Salvatore N. Fornaciari

860.275.6766
860.560.5906
sfornaciari@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
tel 860.275.6700
fax 860.724.3397
www.mccarter.com



**McCARTER ENGLISH**

ATTORNEYS AT LAW

July 22, 2005

**Via Facsimile/U.S. Mail**

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, P.C.
9 South Main Street
P.O. Box 786
New Milford, CT  06776

Re:  Schaghticoke Tribal Nation
     Civil Action No. H-85-1078 (PCD)
     Civil Action No. 3-98-CV-01113 (PCD)
     Civil Action No. 3-00-CV 0820

Dear Attorney Sienkiewicz:

This letter concerns our telephone conversation today regarding your proposal to have Francelia Johnson provide some historical documents in her possession in lieu of the Subpoena for her Deposition issued in a different case involving Eastlander Group.

According to your proposal, Ms. Johnson would make her primary documents (about 2 inches thick of documents that do not require her to conduct exhaustive research of all her records) available to all parties, provided, however, that Schaghticoke Tribal Nation issue a Subpoena and Notice of Deposition in the above case and that it pay the copying costs.  You indicated that her primary concern was that all parties in this case have a fair and equal opportunity to review the documents.

Because all parties must file the relevant historical documents with OFA by July 25, 2005, (See United State's June 30, 2005 Response Brief), I indicated that the parties would obtain the documents too late under your proposal.  To alleviate Ms. Johnson's concerns about fairness to all parties, I suggested that she send the primary documents today to the Town Hall or to your office, where any party may review and copy them over the weekend.  As another alternative, I suggested that she could have the primary documents copied and sent to all parties today (STN to reimburse all costs).  You indicated that Ms. Johnson would not agree to my suggestions.

July 22, 2005
Page 2



Rather, you indicated that she is only open to the initial proposal set forth above. If the primary documents obtained through a Subpoena in this case later prove to be relevant, you indicated that any party could file a Motion with the Court to adjust the procedures so the relevant information could be submitted to OFA. While we could not agree on this, you indicated that the Town would not oppose such a Motion.

If my understanding is incorrect, please let me know. Thank you for your time on this matter.

Very truly yours,

Salvatore N. Fornaciari
SNF/mag
HARTFORD: 645016.01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et | ) | |
| al | ) | |
| Defendants. | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND | ) | |
| THE CONNECTICUT LIGHT AND | ) | |
| POWER COMPANY, et al | ) | |
| Defendants. | ) | JULY 29, 2005 |

## <u>NOTICE OF DEPOSITION OF FRANCELIA JOHNSON</u>

PLEASE TAKE NOTICE that Plaintiff Schaghticoke Tribal Nation will take the deposition of Francelia Johnson pursuant to Rule 30 of the Federal Rules of Civil Procedure on Monday, August 8, 2005 at 1:00 p.m. before a notary public or other officer authorized to administer oaths by law, at the offices of McCarter & English, LLP, CityPlace I, 185 Asylum Street, 36th Floor, Hartford, Connecticut 06103. The deposition will be conducted upon oral examination and will be recorded stenographically.

PLEASE TAKE FURTHER NOTICE that Deponent will be required to produce and permit for inspection at the deposition, the documents specified in Schedule "A" attached hereto.

All counsel are invited to be present and cross-examine on behalf of their client.

THE PLAINTIFF,
SCHAGHTICOKE TRIBAL NATION
BY MCCARTER & ENGLISH LLP
ITS ATTORNEYS

By _____
Eric W. Wiechmann (CT 04331)
David Reif (CT 0024)
Salvatore N. Fornaciari (CT 22684)
185 Asylum Street
Hartford, CT 06103
(860) 275-6700 (phone)
(860) 724-3397 (fax)

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing NOTICE OF DEPOSITION OF FRANCELIA JOHNSON has been mailed, postage prepaid this 29th of July, 2005 to:

John B. Hughes, Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT 06510

Judith A. Shapiro, Esq.
6856 Eastern Avenue NW, Suite 206
Washington, DC 20012

David J. Elliot, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box 786
New Milford, CT 06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT 06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, NW
Washington, DC 20037

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Richard J. Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Slavitt, Connery, & Vardamis
c/o Paul J. Pacifico
Law Offices of Paul J. Pacifico
965 Post Road East
Westport, CT 06880-5355

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road, P.O. Box 2508
Greenwich, CT 06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT 06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Mailstop 6456
Washington, D.C. 20240

Francis J. Collins, Esq.
Tom Beecher, Esq.
Collins Hannafin Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810-0440

_____
Eric W. Wiechmann (CT 04331)

-3-

## SCHEDULE "A"

## INSTRUCTIONS AND DEFINITIONS

1.      This request to produce shall be continuing to the full extent permitted by law. Accordingly, if subsequent to serving a response to this request to produce, or any part thereof, you obtain or become aware of additional documents or information responsive to this request to produce, you are required to provide a supplemental response which will augment or otherwise modify the previous response.  Such supplemental responses are to be made and served upon plaintiff within thirty (30) days after you receive or become aware of such additional documents or information.

