## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, et al, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | ) | |
| | ) | |
| Defendants. | ) | September 22, 2005 |

### DEFENDANT KENT SCHOOL CORPORATION, INC.'S
### MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the defendant, Kent School Corporation, Inc. ("Kent School"), respectfully requests that this Court enter a protective order preventing the deposition of Kent School's corporate representative in connection with plaintiff's Notice of Videotaped

**ORAL ARGUMENT IS REQUESTED**

Deposition of Kent School Corporation, Inc. ("deposition notice"). The deposition is unnecessary because Kent School is prepared to submit an affidavit certifying that it has not violated this Court's Ruling on Motion to Amend Scheduling Order dated June 14, 2004.

    Even if this Court determines that the deposition of Kent School's corporate representative should proceed, Kent School requests that the scope of that deposition be limited to those subjects specified in the Court's Ruling on Motion for Permission to Conduct Discovery dated May 20, 2005 ("Ruling"). As currently phrased, plaintiff's deposition notice is overly broad and places an undue burden on Kent School. Specifically, the topics identified and documents requested in the deposition notice: (1) exceed the limited scope of inquiry permitted by the Court in its Ruling; and (2) seek information regarding communications and documents that is protected by the joint defense privilege and the work product doctrine.

                                              DEFENDANT, KENT SCHOOL
                                              CORPORATION, INC.

                                              By   /s/ Eric L. Sussman        .
                                                      David J. Elliott (ct04301)
                                                      Eric L. Sussman (ct19723)
                                                      DAY, BERRY & HOWARD LLP
                                                      CityPlace I
                                                      Hartford, CT 06103-3499
                                                      (860) 275-0100

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing DEFENDANT KENT SCHOOL CORPORATION, INC.'S MOTION FOR PROTECTIVE ORDER was mailed on this date, postage prepaid, to:

Eric W. Wiechmannn
David Reif
Robert J. Gallo
185 Asylum Street
Hartford, CT  06103

John B. Hughes Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT  06510

Loretta Bonos
594 Bendview Drive
Charleston, WV  25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box. 786
New Milford, CT  06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT  06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW
Washington, D.C. 20037

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
Hartford CT  06141-0120

Richard J. Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road, P.O. Box 2508
Greenwich, CT  06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT  06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT  06123

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C. Street, NW
Mailstop 6456
Washington, D.C. 20240

Francis J. Collins, Esq.
Tom Beecher, Esq.
Collins Hannafin Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT  06810-0440

Ryan E. Bull, Esq.
Baker Botts, LLP
The Warner Building
1299 Pennsylvania Ave. NW
Washington, DC  20004


  /s/ Eric L. Sussman
Eric L. Sussman

Case 2:85-cv-01078-PCD   Document 277   Filed 09/22/2005   Page 4 of 4