# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF Kent School, et al, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | ) ) ) | |
| Defendants. | ) | September 22, 2005 |

**AFFIDAVIT OF DAVID J. ELLIOTT**

I, David J. Elliott, Esq., counsel for Defendant Kent School Corporation, Inc. ("Kent School") in the above-captioned action, hereby decree and state:

1.   I am over the age of 18 and believe in the obligation of an oath.

-2-

2. I am a partner at the firm of Day, Berry & Howard LLP and I represent Kent School in the above-captioned matter.

3. I submit this affidavit in compliance with Local Rule 37(a)(2) and in support of Defendant Kent School's Motion for Protective Order.

4. On September 20, 2005, I conferred with Attorney David Reif, counsel for Plaintiff Schaghticoke Tribal Nation, regarding the issues addressed in Defendant Kent School's Motion for Protective Order in a good faith effort to resolve the discovery disputes discussed therein.

5. Attorney Reif and I could not reach agreement regarding the dispute.

6. The foregoing constitutes and certifies my good faith attempt to confer and resolve the dispute.

_____
David J. Elliott

Subscribed and sworn to before me
this ____ date of September, 2005.

_____
Commissioner of the Superior Court
Notary Public
My commission expires: