# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : <br> : <br> : | Case No: H-85-1078 (PCD) |
| v. | : <br> : | |
| 43.47 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL.,<br>    Defendants | : <br> : <br> : <br> : | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff, | : <br> : <br> : | Case No. 3:98cv1113 (PCD) |
| v. | : <br> : | |
| KENT SCHOOL<br>    Defendant, | : <br> : | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff, | : <br> : <br> : | Case No. 3:00cv820 (PCD) |
| v. | : <br> : | |
| UNITED STATES OF AMERICA AND<br>CONNECTICUT LIGHT AND POWER<br>COMPANY<br>    Defendants. | : <br> : <br> : <br> : | |

## RULING ON MOTION FOR PERMISSION TO CONDUCT DISCOVERY

The Schaghticoke Tribal Nation's Motion for Permission to Conduct Limited Discovery [Doc. No. 80 (3:00cv820), 242 (H-85-1078), 166 (3:98cv1113)] is **granted** for the purpose of determining whether the Court's Scheduling Order prohibition on meeting or contacting officials of the Department of the Interior has been violated. However, pursuant to the State's request,

1

Defendants are also granted permission to conduct limited discovery for the same purpose. Such discovery shall be completed no later than October 1, 2005 and any documents or information discovered shall be made available to all parties within five (5) days of its being obtained.

SO ORDERED.

Dated at New Haven, Connecticut, May  20 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court