**EXHIBIT E**

000000163433

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |

SECRETARY OF THE SENATE
05 FEB 23 AM 10: 55

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. **Registrant Name**
   GARDNER, CARTON & DOUGLAS

2. **Registrant Address** ☐ Check if different than previously reported
   Address: 1301 K Street, N.W.          Suite 900, East Tower
   City: Washington, D.C.          State/Zip (or Country): 20005

3. **Principal Place of Business** (if different from line 2)
   City: Chicago          State/Zip (or Country): IL 60606-1698

4. **Contact Name**: Virginia Boylan          Telephone: 202 230 5191          E-mail (optional): vboylan@gcd.com

5. **Senate ID #**

7. **Client Name** ☐ Self
   Schaghticoke Tribal Nation

6. **House ID #**: 30255039

**TYPE OF REPORT**  8. Year 2004   Midyear (January 1-June 30) ☐   OR   Year End (July 1-December) ☒

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____

11. No Lobbying Activity ☐

## INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

**12. Lobbying Firms**

INCOME relating to lobbying activities for this reporting period was:

Less than $10,000 ☒

$10,000 or more ☐  >> $ _____ Income (nearest $20,000)

Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

**13. Organizations**

EXPENSES relating to lobbying activities for this reporting period were:

Less than $10,000 ☐

$10,000 or more ☐  >> $ _____ Expenses (nearest $20,000)

**14. REPORTING METHOD.** Check box to indicate expense accounting method. See instructions for description of options.

☐ Method A. Reporting amounts using LDA definitions only
☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code
☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code

Signature: _Virginia Boylan_          Date: 2/5/05

00000163434

Registrant Name: **GARDNER, CARTON & DOUGLAS**

Client Name: **Schaghticoke Tribal Nation**

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code   **IND**   (one per page)

16. Specific Lobbying issues
    Approval of Recognition

17. House(s) of Congress and Federal agencies contacted        ☐ Check if None
    Bureau of Indian Affairs
    Department of the Interior
    House of Representatives
    Senate

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | |
|---|---|---|
| Boylan, Virginia | | |
| Gunn, Brian | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☒ Check if None

Signature _____     Date _____

00000873380

Clerk of the House of Representatives    Secretary of the Senate
Legislative Resource Center              Office of Public Records
B-106 Cannon Building                    232 Hart Building
Washington, DC 20515                     Washington, DC 20510

SECRETARY OF THE SENATE
04 AUG 24 AM 11:06

# LOBBYING REPORT
Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. **Registrant Name**
   GARDNER, CARTON & DOUGLAS

2. **Registrant Address** ☐ Check if different than previously reported
   Address  1301 K Street, N.W.         Suite 900, East Tower
   City     Washington, D.C.   State/Zip (or Country)  20005

3. **Principal Place of Business** (if different from line 2)
   City     Chicago           State/Zip (or Country)  IL  60606-1698

4. **Contact Name**        Telephone        Email (optional)           5. Senate ID #
   Virginia Boylan         202 230 5191     vboylan@gcd.com

7. **Client Name** ☐ Self                                              6. House ID #
   Schaghticoke Tribal Nation                                          30256039

**TYPE OF REPORT**  8. Year 2004  Midyear (January 1-June 30) ☒  OR  Year End (July 1-December 31)

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____   11. No Lobbying Activity ☐

## INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

| 12. Lobbying Firms | 13. Organizations |
|---|---|
| **INCOME** relating to lobbying activities for this reporting period was: | **EXPENSES** relating to lobbying activities for this reporting period were: |
| Less than $10,000 ☐ | Less than $10,000 ☐ |
| $10,000 or more ☒ >> $ $20,000.00 *Income (nearest $20,000)* | $10,000 or more ☐ >> $ _____ *Expenses (nearest $20,000)* |
| Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client). | **14. REPORTING METHOD.** Check box to indicate expense accounting method. See instructions for description of options.<br>☐ Method A. Reporting amounts using LDA definitions only<br>☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code<br>☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code |

