**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. H-85-1078(PCD) |
| v. | ) | |
| | ) | |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, et al, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-98-CV 01113 (PCD) |
| v. | ) | |
| | ) | |
| KENT SCHOOL CORPORATION, INC., et al | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | * * * * * * * * * |
| SCHAGHTICOKE TRIBAL NATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO. 3-00-CV 0820 (PCD) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA AND THE CONNECTICUT LIGHT AND POWER COMPANY, et al | ) ) ) | |
| Defendants. | ) | September 22, 2005 |

**DEFENDANT KENT SCHOOL CORPORATION, INC.'S**
**NOTICE OF MANUAL FILING**

Please take notice that Defendant, Kent School Corporation, Inc. ("Kent School"), has manually filed the following documents or things: 1) Exhibit F to Kent School's Memorandum in Support of Motion for Protective Order dated September 22, 2005.

These documents have not been filed electronically because:

| | |
|---|---|
| ☐ | the document or thing cannot be converted to an electronic format |
| ☒ | the electronic file size of the documents exceeds 1.5 megabytes |
| ☐ | the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) |
| ☐ | Plaintiff/Defendant is excused from filing this document or thing by Court order. |

The documents or things have been manually served on all parties.

                DEFENDANT, KENT SCHOOL
                CORPORATION, INC.

                By   /s/ Eric L. Sussman         .
                     David J. Elliott (ct04301)
                     Eric L. Sussman (ct19723)
                     DAY, BERRY & HOWARD LLP
                     CityPlace I
                     Hartford, CT 06103-3499
                     (860) 275-0100

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing DEFENDANT KENT SCHOOL CORPORATION, INC.'S MOTION FOR PROTECTIVE ORDER was mailed on this date, postage prepaid, to:

Eric W. Wiechmannn
David Reif
Robert J. Gallo
185 Asylum Street
Hartford, CT  06103

John B. Hughes Esq.
Chief of Civil Division
United States Attorneys Office
157 Church Street, Floor 23
New Haven, CT  06510

Loretta Bonos
594 Bendview Drive
Charleston, WV  25314

Jeffrey B. Sienkiewicz, Esq.
Sienkiewicz & McKenna, PC
9 South Main Street
P.O. Box. 786
New Milford, CT  06776-0786

Michael J. Burns, Esq.
Law Offices of Attorney Michael J. Burns
57 Pratt Street
Hartford, CT  06103

Jerry C. Straus, Esq.
Hobbs, Straus, Dean & Walker, LLP
2120 L Street NW
Washington, D.C. 20037

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
Hartford CT  06141-0120

Richard J. Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

James R. Fogarty, Esq.
Fogarty Cohen Selby & Nemiroff
88 Field Point Road, P.O. Box 2508
Greenwich, CT  06836-2508

Susan Quinn Cobb, Esq.
Asst. Attorney General
55 Elm Street
Hartford, CT  06141

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT  06123

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C. Street, NW
Mailstop 6456
Washington, D.C. 20240

Francis J. Collins, Esq.
Tom Beecher, Esq.
Collins Hannafin Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT  06810-0440

Ryan E. Bull, Esq.
Baker Botts, LLP
The Warner Building
1299 Pennsylvania Ave. NW
Washington, DC  20004

   /s/ Eric L. Sussman
Eric L. Sussman