UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.<br>H-85-1078 (PCD) |
| 43.47 ACRES OF LAND, MORE OR LESS,<br>SITUATED IN THE COUNTY OF<br>LITCHFIELD, TOWN OF KENT, ET AL<br>    Defendants. | : | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff | : | CIVIL ACTION NO.<br>3-98-CV01113 (PCD) |
| v. | : | |
| KENT SCHOOL CORPORATION, INC., ET AL.<br>    Defendants | : | |
| v. | : | |
| SCHAGHTICOKE TRIBAL NATION<br>    Plaintiff | : | CIVIL ACTION NO.<br>3-00-cv-0820 (PCD) |
| v. | : | |
| THE UNITED STATES OF AMERICA AND<br>THE CONNECTICUT LIGHT AND<br>POWER COMPANY, et al<br>    Defendants. | : | SEPTEMBER 23, 2005 |

**AFFIDAVIT OF GERALD GRIFFIN REIDY**

I, Gerald Griffin Reidy, counsel for Defendant Preston Mountain Club, Inc. ("Preston") in the above-captioned actions, hereby decree and state:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am an associate at the firm of Fogarty, Cohen Selby & Nemiroff LLC and I represent Preston in the above-captioned matters.

3. I submit this affidavit in compliance with Local Rule 37(a)(2) and in support of Defendant Preston's Motion for Protective Order.

4. On September 23, 2005, I conferred with Attorney David Reif, counsel for Plaintiff Schaghticoke Tribal Nation, regarding the issues addressed in Defendant Preston's Motion for Protective Order in a good faith effort to resolve the discovery disputes discussed therein.

5. Attorney Reif and I could not reach agreement regarding the dispute.

6. The foregoing constitutes and certifies my good faith attempt to confer and resolve the dispute.

_____
Gerald Griffin Reidy

Subscribed and sworn to before me
this 23rd day of September, 2005.

_____

LAURA RICE
NOTARY PUBLIC
My Commission Expires September 30, 2004

2