## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>　　　v. | : <br> : <br> : <br> : | CIVIL ACTION NO. H-85-1078(PCD) |
| 43.47 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN THE COUNTY<br>OF LITCHFIELD, TOWN OF KENT,<br>Et al,<br>　　　　Defendants. | : <br> : <br> : <br> : <br> : | **********  |
| SCHAGHTICOKE TRIBAL NATION<br>　　　　Plaintiff,<br><br>　　　v. | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. 3-98-CV01113(PCD) |
| KENT SCHOOL CORPORATION, INC.<br>et al,<br>　　　　Defendants. | : <br> : <br> : | **********  |
| SCHAGHTICOKE TRIBAL NATION<br>　　　　Plaintiff,<br><br>　　　v. | : <br> : <br> : <br> : | CIVIL ACTION NO. 3-00-CV0820(PCD) |
| THE UNITED STATES OF AMERICA<br>AND THE CONNECTICUT LIGHT<br>AND POWER COMPANY, et al<br>　　　　Defendants. | : <br> : <br> : <br> : | JULY 7, 2005 |

## AMICUS STATE OF CONNECTICUT AND DEFENDANTS TOWN OF KENT, KENT SCHOOL CORPORATION, AND THE CONNECTICUT LIGHT AND POWER COMPANY'S REPLY AND OBJECTION TO THE UNITED STATES AND PLAINTIFF'S ALTERNATIVE PROPOSALS TO AMEND SCHEDULING ORDER

The amicus State of Connecticut and defendants Town of Kent, Kent School Corporation, and The Connecticut Light and Power Company (collectively, State Parties) submit this response opposing the Department of Interior, Bureau of Indian Affairs' (BIA's) alternative Proposed Amended Order contained in its June 30, 2005 opposition to the plaintiff Schaghticoke Tribal

1

Nation's (STN's) motion to amend the scheduling order. The BIA's proposal, offered in the alternative, seeks to modify the scheduling order, but only in the event the court decides to modify the order in response to the plaintiff STN's motion. The State Parties also oppose the plaintiff STN's July 5, 2005 reply memorandum suggesting modifications to the BIA's alternative Proposed Amended Order.

The State Parties concur with the BIA's opposition to the plaintiff's motion to amend the scheduling order, and agree with the BIA's position that the scheduling order should not be modified. As demonstrated in the State Parties' opposition memorandum, dated June 29, 2005, *absent the agreement of the parties*, the Court lacks jurisdiction to modify the scheduling order, and there is no justification to grant the relief requested. The State Parties *do not agree* to either the BIA's suggested alternative proposal to modify the scheduling order or the plaintiff STN's counter-proposal. Absent agreement, the court lacks jurisdiction and so should reject the request to modify the scheduling order.

The BIA's original decision to follow the tribal acknowledgment regulations set forth in its May 23, 2005 letter the plaintiff (Exhibit F to Plaintiff's original motion) was, as even the plaintiff STN was forced to concede, consistent with the tribal acknowledgment regulations. Therefore, under Paragraph (o) of the original negotiated scheduling order, which expressly provides that "[e]xcept as otherwise provided in this Order *the regulations set forth in 25 C.F.R. Part 83 are applicable to the BIA's consideration of the Schaghticoke Tribal Nation's petition*," (emphasis added), the BIA's order prohibiting further comments, evidence and technical assistance must stand. Recognizing this, and noting that the plaintiff has had ample opportunity to submit evidence and arguments on the marriage rate issue to the Interior Board of Indian Appeals, the BIA's present filing dated June 30 opposes the plaintiff's attempt to induce the

2

court to order the BIA to act in a manner inconsistent with its own regulations. The State Parties concur fully in the BIA's opposition to this attempt.

The State Parties do not agree to, and oppose, the BIA's proposal, offered in the alternative, to modify the scheduling order, and opposes the plaintiff's July 5th counter-proposal or *any* modification of the scheduling order, absent the agreement of the parties.

It should be noted that in paragraph 2 of its July 5 counterproposal, the plaintiff seeks a sweeping modification permitting the STN to submit evidence supporting "criterion (c) during the nineteenth century" – in effect asking to reopen the evidentiary record for a century concerning criterion (c) (political authority). This is improper and goes well beyond the scope of plaintiff's own original motion and the BIA's alternative proposal. This should be rejected out of hand.

The time for finality in the submission of evidence has long since passed. Pursuant to the regulations and the terms of the scheduling order agreed to by the parties, plaintiff's motion should be denied, and the plaintiff's proposals and the BIA's alternative proposal should be rejected.

> AMICUS CURIAE,
> STATE OF CONNECTICUT
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:
>
> Richard Blumenthal (ct05924)
> Attorney General
> Susan Quinn Cobb (ct03850)
> Mark F. Kohler (ct02272)
> Assistant Attorneys General
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120

3

Tel: (860) 808-5020
Fax: (860) 808-5347
Susan.Cobb@po.state.ct.us
Mark.Kohler@po.state.ct.us


DEFENDANT,
KENT SCHOOL CORPORATION


By:     *David J. Elliott/sgp*

David J. Elliott (ct04301)
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0196
djelliott@dbh.com


DEFENDANT,
THE CONNECTICUT LIGHT AND
POWER COMPANY


By:     *Richard L. Street /sgp*

Richard L. Street (ct13658)
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
rstreet@carmodylaw.com


DEFENDANT,
TOWN OF KENT


By:     *Jeffry B. Sienkiewicz /sgp*

Jeffrey B. Sienkiewicz (ct06371)
Sienkiewicz & McKenna, P.C.
9 South Main Street

4

P.O. Box 786
New Milford, CT 06776
(860) 354-1583
nm4jds@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 7th day of July, 2005 to:


**Eric Watt Wiechmann, Esq.**
**CityPlace I**
**185 Asylum Street**
**Hartford, CT 06103-3495**

**James R. Fogarty, Esq.**
**Fogarty, Cohen, Selby & Nemiroff LLC**
**88 Field Point Road**
**PO Box 2508**
**Greenwich, CT 06836-2508**


**Giovanna Tiberri Weller, Esq.**
**Carmody & Torrance**
**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**Jerry Strauss, Esq.**
**Hobbs, Strauss, Dean & Walker**
**2120 L Street, NW**
**Washington, DC 20021**


**Jeffrey Sienkiewicz, Esq.**
**Sienkiewicz & McKenna**
**PO Box 786**
**New Milford, CT 06776**

**Michael J. Burns, Esq.**
**57 Pratt Street, Suite 604**
**Hartford, CT 06103**


**Thomas A. Gugliotti, Esq.**
**Updike, Kelly & Spellacy, P.C.**
**One State Street**
**PO Box 231277**
**Hartford, CT 06123-1277**

**Scott Keep, Esq.**
**Office of the Solicitor**
**U.S. Dept. of the Interior**
**1849 C Street, NW – Mailstop 6456**
**Washington, DC 20240**


**Richard Street, Esq.**
**Carmody & Torrance**
**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**Barbara Coen, Esq.**
**Office of the Solicitor**
**U.S. Dept. of the Interior**
**1849 C Street, NW – Mailstop 6456**
**Washington, DC 20240**

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850


David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499


John B. Hughes
United States Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510


Loretta Bonos
594 Bendview Drive
Charleston, WV 25314


John B. Hughes
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06508


Judith Shapiro
6856 Eastern Avenue, NW
Suite 206
Washington, DC 20021


Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources
Division
United States Dept of Justice
Po Box 663
Washington, DC 20004-0663


Susan Quinn Cobb
Assistant Attorney General