UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, : | CIVIL NO. H-85-1078(PCD) |
| SITUATED IN THE COUNTY OF | : |
| LITCHFIELD, TOWN OF KENT, ET AL., | : |
| DEFENDANTS. | : |

******** 

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| KENT SCHOOL, | : CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : |

********* 

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| CONNECTICUT LIGHT & POWER, | : CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : |

## REPORT AND JOINT MOTION ON CONSENT TO AMEND SCHEDULING ORDER

The United States Attorney hereby notifies the Court that in accordance with ¶ (h) of the Stipulated Scheduling Order of May 9, 2001, as later amended, the Department of the Interior issued its final determination on the petition of the Schaghticoke Tribal Nation on January 29, 2004.  In accordance with ¶ (h), the decision

was served on the parties, *amici* and other interested parties on February 2, 2004. Notice of the decision was published in the Federal Register on February 5, 2004.

The parties in the three above-captioned cases hereby report to the Court through the U.S. Attorney on the negotiations pursuant to ¶ (j) of the Stipulated Scheduling Order. As provided in ¶ (j) of the Scheduling Order the parties and *amici* engaged in further negotiation of the question of whether, for purposes of this case, independent review and reconsideration before the Interior Board of Indian Appeals (IBIA) pursuant to 25 C.F.R. § 83.11 is to be made, or shall be part of a petition for review filed in the District Court under the Administrative Procedure Act (APA). The result of the negotiations is that the review procedures of 25 C.F.R. § 83.11 will be available and any additional review under the APA in District Court will be filed only at the conclusion of the administrative proceedings when there is a final effective agency decision.

The U.S. Attorney has been authorized by the parties to request that the Court grant, without further response, this joint motion to amend the provisions of ¶ (k) of the Stipulated Scheduling Order, to read as follows:

> (k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

2

The requested amendment to paragraph (k) is intended to clarify that an action seeking APA review in District Court must be filed within 90 days of the effective date of the "final decision," the final agency action on the petition for acknowledgment.  As presently worded ¶ (k) requires filing an APA action within 90 days of the date that notice of the "final determination" was served, which does not accommodate the IBIA process.

The proposed amended ¶ (k) relies on the regulations to define "effective date," and precludes the possibility of an APA action before the administrative process is complete. If amended, paragraph (k) will provide a deadline for an APA review in District Court irrespective of whether a request for reconsideration is made to the IBIA.  Keying the time frame to the "effective date" of the final decision allows for a flexible deadline - applicable irrespective of whether an IBIA appeal is filed and irrespective of the nature of the reconsidered decision, if any, which is made under the regulations.  See 25 C.F.R.  § 83.11(a)(2), (h)(1), (h)(2) and (h)(3).

Thus, if paragraph (k) is amended by the Court, the following benchmarks will apply:

1. If no request for reconsideration before the IBIA is filed, the APA review must be filed on August 3, 2004, 90 days from the effective date of May 5, 2004.

2.  If a request for reconsideration before IBIA is filed, the APA review must be filed 90 days from the effective date of the final decision as determined by the regulations, 25 C.F.R. Part 83.

3

During the negotiations regarding the nature and timing of the appeals to be taken from the final determination, the parties also discussed possible ways in which to expedite the IBIA process. The parties and amici have agreed to the following procedures:

1. Parties and amici contemplating the filing of requests for reconsideration shall attempt, in good faith, to consolidate their respective grounds for reconsideration, so as to minimize duplication.

2. All references to documents that are indexed in the FAIR database shall be referenced by their "Short Cite" or "Image File ID," or both, in FAIR, to the extent practicable.

3. A copy of this Report and Joint Motion On Consent to Amend Scheduling Order should accompany any request for reconsideration filed with IBIA concerning the final determination on the STN petition.

4. Any request for reconsideration before the IBIA will affirmatively state that it was served on the designated representative reflected in the attached copy of the "List of Interested Parties as of January 30, 2004" prepared by the Office of Federal Acknowledgment, the Assistant Secretary-Indian Affairs (attention: Office of Federal Acknowledgment) and the Office of the Solicitor (attention: Scott Keep and Barbara Coen).

