UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **FILED** |
| PLAINTIFF, | : | Feb 27 3 18 PM '04 |
| V. | : | U.S DISTRICT COURT |
| | : | NEW HAVEN, CONN. |
| 43.47 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF LITCHFIELD, TOWN OF KENT, ET AL., | : | CIVIL NO. H-85-1078(PCD) |
| DEFENDANTS. | : | |

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| KENT SCHOOL, | : | CIVIL NO. 3:98CV01113(PCD) |
| DEFENDANTS. | : | |

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SCHAGHTICOKE TRIBAL NATION, | : | |
| PLAINTIFF, | : | |
| V. | : | |
| CONNECTICUT LIGHT & POWER, | : | CIVIL NO. 3:00CV00820(PCD) |
| DEFENDANTS. | : | |

### [~~PROPOSED~~] AMENDED ORDER

The Stipulated Scheduling Order entered by the Court on May 9, 2001 is hereby amended to modify paragraph (k) to read as follows:

9

(k) Any request for judicial review of the final decision under the Administrative Procedure Act by any party or *amici* to these cases shall be filed within 90 days of its effective date and shall be filed in this court as a case related to the above-captioned cases.

The balance of the Order, as previously amended, shall remain in effect.


SO ORDERED.

Dated at New Haven, Connecticut, February 27, 2004.

                                              Peter C. Dorsey
                             Senior United States District Judge