UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CIVIL ACTION NO. |
| Plaintiff | : H-85-1078(PCD) |
| | : |
| v. | : |
| | : |
| 43.47 ACRES OF LAND, MORE OR LESS, | : |
| SITUATED IN THE COUNTY OF LITCHFIELD, | : |
| TOWN OF KENT, ET AL | : |
| Defendants | : December 22, 2005 |
| | : |

_____

CERTIFICATION

This is to certify that on December 22, 2005, a copy of the foregoing <u>Memorandum In Opposition To Schaghticoke Tribal Nation's Motion For Clarification of May 8, 2001 Scheduling Order</u>, together with the attached Exhibit A and Exhibit B, was sent via First Class United States Mail, postage prepaid, to:

    Eric Watt Wiechmann, Esq.
    Salvatore N. Fornaciari, Esq.
    David Reif, Esq.
    McCarter & English
    CityPlace I
    185 Asylum Street
    Hartford, CT 06103

    David J. Elliott, Esq.
    Eric L. Sussman, Esq.
    Day, Berry & Howard
    CityPlace I
    Hartford, CT 06103-3499

    James R. Fogarty, Esq.
    Leland C. Selby, Esq.
    Fogarty, Cohen, Selby & Neimeroff, LLC
    88 Field Point Road
    P. O. Box 2508
    Greenwich, CT  06836-2508

Richard L. Street, Esq.
Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT  06721-1110

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Perry Zinn Rawthorn, Esq.
Office of the Attorney General
55 Elm Street,
P. O. Box 120
Hartford, CT  06161

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy. P.C.
One State Street
Hartford, CT  06123

John B. Hughes, Esq.
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street
P. O. Box 1824
New Haven, CT  06510

Michael J. Burns, Esq.
57 Pratt Street #604
Hartford, CT  06103

Thomas W. Beecher, Rsq.
Collins, Hannafin, Garamella,
  Jaber & Tuozzolo, P.C
148 Deer Hill Avenue
Danbury, CT  06810

Loretta Bonos
594 Bendview Drive
Charleston, WV 25314

> __s/ Jeffrey B. Sienkiewicz
> Jeffrey B. Sienkiewicz

HG-C:\ Kent\Schaghticoke\Plead\94025-915K7E Objection Cert