**CERTIFICATION OF SERVICE**

**This is to certify that a copy of the foregoing motion to withdraw and its attached memorandum, has been sent by CERTIFIED MAIL, postage prepaid this 27th day of December 2005 to each and every member of the Schaghticoke Tribal Council; the governing body of the Schaghticoke Indian Tribe as follows:**

| | |
|---|---|
| Alan Russell<br>P.O.Box 111<br>Kent, CT 06757 | Phillip Michael Eades<br>56 County House Road<br>Millbrook, NY 12545 |
| Gail Harrison<br>P.O.Box 223<br>Kent, CT 06757 | Wells Offutt<br>1000 W. Grace Street<br>Chicago, IL 60613 |
| Gary Ritchie<br>425 Old Oak Place<br>Thurmont, MD 21788 | |

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid this 27th day of December 2005 to:

Eric Wiechmann, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

John B. Hughes
Chief of Civil Division
United States Attorney's Office
157 Church Street, Floor 23
New Haven, CT 06510

James R. Fogarty, Esq.
Fogarty,Cohen,Selby & Nemiroff, P.C.
88 Field Point Road
Post Office Box 2508
Greenwich, CT 06836-2508

David J. Elliot, Esq.
Day,Berry & Howard
CityPlace I
Hartford, CT 06103-3499

Giovanna Tiberii Weller, Esq.
Carmody & Torrance
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110

Jeffrey B. Sienkiewicz, Esq.
9 South Main Street
Post Office Box 786
New Milford, CT 06776-0786

Loretta Bonos
594 Bendview drive
Charleston, WV 25314


Francis J. Collins, Esq.
Collins Hannafin Garamella, et al.
148 Deer Hill Avenue
P.O. Box 440
Danbury, CT 06810-0440

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
Hartford, CT 06123

Mark S. Kohler, Esq.
Susan Quinn Cobb, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06141

Renita Ford, Esq.
General Litigation Section
Environmental & Natural Resources Division
United States Department of Justice
Post Office Box 663
Washington, D.C. 20004-0663

Scott Keep, Esq.
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW-Mailstop 6456
Washington, D.C. 20240

                                                                                                          Michael J. Burns (CT 22230)