2.      Clear and exact copies of the documents specified below may be produced in lieu of originals provided that you maintain such originals in an accessible place.

3.      These requests for production of documents should be read, interpreted, and responded to in accordance with the definitions, instructions and detail required by the Connecticut Rules of Federal Procedure.

4.      "Communication" means any oral, written, or electronic transmission of information in the form of facts, opinions, belief, ideas, inquiries, or statements, including any correspondence, electronic mail, notes, memoranda, telephone calls, facsimiles, seminars, conferences, messages, conversations, meetings or discussions.

5.      "Plaintiff" means Schaghticoke Tribal Nation, its attorneys, agents, employees and representatives acting on their behalf.

6.      "And/or" should always be construed in the manner that would include, rather than exclude, a document.

7.      "Document" or "documents" means any written, recorded, filmed or graphic matter, however produced or reproduced on paper, cards, tapes, film, electronic facsimile, electronic

mail, computer storage devices or any other media, including, but not limited to, memoranda, notes, minutes, records, photographs, correspondence, telegrams, diaries, electronic mail, bookkeeping entries, financial statements, tax returns, checks, check stubs, reports, studies, charts, graphs, statements, notebooks, handwritten notes, applications, agreements, books, pamphlets, periodicals, appointment calendars, records and recordings of oral conversations and all copies which are different in any way from the original by interlineation, receipt stamp, notation, indication of copies sent or received, or otherwise, and drafts, which are in your possession, custody or control, or in the possession, custody or control of you, or any persons acting on your behalf, including documents at any time in the possession, custody or control of such individuals or entities or known by you to exist. This request shall specifically include, but not be limited to, the electronic data stored on any computer, whether maintained at your office or home or maintained on any laptop or other portable computer

8.      "Primary Compilation" is defined as the materials and documents referenced in Attorney Jeffery Sienkiewicz's letter, dated July 22, 2005, attached hereto as attachment 2.

9.      "Concerning" means consisting of, relating to, referring to, describing, evidencing, or constituting, in whole or in part.

10.     If Deponent claims that any requested document is protected from disclosure by any privilege, Deponent shall provide a log setting forth the information required by the Federal Rule of Civil Procedure 26(b)(5). Any such claim of privilege shall not excuse the production of non-privileged information.

## DOCUMENTS TO BE PRODUCED

1.      Any and all documents, including, but not limited to, records, books, notebooks, loose-leaf notebooks, notes, ledgers, birth certificates, cemetery sketches, obituaries, genealogical trees, marriage licenses or other references to marriages and any and all other writings or documents or historical, genealogical or other information in your possession or custody or under your control concerning any Schaghticoke indian or any person of any Schaghticoke ancestry, whether alive or dead, including without limitation notebooks containing genealogical information relative to Kilson, Harris and Coggswell families and any other Schaghticoke indians or persons of any Schaghticoke ancestry.

2.      Any and all documents or material concerning marriages involving any Schaghticoke indian or any person of any Schaghticoke ancestry during the first half of the 19th century.

3.      Any and all documents or material concerning marriages, births, burial locations, death, children, divorces, church affiliations for any indian residing in Kent, Connecticut or neighboring towns, including those names listed in attachment 1.

4.      Any and all documents or material referencing names of Schaghticoke tribal leaders or spokesmen for the first half of the 19th century.

5.  All documents and material comprising the Preliminary Compilation, as defined herein and in attachment 2.

HARTFORD: 645469.01

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
CONNECTICUT

UNITED STATES OF AMERICA

V.