Signature  *Virginia W. Boylan*          Date  8/16/2004

00000873361

Name: **GARDNER, CARTON & DOUGLAS**

Client Name: Schaghticoke Tribal Nation

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code __IND__ (one per page)

16. Specific Lobbying issues
    Approval of Recognition

17. House(s) of Congress and Federal agencies contacted ☐ Check if None
    Bureau of Indian Affairs
    Department of the Interior
    House of Representatives
    Senate

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) | |
|---|---|---|
| Boylan, Virginia | | |
| Cunn, Brian | | |
| | | |
| | | |
| | | |
| | | |

19. Interest of each foreign entity in the specific issues listed on line 16 above    ☒ Check if None

Signature _____    Date 8/16/2004

000301432201

| Clerk of the House of Representatives | Secretary of the Senate |
| --- | --- |
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

RECEIVED
SECRETARY OF THE SENATE
PUBLIC RECORDS
03 FEB 24 PM 3:28

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - All Filers Are Required to Complete This Page

1. **Registrant Name**
   GARDNER, CARTON & DOUGLAS

2. **Registrant Address** ☐ Check if different than previously reported
   Address: 1301 K Street, N.W.    Suite 900, East Tower
   City: Washington, D.C.    State/Zip (or Country): 20005

3. **Principal Place of Business** (if different from line 2)
   City: Chicago    State/Zip (or Country): IL 60610-4795

4. **Contact Name**: Virginia Boylan    Telephone: 202 230 5191    E-mail (optional): vboylan@dc.gcd.com

5. **Senate ID #**

6. **House ID #**: 30253039

7. **Client Name** ☐ Self
   Schaghticoke Tribal Nation

**TYPE OF REPORT**  8. Year 2002    Midyear (January 1-June 30) ☐    OR    Year End (July 1-December) 

9. Check if this filing amends a previously filed version of this report ☐

10. Check if this is a Termination Report ☐  >> Termination Date _____

11. No Lobbying Acti

## INCOME OR EXPENSES - Complete Either Line 12 OR Line 13

**12. Lobbying Firms**

INCOME relating to lobbying activities for this reporting period was:

Less than $10,000 ☐

$10,000 or more ☒  >> $ **$20,000.00**
                         Income (nearest $20,000)

Provide a good faith estimate, rounded to the nearest $20,000 of all lobbying related income from the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

**13. Organizations**

EXPENSES relating to lobbying activities for this reporting period were:

Less than $10,000 ☐

$10,000 or more ☐  >> $ _____
                         Expenses (nearest $20,000)

**14. REPORTING METHOD.** Check box to indicate expense accounting method. See instructions for description of options

☐ Method A. Reporting amounts using LDA definitions only

☐ Method B. Reporting amounts under section 6033(b)(8) of the Internal Revenue Code

☐ Method C. Reporting amounts under section 162(e) of the Internal Revenue Code

Signature _Virginia W. Boylan_    Date _2/10/03_

00030143202

Registrant Name: **GARDNER, CARTON & DOUGLAS**

Client Name: **Schaghticoke Tribal Nation**

LOBBYING ACTIVITY. Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Attach additional page(s) as needed.

15. General issue area code **IND** (one per page)

16. Specific Lobbying issues
    **Approval of Recognition**

17. House(s) of Congress and Federal agencies contacted  ☐ Check if None
    **Bureau of Indian Affairs**
    **House of Representatives**
    **Senate**

18. Name of each individual who acted as a lobbyist in this issue area

| Name | Covered Official Position (if applicable) |
|---|---|
| Boylan, Virginia | |
| Gunn, Brian | |
| | |
| | |
| | |
| | |
| | |

19. Interest of each foreign entity in the specific issues listed on line 16 above  ☒ Check if None

Signature _Virginia W. Boylan_   Date _2/10/03_