Respectfully submitted,

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY

*John B Hughes*

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED. BAR NO. ct05289
157 CHURCH STREET
NEW HAVEN, CT 06510
(203)821-3700

5

**Schaghticoke Tribal Nation, Petition #79**
**List of Interested Parties as of 1/30/04**

**\*\*Designated Representatives Indicated in Bold**

**Petitioner and Attorney of Record**
Mr. Richard L. Velky
*Business address:*
33 Elizabeth Street, 4th Floor
Derby, Connecticut  06418

Cell Phone:    (203) 910-9700
Phone:         (203) 736-0782
Fax:           (203) 736-0875

*Alternate address:(Use business address)*
Schaghticoke Road
P.O. Box 893
Kent, Connecticut  06757

Phone:         (860) 927-8050

*Attorney of Record:*
Ms. Judith A. Shapiro
6556 Eastern Avenue, N.W., Suite 206
Washington, D.C.  20012

Phone:         (202) 723-6400
Fax:           (202) 291-3107

*Co-counsels:*
**Mr. Eric Weichman  \*\***
**McCarter English**
**Cummings and Lockwood**
**City Place I**
**185 Asylum Street**
**Hartford, Connecticut  06103-3495**

**Phone:        (860) 275-6700**

**Fax:          (860) 724-3397**

Mr. Thomas W. VanLenten
Pinney, Payne, VanLenten,
   Burrell, Wolfe & Dillman, PC
83 Wooster Heights
P.O. Box 3499
Danbury, Connecticut  06810-3499

Phone:         (203) 830-6335
Fax:           (203) 792-4759

Mr. Jerry Strauss
Hobbs, Strauss, Dean & Walker
2120 L Street, N.W.
Washington, D.C.  20037

Phone:         (202) 822-8282
Fax:           (202) 296-8834

1

**Interested Parties and Attorneys of Record**

*State of Connecticut*:
Governor John G. Rowland
Governor's Office, State Capitol
210 Capitol Avenue
Hartford, Connecticut  06106

Phone:    (860) 566-4840
Fax:        (860) 524-7396

*Attorney General:*
Mr. Richard Blumenthal
Attorney General
55 Elm Street
Hartford, Connecticut  06141-0120

Phone:    (860) 808-5318
Fax:        (860) 808-5347

**Assistant Attorneys General:**
**Ms. Susan Quinn Cobb\*\***
**Mr. Mark Kohler**
**Office of the Attorney General**
**55 Elm Street**
**Hartford, Connecticut  06141**

**Phone:    (860) 808-5318**
**Fax:        (860) 808-5347**

*Town of Bethel*:
Ms. Alice Hutchinson, First Selectman
Town of Bethel
Bethel Municipal Center
1 School Street
Bethel, Connecticut  06801

Phone:    (203) 794-8501
Fax          (203) 794-8552

*Truman and Theodore Cogswell*
Mr. Truman H. Coggswell, Sr., et al
419 King Street, P.O. Box 56
Frankford, Missouri  63441

Phone:    (573) 784-2589
Fax:        (573) 784-2364

**Attorney of Record for Coggswell, Sr., et al**
**Mr. Philip G. Smith \*\***
**Smith and McGuire**
**413 Georgia Street**
**P.O. Box 486**
**Louisiana, Missouri 63353**

**Phone:    (573) 754-6237**
**Fax:        (573) 754-4014**

*Town of Cornwall*:
Mr. Joyce Hard, First Selectman

**Attorney of Record for Town of Cornwall**
**Mr. Perley H. Grimes, Jr.     \*\***
**Cramer and Anderson**
**46 West Street**
**Litchfield, Connecticut  06759-0278**

**Phone:    (860) 567-8717**
**Fax:        (860) 567-4531**

*City of Danbury*:
**Mr. Mark D. Boughton, Mayor\*\***
**City of Danbury**
**155 Deer Hill Avenue**
**Danbury, Connecticut 06810**

**Phone:** **(203) 797-4511**
**Fax:** **(203) 796-1666**

*Town of Easton*
**Mr. William Kupinse, Jr.\*\***
**225 Center Road**
**P.O. Box 61**
**Easton, Connecticut 06612**

**Phone:(203) 268-6291**
**Fax:** **(203) 268-4928**

*Town of Greenwich*
**Ms. Aamina Almad \*\***
**Town Attorney**
**101 Field Point Road**
**P.O. Box 2540**
**Greenwich, Connecticut 06836**

**Phone:** **(203) 622-7876**
**Fax:** **(203) 622-3816**

*Housatonic Valley Council of Elected Officials*:
**Mr. Jonathan Chew, Executive Director \*\***
**Housatonic Valley Council of Elected Officials**
**Old Town Hall, Routes 25 & 133**
**Brookfield, Connecticut 06804**

**Phone:** **(203) 775-6256**
**Fax:** **(203) 740-9167**

*Town of Kent*:
Ms. Dolores R. Schiesel
First Selectman
Town of Kent, Kent Town Hall
41 Kent Green Blvd.
P.O. Box 678
Kent, Connecticut 06757-0678

Phone: (860) 927-4627
Fax: (860) 927-4474

*Attorney of Record for the Town of Kent*
**Mr. Jeffrey Sienkiewicz \*\***
**Sienkiewicz & McKenna, P.C.**
**9 South Main Street, P.O. Box 786**
**New Milford, Connecticut 06776**