43.47 ACRES OF LAND, MORE OR LESS,
SITUATED IN THE COUNTY OF
LITCHFIELD, TOWN OF KENT, ET AL.,
(See Attached Caption Sheet)

TO:    Francelia Johnson
       4 Birch Hill Court, Kent, CT 06757

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:

H-85-1078 (PCD)
3:98-CV-01113 (PCD)
3:00-CV-0820 (PCD)

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 | Monday, August 8, 2005 1:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SeeAttached Notice of Deposition

| PLACE | DATE AND TIME |
|---|---|
| McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 | Monday, August 8, 2005 1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    Attorney for Plaintiff Schaghticoke Tribal Nation | 7/29/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Eric W. Wiechmann, McCarter & English, LLP
CityPlace I, 185 Asylum Street, Hartford, CT 06103    860/275-6700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATED IN THE COUNTY OF | ) | |
| LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et | ) | |
| al | ) | |
| Defendants. | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND | ) | |
| THE CONNECTICUT LIGHT AND | ) | |
| POWER COMPANY, et al | ) | |
| Defendants. | ) | |

**ATTACHMENT 1**

Schaghticoke Tribal Nation                    Tribal Marriages                    Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|------|--------------------------------|
| Peter Sherman | |
| Eunice Mauwee | 1802 |
| | |
| Abraham Rice | |
| Martha Chappel | 1800 |
| | |
| Dennis Mauwee | |
| Polly | 1802 |
| | |
| Rufus Bunker | |
| Roxa (Mauwee?) | 1796 |
| | |
| Benjamin Chickens | |
| Sarah | 1794 |
| | |
| Joseph Chuse Mauwee | |
| Sarah | 1748 |
| | |
| Elihu Chuse Mauwee | |
| Sarah | 1786 |
| | |
| Peter Mauwee | |
| Eliza Warrups Chickens | 1777 |
| | |
| Joseph Mauwee *(Peter's son)* | |
| Unknown | 1799 |
| | |
| Johannes [*Joseph*] Penni | |
| Lea Kehore | 1748 |
| | |
| Peter Sherman | |
| Sibbil | 1759 |
| | |
| Peter Hinds / Hines | |
| Hannah Cocksure | 1770 |
| | |
| Aaron Chappel | |
| Haner/Hagar | 1775 |
| | |
| Isaac Rogers, Sr. | |
| Unknown | 1775 |
| | |
| John Sutnux | |
| Eunice Mauwee | 1776 |
| | |
| Joe Pene [*Pann*] | |
| Eliza Pene | 1784 |
| | |
| Phebe Hinds / Hines | 1789 |
| Mauwee | |
| | |
| Jonah Cocksure/Coshire | |
| Lydia Toto | 1793 |

1

Schaghticoke Tribal Nation                  Tribal Marriages                    Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Aaron Chappel, Jr. | |
| Unknown | 1795 |
| | |
| Deborah Chappel | 1797 |
| Isaac Rogers, Jr. | |
| | |
| Schagh. (Parmelia's mother) | 1798 |
| Schagh. (Parmelia's father) | |
| | |
| Jeremiah Tomuck | |
| Unknown | 1799 |
| | |
| Jacob Mauwee/Rogers | |
| Unknown | <1800 |
| | |
| Jeremiah Cogswell | |
| Wealthy Gauson | 1805 |
| | |
| Ann | 1805 |
| Unknown | |
| | |
| Mim | 1805 |
| Unknown | |
| | |
| Schagh. (*Lavinia's parents*) | |
| Mixed Indian / white woman | 1805 |
| | |
| Schagh. (Rachel's mother) | 1807 |
| Schagh. (Rachel's father) | |
| | |
| Marianne Chappel | <1814 |
| Thomas Kelly | |
| | |
| Gideon Sherman | |
| Unknown | 1819 |
| | |
| Luman Tabor Mauwee | |
| Hannah Mauwee | 1819 |
| | |
| Nehemiah | |
| Unknown | <1820 |
| | |
| Schaghticoke | 1820 |
| Unknown | |
| | |
| Nancy Chickens | 1822 |
| James Phillips | |
| | |
| Abraham Peters | |
| Unknown | <1823 |
| | |
| Walter | |
| Unknown | <1824 |