**Phone:** **(860) 354-1583**
**Fax:** **(860) 355-4439**

*Kent School*:
*Attorney of Record for Kent School*
Mr. Donald C. Baur
Perkins Coie, LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011

Phone: (202) 434-1690(1621)
Fax: (202) 434-1690

3

| | | |
|---|---|---|
| **Mr. David J. Elliott  \*\***<br>**Day, Berry & Howard**<br>**City Place I**<br>**Hartford, Connecticut  06103-3499** | **Phone:**<br>**Fax:** | **(860) 275-0196**<br>**(860) 275-0343** |
| *Town of New Fairfield*:<br>**Ms. Peggy Katkocin, First Selectman\*\***<br>**Town of New Fairfield**<br>**Town Hall**<br>**4 Brush Hill Road**<br>**New Fairfield, Connecticut  06812** | **Phone:**<br>**Fax:** | **(203) 312-5600**<br>**(203) 312-5610** |
| *Town of New Canaan*:<br>*Attorney of Record for Town of New Canaan*<br>**Mr. Christopher J. Jarboe   \*\***<br>**Lovejoy and Rimer, P.C.**<br>**65 East Avenue**<br>**P.O. Box 390**<br>**Norwalk, Connecticut  06852-0390** | **Phone:**<br>**Fax:** | **(203) 853-4400**<br>**(203) 866-3386** |
| *Town of New Milford:*<br>Mr. Thomas Beecher<br>Collins, Hannafin, Garamella, Jaber & Tuozzolo<br>148 Deer Hill Avenue<br>Danbury, Connecticut  06813-0440 | Phone:<br>Fax: | (860) 355-2631<br>(860) 355-9460 |
| *Attorney of Record for Town of New Milford*<br>**Mr. D. Randall DiBella        \*\***<br>**Cramer & Anderson**<br>**51 Main Street**<br>**New Milford, Connecticut 06776** | **Phone:**<br>**Fax:** | **(860) 355-2631**<br>**(860) 355-9460** |
| *Town of Newtown*:<br>**Mr. Herbert C. Rosenthal, First Selectman\*\***<br>**Town of Newtown**<br>**Town Hall**<br>**45 Main Street**<br>**Newtown, Connecticut  06470** | **Phone:**<br>**Fax:** | **(203) 270-4201**<br>**(203) 270-4205** |
| *Town of Norwalk*<br>**Mr. Alex Knopp \*\***<br>**City of Norwalk**<br>**125 East Avenue, P.O. Box 798**<br>**Norwalk, Connecticut  06851** | **Phone:**<br>**Fax:** | **(203) 854-7701**<br>**(203) 854-7939** |

4

*Preston Mountain Club*
*Attorneys of Record for Preston Mountain Club*
**Mr. James R. Fogarty ***
**Mr. Leland C. Selby**
**Fogarty, Cohen, Selby & Nemiroff, LLC**
**88 Field Point Road**
**P.O. Box 2508**
**Greenwich, Connecticut  06386-2508**

| | |
|---|---|
| **Phone:** | **(203)  661-1000** |
| **Fax:** | **(203)  629-7300** |

*Town of Ridgefield*:
**Mr. Rudy Marconi, First Selectman***
**Town of Ridgefield**
**Town Hall**
**400 Main Street**
**Ridgefield, Connecticut  06877**

| | |
|---|---|
| **Phone:** | **(203) 431-2700** |
| **Fax:** | **((203) 431-2311** |

[*Schaghticoke Indian Tribe* group] Petition #239:
Mr. Alan Russell
322 Schaghticoke Road, P.O. Box 111
Kent, Connecticut  06757

| | |
|---|---|
| Phone: | (860) 927-3282 |
| Fax: | (860) 927-3659 |

*Attorney of Record for Mr. Alan Russell, et. al.*
[*Schaghticoke Indian Tribe* group] Petition #239:
**Mr. Michael J. Burns ***
**57 Pratt Street, Suite 604**
**Hartford, CT 06103**

| | |
|---|---|
| **Phone:** | **(860) 246-6400** |
| **Fax:** | **(860) 687-1833** |

*Town of Sherman*:
*Attorney of Record for Town of Sherman*
**Mr. D. Randall DiBella***
**Cramer and Anderson**
**51 Main Street**
**New Milford, Connecticut  06776**

| | |
|---|---|
| **Phone:** | **(860) 355-2631** |
| **Fax:** | **(860) 355-9460** |

*Town of Stamford*
**Mr. Benjamin Barnes***
**888 Washington Boulevard**
**P.O. Box 10152**
**Stamford, Connecticut  06904-2152**

| | |
|---|---|
| **Phone:** | **(203) 977-5919** |
| **Fax:** | **(203) 977-5845** |