2

Schaghticoke Tribal Nation                    Tribal Marriages                              Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Lavinia Carter | <1824 |
| Unknown | |
| | |
| Luman Bunker | 1826 |
| Unknown | |
| | |
| Luman Tabor Mauwee | |
| Sarah Mauwee | 1829 |
| | |
| Fear | |
| Unknown | <1829 |
| | |
| Nathan G. Cogswell | |
| Melissa Price | 1836 |
| | |
| Jabez Cogswell | |
| Marie Hamlin | 1839 |
| | |
| Sarah Rice | 1839 |
| William Henry Fowler | |
| | |
| Loraine Vandore | 1839 |
| George Parrott | |
| | |
| Eli Bunker | 1842 |
| Fannie Maria Watson | |
| | |
| Melissa Vandore | 1843 |
| Homer (Holmes) Harris | |
| | |
| Truman Mauwee Bradley | |
| Julia Kilson | 1844 |
| | |
| Delia J. Kilson | 1846 |
| Reuben Rogers | |
| | |
| Laura Carter | 1847 |
| John Skickett | |
| | |
| Mary Ann Phillips | 1849 |
| William Riley Cogswell | |
| | |
| Emily Cogswell | 1849 |
| Abner L. Rogers | |
| | |
| Ann M. Cogswell | 1849 |
| William Jenkins | |
| | |
| Eliza Cogswell | 1849 |
| Hill | |
| | |
| Jabez Cogswell | |
| Marcia Ann Heddy | 1851 |

3

Schaghticoke Tribal Nation                Tribal Marriages                        Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Joseph D. Kilson | |
| Mary Jane Kelly | 1852 |
| | |
| Mary Ann Kilson | 1855 |
| Lazarus Frank | |
| | |
| Caroline (Kilson) Rylus | 1858 |
| Oliver Potter | |
| | |
| Rosetta Cogswell | 1859 |
| William Peters | |
| | |
| Newton Cogswell | |
| Pauline M. Hoffman | 1867 |
| | |
| Charles William Kilson | |
| Sarah Peters | 1869 |
| | |
| Mary Jane Kelly | 1862 |
| Theodore Abels | |
| | |
| George H. Cogswell | |
| Sarah Lavina Bradley | 1867 |
| | |
| Job [Suckernuck] | |
| Eunice Job | 1817 |
| | |
| Pequot (John Harris' father) | |
| Pan [Schaghticoke] | <1813 |
| | |
| Alexander Kilson | |
| Parmelia Mauwee | 1820 |
| | |
| Schaghticoke | 1828 |
| [Abigail Mauwee parents] | |
| Schaghticoke | |
| | |
| Adonijah Cogswell | 1825 |
| Unknown | |
| | |
| Sarah Bunker | 1839 |
| Van Rensselaer | |
| | |
| Alexander Value Kilson | |
| Eliza Ann Kelly | 1848 |
| | |
| Elihu Mauwee | <1840 |
| Alma Mauwee | |
| | |
| Caroline Kilson | 1849 |
| Albert Rylus | |

4

Schaghticoke Tribal Nation                         Tribal Marriages                              Late 18th 19th Century

| Name | Approx. Beginning Marriage Date |
|---|---|
| Abigail Mauwee<br>Henry Harris | 1849 |
| Rachel Mauwee<br>John Harris | 1851 |
| Joseph D. Kilson<br>Nancy M. Kelly | 1857 |
| Sarah Van Rensselaer<br>W. K. Mowess | 1858 |
| Joseph D. Kilson<br>Nancy M. Kelly | 1857 |
| Mary Jane Fowler<br>Peacher | 1867 |

5

**ATTACHMENT 2**

Jul 22 05 05:16p     Sienkiewicz & McKenna        18603554439              p.1

**SIENKIEWICZ & McKENNA, P.C.**
**9 SOUTH MAIN STREET**
**P.O. BOX 786**
**NEW MILFORD, CONNECTICUT O6776**
**(860)354-1583**
**FAX (860)355-4439**

DATE:    July 22, 2005

FROM:    Jeffrey B. Sienkiewicz

RE:    <u>Eastlander Group v. Schaghticoke Tribal Nation</u>

PLEASE DELIVER THE ACCOMPANYING FACSIMILE MATERIAL TO:

Benjamin Engel, Esq.  (via telefax 1-860-278-2179)
James Green, Esq. (via telefax 1-860-522-2796)
Eric W. Wiechman, Esq. (via telefax 1-860-724-3397)
John Hughes, Esq. (via telefax  1-203-773-5376)
Mark Kohler, Esq. (via telefax  1-860-808-5347)
David Elliott, Esq. (via telefax  1-860-275-0343)
Donald C. Baur, Esq. (via telefax  1-202-434-1690)
James R. Fogarty, Esq. (via telefax  1-203-629-7300)
Michael J. Burns, Esq. (via telefax  1-860-687-1833)
Thomas Gugliotti, Esq. (via telefax  1-860-548-2680)
Robert A. Slavitt, Esq. (via telefax  1-203-866-9724)
Richard L. Street, Esq. (via telefax  1-203-575-2600)