*Town of Westport*
**Ms. Diane Ferrell***
**Office of the Town Attorney**
**Town Hall**
**110 Myrtle Avenue**
**Westport, Connecticut  06880**

| | |
|---|---|
| **Phone:** | **(203) 341-1040** |
| **Fax:** | **(203) 341-1038** |

*Town of Wilton*
**Ms. Patricia C. Sullivan        \*\***
**Associate Town Counsel**
**1115 Broad Street**
**P.O. Box 1821**
**Bridgeport, Connecticut 06601-1821**

| | |
|---|---|
| **Phone:** | **(203) 368-0211** |
| **Fax:** | **(203) 394-9901** |

*Barbara Bush*
*Attorney of Record for Ms. Barbara Bush*
**Mr. Thomas Gugliotti,        \*\***
**Updike, Kelly & Spellacy**
**One State Street**
**(P.O. Box 231277)**
**Hartford, Connecticut  06123**

| | |
|---|---|
| **Phone:** | **(860) 548-2661** |
| **Fax:** | **(860) 548-2680** |

**(By virtue of litigation)**

*Loretta Bonos*
Mrs. Loretta Bonos
594 Bendview Drive
Charleston, West Virginia   25314-1547

(By virtue of litigation)

*Attorney of Record for Mrs. Bonos*:
**Mr. Robert A. Slavitt\*\***
**Slavitt, Connery and Vardamis**
**618 West Avenue**
**Norwalk, Connecticut  06850**

| | |
|---|---|
| **Phone:** | **(203) 838-7555** |
| **Fax:** | **(203) 866-9724** |

**(By virtue of litigation)**

*Connecticut Light and Power*
*Attorney of Record for Connecticut Light and Power*:
**Richard L. Street, Esq\*\***
**Carmody and Torrance**
**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, Connecticut  06721-1110**

| | |
|---|---|
| **Phone:** | **(203) 573-1200** |
| **Fax:** | **(203) 575-2600** |

**(By virtue of litigation)**

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing Report and Joint Motion on Consent to Amend Scheduling Order was mailed, postage prepaid, this *27th* day of February, 2004 to:

Eric Watt Wiechmann, Esq.
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Thomas Van Lenten, Esq.
Pinney, Payne, Van Lenten,
Burrell, Wolfe & Dillman, P.C.
83 Wooster Heights
P.O. Box 3499
Danbury, CT 06810-3499

Jeffrey Sienkiewicz, Esq.
Sienkiewicz & McKenna
P.O. Box 786
New Milford, CT 06776

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Sue Quinn Cobb, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06776

Richard Street, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Loretta E. Bonos
594 Bendview Drive
Charleston, WV 25314-1547

Robert A. Slavitt, Esq.
Slavit, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

David Elliott, Esq.
Day, Berry & Howard
CityPlace I
Hartford, CT 06103-3499

James R. Fogarty, Esq.
Fogarty, Cohen, Selby & Nemiroff LLC
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508

Jerry Strauss, Esq.
Hobbs, Strauss, Dean & Walker
2120 L Street, NW
Washington, DC 20037

Judith Shapiro, Esq.
6856 Eastern Avenue, NW
Suite 206
Washington, D.C.  20021

Michael J. Burns, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103

Scott Keep, Esq.
Barbara Coen, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW - Mailstop 6456
Washington, D.C.  20240


JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
157 Church Street
New Haven, Ct 06508
(203)821-3700

cc:
James Upton
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, DC 20004-0663

Donald King, Chief
National Parks Service
Land Acquisition Division
Department of Interior
Appalachian National Scenic Trail
Project Office
P.O. Box 908
1314 Edwin Miller Boulevard
Martinsburg, WV 25401

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT   *FILED*

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| V. | : |
| 43.47 ACRES OF LAND, MORE OR LESS, | : CIVIL NO. H-85-1078(PCD) |
| SITUATED IN THE COUNTY OF | : |
| LITCHFIELD, TOWN OF KENT, ET AL., | : |
| DEFENDANTS. | : |

*FEB 27   3 16 PM '04*

*U.S DISTRICT COURT*
*NEW HAVEN, CONN.*

* * * * * * * *

*RECEIVED*
*MAR 16 2004*
*McCarter & English*

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| KENT SCHOOL, | : CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : |

* * * * * * * *

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : |
| PLAINTIFF, | : |
| V. | : |
| CONNECTICUT LIGHT & POWER, | : CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : |

### [PROPOSED] AMENDED ORDER

The Stipulated Scheduling Order entered by the Court on May 9, 2001 is hereby amended to modify paragraph (k) to read as follows:

9

(k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

The balance of the Order, as previously amended, shall remain in effect.


SO ORDERED.

Dated at New Haven, Connecticut, February 27, 2004.


_____
Peter C. Dorsey
Senior United States District Judge

10