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE:     4

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail

HG-C:\Litigation Forms\ FAX TRANSMITTAL SHEET
C:\FAX TRANSMITTAL SHEET.doc

## SIENKIEWICZ & McKENNA, P.C.
### ATTORNEYS AT LAW

9 SOUTH MAIN STREET
P.O. BOX 786
NEW MILFORD, CT 06776-0786

NANCY R. SIENKIEWICZ
JEFFREY B. SIENKIEWICZ
MICHAEL S. McKENNA                                      TELEPHONE (860) 354-1583
                        July 22, 2005                   FACSIMILE (860) 355-4439

Via Telefax 1-860-278-2179

Benjamin Engel, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT  06103-3460

Re:  Eastlander Group v. Schaghticoke Tribal Nation

Dear Mr. Engel,

     This is to confirm our conversation early this afternoon.

     Mrs. Johnson remains unwilling to disclose her research and
information concerning the Schaghticoke Indians in the context of
the Eastlander Group v. Schaghticoke Tribal Nation litigation.
She will object to any further efforts to compel such disclosure
in that matter.

     Mrs. Johnson is also unwilling to make any of her research
and information available on an ex-parte basis to the
Schaghticoke Tribal Nation or any of its representatives over
this weekend as you and Mr. Rosenthal (and subsequently Sal
Fornaciari) had suggested.

     On the basis hereafter described, Mrs. Johnson is willing to
provide the following materials to the parties in the federal
litigation involving the Schaghticoke Tribal Nation now pending
before Judge Dorsey.  Her proposal is intended to provide a level
playing field for all parties.

     The materials to be provided appear to be a "primary
compilation" (my term) of Mrs. Johnson's research and material
concerning the Indians at Schaghticoke.  The materials appear to
include original research and notes; partial genealogies and
notes; notes and/or materials obtained from others; newspaper
clippings, writings, genealogical research and notes, all
collected by Mrs. Johnson.  Some of the material is organized;
some is not.  Simply by size, I estimate the package to contain
200 to maybe 500 pages.  Mrs. Johnson does not represent that

Jul 22 05 05:17p    Sienkiewicz & McKenna    18603554439    p.3

Benjamin Engel, Esq.    2    July 22, 2005

the collection represents all of her research and documentation in her possession. Rather, the collection is simply her primary package of material that is readily accessible and available.

Mrs. Johnson is willing to provide the material in response to a _limited_ Notice of Deposition or other discovery request that requests her to provide this "primary compilation" collection on not less than fourteen (14) days prior notice to all parties. Upon receipt of that notice I will arrange for the materials to be copied by a commercial service (I believe 10 copies are necessary) and the firm requesting the production (presumably McCarter & English) must agree to reimburse me for the copying costs.

Assuming no objection is made to the production of the documents by others, copies of the documents will be provided to all parties on the appropriate date together with Mrs. Johnson's affidavit indicating the nature of the documents produced. She will not appear physically to testify.

Assuming the discovery request is limited to the specific materials described above and the other conditions of this proposal are satisfied, Mrs. Johnson will not object to the production of the material. In addition, in my capacity as counsel for the Town of Kent, I will not object to the production of the material made in compliance with this proposal.

I represent that I have not evaluated the substance of Mrs. Johnson's material except to the extent necessary to write this letter. Further, I have not provided any of this material to any party and it will not form a basis for the Town of Kent's document filing next week with the OFA.

Sincerely,

Jeffrey B. Sienkiewicz

JBS/jbs
MCH-C\Kent\Schaghticoke\Engel #2

cc: attached list

Benjamin Engel, Esq.                3                July 22, 2005


James Green, Esq. (via telefax 1-860-522-2796)
Eric W. Wiechman, Esq. (via telefax 1-860-724-3397)
John Hughes, Esq. (via telefax  1-203-773-5376)
Mark Kohler, Esq. (via telefax  1-860-808-5347)
David Elliott, Esq. (via telefax  1-860-275-0343)
Donald C. Baur, Esq. (via telefax  1-202-434-1690)
James R. Fogarty, Esq. (via telefax  1-203-629-7300)
Michael J. Burns, Esq. (via telefax  1-860-687-1833)
Thomas Gugliotti, Esq. (via telefax  1-860-548-2680)
Robert A. Slavitt, Esq. (via telefax  1-203-866-9724)
Richard L. Street, Esq. (via telefax  1-203-575-2600)